# EXHIBIT A

# PAYLESSMOKE SHOP

*Why Pay More When You Can Pay Less*

- About Us
- Legal Info
- Terms of Use
- Privacy Policy
- New Products
- Special Offers

**Newsletter - Sign Up for EXCLUSIVE OFFERS up to 15% OFF!!!**

SHOPPING CART

**0 items**

**Checkout**

CALL TO ORDER :

**678-318-1986**

ONLINE HELPDESK :

**Click for Details!!!**

MEMBER ACCOUNT :

**Email:**

**Password:**

OK

**New Account**

PRODUCT CATEGORIES :

**ABBA**
**AMPHORA**
**B&H**
**BUSINESS CLUB**
**CAMEL**
**CAPRI**
**CRAVEN**
**DAVIDOFF**
**DRUM**
**DUNHILL**
**GAULOISES**
**GOLDEN AMERICAN**
**GOLDEN GATE**
**KENT**
**KOOL**
**L&M**
**LUCKY STRIKE**
**MARLBORO**



6 Cartons of Business Club Light Box
$89.94
$79.99



6 Cartons Marlboro Red Box
$143.94
$129.99



4 Cartons R-1 Minima
$83.96
$75.99



4 Cartons of Kool Menthol King Box
$111.96
$104.99



6 Cartons of Business Club FF Box
$89.94
$79.99

4 Cartons R-1 Lights
$83.96
$75.99



6 Cartons Golden Gate Light King Size Hard Pack
$95.94
$79.99



6 Cartons ABBA Light King Box
$77.94
$59.99



6 Cartons ABBA Full Flavor King Box
$77.94
$59.99

**MERIT**
**MILD SEVEN**
**MONTE CARLO**
**MORE**
**PALL MALL**
**PRINCE**
**R1**
**ROTHMANS**
**SALEM**
**SILK CUT**
**STATE EXPRESS 555**
**VAN NELLE**
**VICEROY**
**VOGUE**
**WEST**
**WINSTON**
**YVES SAINT**
**LAURENT**



4 Cartons Salem Menthol 100
Box
$95.96
$89.99



4 Cartons West Filter King Box
$79.96
$69.99



6 Cartons Winston King Box
Philippines
$125.94
$115.00

# Free Shipping
# On All Orders
# Prices Start
# From $11.99



Home | My Account | Shopping Cart | Checkout | Special Offers | New Products | Become Affiliate | Contact Us | Conditions of Use



All transactions in the site are SSL Secured. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made discount cigarettes cigarettes as many other sites do. We do not sell cheap cigarettes to anyone bellow the age of 18. Thank you for choosing to buy cheap cigarettes from paylesssmoke.com.

Copyright © 2003 paylesssmoke.com



**PAYLESMOKE** SHOP

*Why Pay More When You Can Pay Less*

| HOME | SHIPPING | FAQ | AFFILIATES | CONTACT US |

• About Us     • Legal Info     • Terms of Use     • Privacy Policy     • New Products     • Special Offers

**Newsletter - Sign Up for EXCLUSIVE OFFERS up to 15% OFF!!!**

**SHOPPING CART**

**0 items**

**Checkout**

CALL TO ORDER :

**678-318-1986**

ONLINE HELPDESK :

**Click for Details!!!**

MEMBER ACCOUNT :

**Email:**

**Password:**     OK

**New Account**

**PRODUCT CATEGORIES :**

**ABBA**
**AMPHORA**
**B&H**
**BUSINESS CLUB**
**CAMEL**
**CAPRI**
**CRAVEN**
**DAVIDOFF**
**DRUM**
**DUNHILL**
**GAULOISES**
**GOLDEN AMERICAN**
**GOLDEN GATE**
**KENT**
**KOOL**
**L&M**
**LUCKY STRIKE**
**MARLBORO**

## ABOUT US

Paylessmoke.com has been in the market of selling cigarettes on the internet now for many years. All the products on our website are bought directly from the manufacturers, and are, therefore, of the highest quality, taste and freshness available online today.

As all our products are tax free, and we purchase them in extremely large amounts, we are able to pass all money savings on to our customers. Therefore, you can purchase genuine trademark brands at extremely low prices, and still be guaranteed to receive top quality goods.

We pride ourselves on being one of the few companies who offer live support for our customers. When you call us, you will reach one of our highly trained agents, who will be happy to assist you in any way, whether it be to place your order or to answer an enquiry. Our Customer Support Team are available from 9.00a.m. to 11.00p.m. EST Monday to Friday, and 9.00a.m. to 3.00p.m.EST on Saturdays. You can reach us on: 678-318-1986. We also offer 24 hour email support.

Continue

**MERIT**
**MILD SEVEN**
**MONTE CARLO**
**MORE**
**PALL MALL**
**PRINCE**
**R1**
**ROTHMANS**
**SALEM**
**SILK CUT**
**STATE EXPRESS 555**
**VAN NELLE**
**VICEROY**
**VOGUE**
**WEST**
**WINSTON**
**YVES SAINT**
**LAURENT**

# Free Shipping
# On All Orders
# Prices Start
# From $11.99





Home  |  My Account  |  Shopping Cart  |  Checkout  |  Special Offers  |  New Products  |  Become Affiliate  |  Contact Us  |  Conditions of Use

All transactions in the site are SSL Secured. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made discount cigarettes cigarettes as many other sites do. We do not sell cheap cigarettes to anyone bellow the age of 18. Thank you for choosing to buy cheap cigarettes from paylessmoke.com.

Copyright © 2003 paylessmoke.com



**PAYLESSMOKE** SHOP

*Why Pay More When You Can Pay Less*

| HOME | SHIPPING | FAQ | AFFILIATES | CONTACT US |

▸ About Us   ▸ Legal Info   ▸ Terms of Use   ▸ Privacy Policy   ▸ New Products   ▸ Special Offers

Newsletter - Sign Up for EXCLUSIVE
OFFERS up to 15% OFF!!!

## SHOPPING CART

**0 items**

**Checkout**

CALL TO ORDER :

**678-318-1986**

ONLINE HELPDESK :

**Click for Details!!!**

MEMBER ACCOUNT :

**Email:**
[            ]

**Password:**
[            ]  ( OK )
**New Account**

PRODUCT CATEGORIES :

**ABBA**
**AMPHORA**
**B&H**
**BUSINESS CLUB**
**CAMEL**
**CAPRI**
**CRAVEN**
**DAVIDOFF**
**DRUM**
**DUNHILL**
**GAULOISES**
**GOLDEN AMERICAN**
**GOLDEN GATE**
**KENT**
**KOOL**
**L&M**
**LUCKY STRIKE**
**MARLBORO**

## FREQUENTLY ASKED QUESTIONS

FAQ Information

**Why do emails sent to me not arrive?**- *Friday 31 August, 2007*          *Viewed:10*

**Dear users of AOL.com and COX.net e-mails:**
**You might not be getting our Customer Support e-mails due to some reasons (you
blocked our e-mail address/it is tagged as a Junk mail or it is in your Spam folder/
AOL/COX is blocking your correspondent's provider from sending mail due to
complaints of abuse, etc). Such problems affect our service because our
communication can be blocked and we are not able to get in touch with you
regarding your purchases.Therefore, please make sure our messages get through.
For AOL users having problems with mail being delivered, we kindly advise to follow
the links listed below for further assistance:**

http://postmaster.info.aol.com/faq/memberfaq.html#nomail

http://members.aol.com/adamkb/aol/mailfaq/

For more help you may contact AOL/COX Customer support.

[Read More]

**What is an E-Check?**- *Wednesday 22 November, 2006*          *Viewed:282*

**For More information on what e-checks are, please** Click Here

[Read More]

**What are my Payment options?**- *Thursday 29 June, 2006*          *Viewed:654*

We currently only accept E-Checks for all orders placed on Paylessmoke.com

[Read More]

**What are shipping times?**- *Thursday 29 June, 2006*          *Viewed:408*

We currently offer 2 shipping options:
**1. Economy Airmail, order placed with economy airmail take between 10 and 21
business days to arrive from the date of shipment, for e-check it can take up to 7
business days.
2. Priority Airmail, order placed with priority airmail take between 5 and 10 business
days to arrive from the date of shipment, for e-check it can take up to 7 business
days.**

[Read More]

**What are the shipping costs?**- *Thursday 29 June, 2006*          *Viewed:310*

**Economy airmail is free
Priority Airmail costs $2.49 per carton of cigarettes ordered.**

[Read More]

**MERIT**
**MILD SEVEN**
**MONTE CARLO**
**MORE**
**PALL MALL**
**PRINCE**
**R1**
**ROTHMANS**
**SALEM**
**SILK CUT**
**STATE EXPRESS 555**
**VAN NELLE**
**VICEROY**
**VOGUE**
**WEST**
**WINSTON**
**YVES SAINT**
**LAURENT**

# Free Shipping On All Orders Prices Start From $11.99



**Is it safe to send you my E-Check details?**- *Thursday 29 June, 2006*     *Viewed:244*

**Yes. The site is certified and implements a 128 Bit SSL system**

[Read More]

**Can I pay by postal order?**- *Thursday 29 June, 2006*     *Viewed:264*

**No. You can only pay by e-check.**

[Read More]

**Can I place an order by phone?**- *Thursday 29 June, 2006*     *Viewed:311*

**Yes, to place an order by phone, please call us on: 1-67B-389-9316**

[Read More]

**Are the cigarettes sold at Paylessmoke first choice?**- *Thursday 29 June, 2006*     *Viewed:438*

**All cigarettes sold at Paylessmoke.com are first choice cigarettes, that are manufactured under the strictest regulations, by all of the original manufacturers, within the EU or USA.**

[Read More]

**What is your delivery process after placing an order?**- *Thursday 29 June, 2006*     *Viewed:287*

**Once an order is placed with us, it takes up to 2 days to process, after it has been processed, we then send the data to the warehouse. Once the warehouse receives the information it requires to ship your order, it packs the orders in batches. Once a batch is fully packed, it is then sent to our logistics centre, and then is sent out either via priority airmail, or through economy airmail. Orders shipped via economy airmail take between 10 and 21 business days to arrive, orders sent priority airmail take between 5 and 10 business days to arrive**

[Read More]

**What if I have ordered and still have not received the goods?**- *Thursday 29 June, 2006*     *Viewed:264*

**If you ordered your cigarettes to be sent via economy airmail, please allow up to a maximum of 35 business days for them to arrive, if they have not arrived in this time, please feel free to contact us either via e-mail or call us on 1 678 318 1986, and we will arrange for compensation on your order. If you ordered your cigarettes Priority airmail, and have not received them within a maximum of 14 business days, please contact us either via e-mail or call us on 1 678 318 1986, and we will arrange for compensation on your order.**

[Read More]

**What if I ordered six cartons and received only three?**- *Thursday 29 June, 2006*     *Viewed:226*

**We dispatch the cartons through Priority Air Mail. In case of multiple cartons we pack them as separate shipments. Generally, cartons are sent individually. We mail the cartons at the same time but their arrival dates may vary. It may take from two to three days for the full delivery to be executed.**

[Read More]

**What is Priority Air Mail?**- *Thursday 29 June, 2006*        *Viewed:235*

Priority airmail packages are sent out as priority packages, and once these packages reach the post office, they are sent on the next available transport to the US. These orders arrive extremely fast, and are recommended for all of our customers.

[Read More]

**. Do you send the ordered pack by courier services (e.g. DHL)?**- *Thursday 29 June, 2006*        *Viewed:226*

No. We are working with the Priority Air Mail only, and our service is fast and reliable.

[Read More]

**Do you sell cigarette brands other than those on your website?**- *Thursday 29 June, 2006*        *Viewed:228*

No, the cigarettes listed on our pages are the only cigarettes we currently sell. However we do sometimes receive new cigarettes to sell, so therefore it is best for you to continually check the website for the brands that you are looking for, if we do not currently have, we may have it sometime in the future.

[Read More]

**Can I resell cigarettes offered by you?**- *Thursday 29 June, 2006*        *Viewed:290*

The answer is a definite NO. All cigarettes we sell are for personal use only, any other uses for our cigarettes would make them liable for duty taxes under the regulations laid out by CBP.

[Read More]

**Why are the prices of your cigarettes so competitive?**- *Thursday 29 June, 2006*        *Viewed:228*

We purchase cigarettes in bulk, enabling us to negotiate lower prices with our suppliers, these savings we make are directly passed on to you, with our great prices we offer on all of our cigarettes.

[Read More]

**Are your cigarettes cheaper than ones sold duty free in airports**- *Thursday 29 June, 2006*        *Viewed:252*

We do not have the high running costs that Airport duty free stores have, allowing us to save money in areas where they can not, therefore we can offer you great prices on all of our cigarettes

[Read More]

**Can I buy cigarettes by international mail?**- *Thursday 29 June, 2006*        *Viewed:286*

Yes, any product purchased from an international company, as long as it complies with US Customs and Border Protection, and is imported for personal use only. To comply with US customs and Border Protection, each carton of cigarettes that is ordered is shipped in its own specially made box. This ensures that the value of the package will not exceed the limits laid out by CBP, and also the quantity will not

exceed limitations stated by CBP. Also in compliance with CBP laws, the contents of the package are stated on the outside of the package

[Read More]

**Can cigarettes by mail be sold without import stamps?**- *Thursday 29 June, 2006*          *Viewed: 297*

**As long as cigarettes are sold from a BONDED WAREHOUSE, they may be sold without import stamps, and may also carry the wording Duty Free Sale Only on the packaging of the cigarettes.**

[Read More]

**Continue**

Home | My Account | Shopping Cart | Checkout | Special Offers | New Products | Become Affiliate | Contact Us | Conditions of Use



All transactions in the site are SSL Secured. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made discount cigarettes cigarettes as many other sites do. We do not sell cheap cigarettes to anyone bellow the age of 18. Thank you for choosing to buy cheap cigarettes from paylessmoke.com.

Copyright © 2003 paylessmoke.com



**Why Pay More When You Can Pay Less**

| HOME | SHIPPING | FAQ | AFFILIATES | CONTACT US |

• About Us    • Legal Info    • Terms of Use    • Privacy Policy    • New Products    • Special Offers

**Newsletter - Sign Up for EXCLUSIVE OFFERS up to 15% OFF!!!**

## SHOPPING CART

**0 items**

**Checkout**

**CALL TO ORDER :**

**678-318-1986**

**ONLINE HELPDESK :**

**Click for Details!!!**

**MEMBER ACCOUNT :**

**Email:**

**Password:**                    ( OK )

**New Account**

## PRODUCT CATEGORIES :

**ABBA
AMPHORA
B&H
BUSINESS CLUB
CAMEL
CAPRI
CRAVEN
DAVIDOFF
DRUM
DUNHILL
GAULOISES
GOLDEN AMERICAN
GOLDEN GATE
KENT
KOOL
L&M
LUCKY STRIKE
MARLBORO**

## LEGAL INFO

How do you protect my Credit Card information?

Am I legally allowed to buy from you?

Yes, provided that you're at least 21 years of age (or of the legal age required to purchase cigarettes within your state).

Please Note: Any cigarettes purchased on our site are solely for personal use, any other use is prohibited according to the protocol which the US CBP enforces.

How do you protect my Credit Card information?

We know that you may have concerns about the safety of your credit card and personal details when ordering through the Internet. That's why we're a secured site and use 128 bit RSA encryption (the same as Amazon.com, Starbucks, Bank of America, etc.)

How do you protect my personal information?

We are required by law not to disclose, under all circumstances, consumer data to any entity, individual, corporation, foreign government or foreign government authority regardless of claim. In short, we go to the greatest lengths humanly possible to keep your information both secure, and private.

Please note: Any cigarette retailers that are based within the United States are required under Title 15, chapter 10A of the US Code (Jenkins Act) to supply all information regarding customers who have purchased cigarettes from them, or they will face either a fine or jail sentence. As we are based outside of the US, we do not fall under the US Code, or any laws that are applicable through it, and therefore will never report you for any reason to any government or its agencies.

If you receive a notice to pay duty tax, reject the packages, and DO NOT sign the receipt for your package and it will be returned to our warehouse.

Once your package returns to the warehouse, a full refund for the value of these packages will be issued to you.

**Continue**

**MERIT**
**MILD SEVEN**
**MONTE CARLO**
**MORE**
**PALL MALL**
**PRINCE**
**R1**
**ROTHMANS**
**SALEM**
**SILK CUT**
**STATE EXPRESS 555**
**VAN NELLE**
**VICEROY**
**VOGUE**
**WEST**
**WINSTON**
**YVES SAINT**
**LAURENT**

# Free Shipping
# On All Orders
# Prices Start
# From $11.99



Home  |  My Account  |  Shopping Cart  |  Checkout  |  Special Offers  |  New Products  |  Become Affiliate  |  Contact Us  |  Conditions of Use

  All transactions in the site are SSL Secured. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made discount cigarettes cigarettes as many other sites do. We do not sell cheap cigarettes to anyone bellow the age of 18. Thank you for choosing to buy cheap cigarettes from paylessmoke.com.

Copyright © 2003 paylessmoke.com

9/12/2007 10:16 PM



**PAYLESMOKE** SHOP

*Why Pay More When You Can Pay Less*

| HOME | SHIPPING | FAQ | AFFILIATES | CONTACT US |

→ About Us   → Legal Info   → Terms of Use   → Privacy Policy   • New Products   → Special Offers

**Newsletter - Sign Up for EXCLUSIVE OFFERS up to 15% OFF!!!**

**SHOPPING CART**

**0 items**

**Checkout**

**CALL TO ORDER :**

**678-318-1986**

**ONLINE HELPDESK :**

**Click for Details!!!**

**MEMBER ACCOUNT :**

**Email:**

**Password:**

OK

**New Account**

**PRODUCT CATEGORIES :**

**ABBA**
**AMPHORA**
**B&H**
**BUSINESS CLUB**
**CAMEL**
**CAPRI**
**CRAVEN**
**DAVIDOFF**
**DRUM**
**DUNHILL**
**GAULOISES**
**GOLDEN AMERICAN**
**GOLDEN GATE**
**KENT**
**KOOL**
**L&M**
**LUCKY STRIKE**
**MARLBORO**

**PRIVACY NOTICE**

We guarantee that all client information is confidential and will not be released or distributed to any third party, including other companies or any government agencies. All client information will be transferred over Secure Socket Layer connections. In order to achieve high standards, which correspond with our company?s security policy, all client information is transmitted using the most secure encryption protocol available (128 bit SSL) on the market.

In order to protect clients, a credit card ID number is requested. The card ID is a 3 or 4 digit security code that is printed on the back of your credit card. The card ID protects you from online fraud by verifying that you are in possession of the card you are attempting to use.

Continue

**MERIT**
**MILD SEVEN**
**MONTE CARLO**
**MORE**
**PALL MALL**
**PRINCE**
**R1**
**ROTHMANS**
**SALEM**
**SILK CUT**
**STATE EXPRESS 555**
**VAN NELLE**
**VICEROY**
**VOGUE**
**WEST**
**WINSTON**
**YVES SAINT**
**LAURENT**

# Free Shipping
# On All Orders
# Prices Start
# From $11.99





Home  |  My Account  |  Shopping Cart  |  Checkout  |  Special Offers  |  New Products  |  Become Affiliate  |  Contact Us  |  Conditions of Use

All transactions in the site are SSL Secured. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made discount cigarettes cigarettes as many other sites do. We do not sell cheap cigarettes to anyone bellow the age of 18. Thank you for choosing to buy cheap cigarettes from paylessmoke.com.

Copyright © 2003 paylessmoke.com



# PAYLESSMOKE SHOP
## Affiliate Console

Home | Signup Now | Manage Account | Contact Affiliates Admin                    Welcome, Guest

**Welcome To The paylessmoke.com Affiliate Program!**
Our program is free to join, it's easy to sign-up and requires no technical knowledge. Affiliate programs are common throughout the Internet and offer website owners a means of profiting from their websites. Affiliates generate sales for commercial websites and in return receive a percentage of the value of those sales.

**How Does It Work?**
When you join the paylessmoke.com affiliate program, you will be supplied with a range of banners and textual links that you place within your site. When a user clicks on one of your links to paylessmoke.com, their activity will be tracked by our affiliate software. You will earn a commission based on your commission type.

**Real-Time Statistics And Reporting!**
Login 24 hours a day to check your sales, traffic, account balance and see how your banners are performing.

**Existing Affiliates Login**
Username: [username]
Password: [********]
[ Login ]

Click Here To Signup

| Affiliate Program Details | |
|---|---|
| **Commission Type** | Pay-Per-Sale: 2% of all sales you deliver. |
| **Initial Deposit** | $10.00 USD - **Just for signing up!** |
| **Payout Threshold** | $50.00 USD - Minimum balance required for payout. |
| **Payout Duration** | Payments are made on the 10th of each month, for the previous month. |

**Signup Now... And Start Earning Money With Us Today!**

Affiliate Software By iDevAffiliate v4.0                    Copyright? 2005 paylessmoke.com - All Rights Reserved

Paylessmoke.com - Huge Discount Tax Free Cheap Cigarettes Online                http://www.paylessmoke.com/index.php?cPath=16

# PAYLESSMOKE SHOP

*Why Pay More When You Can Pay Less*

| HOME | SHIPPING | FAQ | AFFILIATES | CONTACT US |

• About Us    • Legal Info    • Terms of Use    • Privacy Policy    • New Products    • Special Offers

**Newsletter - Sign Up for EXCLUSIVE OFFERS up to 15% OFF!!!**

### MARLBORO

**SHOPPING CART**

**0 items**

**Checkout**

**CALL TO ORDER :**

**678-318-1986**

**ONLINE HELPDESK :**

**Click for Details!!!**

**MEMBER ACCOUNT :**

**Email:**

**Password:**

[ OK ]

**New Account**

**PRODUCT CATEGORIES :**

**ABBA
AMPHORA
B&H
BUSINESS CLUB
CAMEL
CAPRI
CRAVEN
DAVIDOFF
DRUM
DUNHILL
GAULOISES
GOLDEN AMERICAN
GOLDEN GATE
KENT
KOOL
L&M
LUCKY STRIKE
MARLBORO**

| | Product+ | Price | Buy Now |
|---|---|---|---|
| | 6 Cartons Marlboro Light King Box | $143.94 $129.99 | Add to cart |
| | 6 Cartons Marlboro Red Box | $143.94 $129.99 | Add to cart |
| | Marlboro Light King White Filter Box | $23.99 | Add to cart |

1 of 3

9/12/2007 10:13 PM

**MERIT**
**MILD SEVEN**
**MONTE CARLO**
**MORE**
**PALL MALL**
**PRINCE**
**R1**
**ROTHMANS**
**SALEM**
**SILK CUT**
**STATE EXPRESS 555**
**VAN NELLE**
**VICEROY**
**VOGUE**
**WEST**
**WINSTON**
**YVES SAINT LAURENT**

# Free Shipping On All Orders Prices Start From $11.99





| | | |
|---|---|---|
| Marlboro Menthol Lights King Size Hard Pack | $23.99 | Add to cart |
| Marlboro Menthol Lights King Size Soft Pack | $23.99 | Add to cart |
| Marlboro Red 100 Box | $24.99 | Add to cart |
| Marlboro Red King Box Made in Europe | $24.99 | Add to cart |



Marlboro Red
King Size Soft
Pack

$23.99    Add to cart



Marlboro Red
King Size Hard
Pack

$23.99    Add to cart

Displaying **1** to **9** (of **9** products)    Result Pages: **1**

Home  |  My Account  |  Shopping Cart  |  Checkout  |  Special Offers  |  New Products  |  Become Affiliate  |  Contact Us  |  Conditions of Use



All transactions in the site are SSL Secured. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made discount cigarettes cigarettes as many other sites do. We do not sell cheap cigarettes to anyone bellow the age of 18. Thank you for choosing to buy cheap cigarettes from paylessmoke.com.

Copyright © 2003 paylessmoke.com

# PAYLESSMOKE SHOP

*Why Pay More When You Can Pay Less*

| HOME | SHIPPING | FAQ | AFFILIATES | CONTACT US |

> About Us    > Legal Info    > Terms of Use    > Privacy Policy    > New Products    > Special Offers

**Newsletter - Sign Up for EXCLUSIVE OFFERS up to 15% OFF!!!**

**SHOPPING CART**

**0 items**

**Checkout**

**CALL TO ORDER :**

**678-318-1986**

**ONLINE HELPDESK :**

**Click for Details!!!**

**MEMBER ACCOUNT :**

**Email:**

**Password:**    [ OK ]

**New Account**

**PRODUCT CATEGORIES :**

**ABBA**
**AMPHORA**
**B&H**
**BUSINESS CLUB**
**CAMEL**
**CAPRI**
**CRAVEN**
**DAVIDOFF**
**DRUM**
**DUNHILL**
**GAULOISES**
**GOLDEN AMERICAN**
**GOLDEN GATE**
**KENT**
**KOOL**
**L&M**
**LUCKY STRIKE**
**MARLBORO**

## CONTACT US

**Call To Order : 678-318-1986**

Please select a department you would like to get in contact with:

[ Sales ]

Full Name:

[                    ] *

E-Mail Address:

[                    ] *

Subject:

[                    ]

Enquiry:

[ Continue ]

**MERIT**
**MILD SEVEN**
**MONTE CARLO**
**MORE**
**PALL MALL**
**PRINCE**
**R1**
**ROTHMANS**
**SALEM**
**SILK CUT**
**STATE EXPRESS 555**
**VAN NELLE**
**VICEROY**
**VOGUE**
**WEST**
**WINSTON**
**YVES SAINT LAURENT**

# Free Shipping
# On All Orders
# Prices Start
# From $11.99



Home  |  My Account  |  Shopping Cart  |  Checkout  |  Special Offers  |  New Products  |  Become Affiliate  |  Contact Us  |  Conditions of Use

  All transactions in the site are SSL Secured. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made discount cigarettes cigarettes as many other sites do. We do not sell cheap cigarettes to anyone bellow the age of 18. Thank you for choosing to buy cheap cigarettes from paylessmoke.com.

Copyright © 2003 paylessmoke.com

9/12/2007 10:10 PM

# EXHIBIT B



| Home | About Us | Shipping | Faq | Legal Info | Terms of Use | Privacy Policy | Contact Us |

### 5-10 Business Days Express Shipping

**Quick Find**


keywords



OK

Advanced Search

**Call to Order**

**678-389-9259**

**Categories**

Abba
Benson & Hedges
Business Club
Camel
Capri
Craven A
Davidoff
Dunhill
Gauloises
Golden American
Golden Gate
Kent
Kool
L&M
Lucky Strike
Marlboro
Mild Seven
Monte Carlo
More
Pall Mall
Prince
Rothmans
Salem
Silk Cut
State Express 555
Viceroy
Vogue
Winston
Yves Saint Laurent

**Manufacturers**


Please Select

**Specials**

**Member Account**

Email:

Password:



OK

**New Account**

**Shopping Cart**

0 Items

**Bestsellers**

01. Marlboro Lights Philippines King Size White Filter Hard Pack
02. Marlboro Red Philippines King Size Hard Pack
03. Business Club Full Flavor King Box
04. Camel Regular Non-Filter Soft Pack
05. Business Club Lights King Box
06. Golden Gate Light King Size Hard Pack
07. Marlboro Red Philippines King Size Soft Pack
08. Camel Lights King Size Hard Pack
09. Winston King Size Hard Pack
10. Kool Menthol King Size Hard Pack
11. Marlboro Menthol Lights Philippines King Size Hard Pack
12. Camel Filter King Size Hard Pack
13. Golden Gate King Size Hard Pack
14. Salem Menthol Lights King Size Hard Pack
15. Pall Mall Lights Filter King Size Hard Pack
16. Kent De Luxe 100`s Soft Pack
17. More Red Regular 120`mm
18. Salem Menthol King Size Hard Pack
19. Benson & Hedges Special Filter
20. State Express 555 Filter King Size Hard Pack

**Latest FAQs**

Why do emails sent to me not arrive?
What is an E-Check?
What are my Payment options?
What are shipping times?
What are the shipping costs?

**Articles**

Tobacco News (25)

**Reviews**



Marlboro Red
Philippines King Size
Soft Pack
~~$22.99~~
$19.99



Camel Lights King Size
Hard Pack
~~$28.99~~
$20.99



Marlboro Menthol
Lights Philippines King
Size White Filter Soft
~~$22.99~~
$19.99



Salem Menthol King
Size Hard Pack
~~$27.99~~
$22.99



Business Club Full
Flavor King Box
~~$13.99~~
$13.99



Marlboro Menthol
Lights Philippines King
Size Hard Pack
~~$22.99~~
$19.99



Marlboro Red

Benson & Hedges

Pall Mall Lights Filter



**Business Club Full Flavor King Box**
~~$13.99~~
$13.99

**Affiliate Program**



Sign Up Today and earn tones of CASH!!!

Philippines King Size Hard Pack
~~$27.99~~
$19.99



**Marlboro Lights Philippines King Size White Filter Hard Pack**
~~$26.99~~
$19.99

Special Filter
~~$28.99~~
$21.99



**More Red Regular 120`mm**
~~$30.99~~
$22.99

King Size Hard Pack
~~$24.99~~
$15.99



**Business Club Lights King Box**
~~$13.99~~
$13.99



I was given an estimated time of arrival and they came and t ..
★ ★ ★ ★ ★

**Information**



Shipping & Returns
Privacy Notice
Conditions of Use
Contact Us

Home  |  My Account  |  Shopping Cart  |  Checkout  |  Special Offers  |  New Products  |  Become Affiliate  |  Contact Us

Copyright © 2003 City-Smokes.com                                      282893 requests since Tuesday 26 October, 2004

All transactions in the site are SSL Secured. Buy cheap cigarettes safely. City-smokes.com offers you the ability to buy all your favorite cheap cigarettes brands at a discount price. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made cigarettes as many other sites do. We do not sell cheap cigarettes to anyone below the age of 18. Thank you for choosing to buy discount cigarettes from city-smokes.com, your discount cigarettes online store.



Home    About Us    Shipping    Faq    Legal Info    Terms of Use    Privacy Policy    Contact Us

**Quick Find**

keywords



Advanced Search

**Call to Order**

**678-389-9259**

**Categories**

Abba
Benson & Hedges
Business Club
Camel
Capri
Craven A
Davidoff
Dunhill
Gauloises
Golden American
Golden Gate
Kent
Kool
L&M
Lucky Strike
Marlboro
Mild Seven
Monte Carlo
More
Pall Mall
Prince
Rothmans
Salem
Silk Cut
State Express 555
Viceroy
Vogue
Winston
Yves Saint Laurent

**Manufacturers**

Please Select

**Specials**



Marlboro Red Philippines King
Size Hard Pack
$27.99
$19.99

**Affiliate Program**


Sign Up
Today and
earn tones
of CASH!!!

## About Us

City-Smokes.com has been in the market of selling cigarettes on the internet now for many years. All the products on our website are bought directly from the manufacturers, and are, therefore, of the highest quality, taste and freshness available online today.

As all our products are tax free, and we purchase them in extremely large amounts, we are able to pass all money savings on to our customers. Therefore, you can purchase genuine trademark brands at extremely low prices, and still be guaranteed to receive top quality goods.

We pride ourselves on being one of the few companies who offer live support for our customers. When you call us, you will reach one of our highly trained agents, who will be happy to assist you in any way, whether it be to place your order or to answer an enquiry. Our Customer Support Team are available from 9.00a.m. to 11.00p.m. EST Monday to Friday, and 9.00a.m. to 3.00p.m.EST on Saturdays. You can reach us on: 678-389-9259. We also offer 24 hour email support.

Continue

**Member Account**

Email:

Password:

OK

New Account

**Shopping Cart**

0 Items

**Bestsellers**

01. Marlboro Lights Philippines King Size White Filter Hard Pack
02. Marlboro Red Philippines King Size Hard Pack
03. Business Club Full Flavor King Box
04. Camel Regular Non-Filter Soft Pack
05. Business Club Lights King Box
06. Golden Gate Light King Size Hard Pack
07. Marlboro Red Philippines King Size Soft Pack
08. Camel Lights King Size Hard Pack
09. Winston King Size Hard Pack
10. Kool Menthol King Size Hard Pack
11. Marlboro Menthol Lights Philippines King Size Hard Pack
12. Camel Filter King Size Hard Pack
13. Golden Gate King Size Hard Pack
14. Salem Menthol Lights King Size Hard Pack
15. Pall Mall Lights Filter King Size Hard Pack
16. Kent De Luxe 100´s Soft Pack
17. More Red Regular 120´mm
18. Salem Menthol King Size Hard Pack
19. Benson & Hedges Special Filter
20. State Express 555 Filter King Size Hard Pack

**Latest FAQs**

Why do emails sent to me not arrive?
What is an E-Check?
What are my Payment options?
What are shipping times?
What are the shipping costs?

**Articles**

Tobacco News (25)

**Reviews**



I have been looking for a while for good quality, but well p ...
★★★★★

**Information**

Shipping & Returns
Privacy Notice
Conditions of Use
Contact Us

Home | My Account | Shopping Cart | Checkout | Special Offers | New Products | Become Affiliate | Contact Us

Copyright © 2007 City-Smokes.com                                                                    2629037 requests since Tuesday 26 October, 2004

All transactions at the site are SSL Secured. Buy cheap cigarettes safely. City-smokes.com offers you the ability to buy all your favorite cheap cigarettes brands at a discount price. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made cigarettes as many other sites do. We do not sell cheap cigarettes to anyone below the age of 18. Thank you for choosing to buy discount cigarettes from city-smokes.com, your discount cigarettes online store.

9/12/2007 10:26 PM



City-Smokes

Home    About Us    Shipping    Faq    Legal Info    Terms of Use    Privacy Policy    Contact Us

**Quick Find**


Keywords

( OK )

Advanced Search

**Call to Order**

678-389-9259

**Categories**

Abba
Benson & Hedges
Business Club
Camel
Capri
Craven A
Davidoff
Dunhill
Gaulolses
Golden American
Golden Gate
Kent
Kool
L&M
Lucky Strike
Marlboro
Mild Seven
Monte Carlo
More
Pall Mall
Prince
Rothmans
Salem
Silk Cut
State Express 555
Viceroy
Vogue
Winston
Yves Saint Laurent

**Manufacturers**

Please Select

**Specials**



Business Club Lights King Box
$13.99
$13.99

**Affiliate Program**


Sign Up Today and earn tones of CASH!!!

## Frequently Asked Questions

**Why do emails sent to me not arrive?**- Friday 31 August, 2007        Viewed: 34

Dear users of AOL.com and COX.net e-mails!
You might not be getting our Customer Support e-mails due to some reasons (you blocked our e-mail address/it is tagged as a Junk mail or it is in your Spam folder/ AOL/COX is blocking your correspondent's provider from sending mail due to complaints of abuse, etc). Such problems affect our service because our communication can be blocked and we are not able to get in touch with you regarding your purchases. Therefore, please make sure our messages get through. For AOL users having problems with mail being delivered, we kindly advise to follow the links listed below for further assistance:

http://postmaster.info.aol.com/faq/memberfaq.html#nomail

http://members.aol.com/adamkb/aol/mailfaq/

For more help you may contact AOL/COX Customer support.

[Read More]

**What is an E-Check?**- Wednesday 22 November, 2006        Viewed:1790

For More information on what e-checks are, please Click Here

[Read More]

**What are my Payment options?**- Monday 03 July, 2006        Viewed:2876

We currently only accept E-checks for all orders placed on City-Smokes.com

[Read More]

**What are shipping times?**- Monday 03 July, 2006        Viewed:2301

Priority airmail takes between 5 and 10 business days to arrive from the date of shipment, for e-check it can take up to 7 business days to process your order before shipment.

[Read More]

**What are the shipping costs?**- Monday 03 July, 2006        Viewed:3295

Priority Airmail costs $3.50 per carton of cigarettes ordered.

[Read More]

**Is it safe to send you my E-Check details?**- Monday 03 July, 2006        Viewed:1210

Yes. The site is certified and implements a 128 Bit SSL system

[Read More]

**Can I pay by postal order?**- Monday 03 July, 2006        Viewed:80

No. You can only pay by automatic e-check.

[Read More]

**Member Account**

Email:

Password:

( OK )

New Account

**Shopping Cart**

0 items

**Bestsellers**

01. Marlboro Lights Philippines King Size White Filter Hard Pack
02. Marlboro Red Philippines King Size Hard Pack
03. Business Club Full Flavor King Box
04. Camel Regular Non-Filter Soft Pack
05. Business Club Lights King Box
06. Golden Gate Light King Size Hard Pack
07. Marlboro Red Philippines King Size Soft Pack
08. Camel Lights King Size Hard Pack
09. Winston King Size Hard Pack
10. Kool Menthol King Size Hard Pack
11. Marlboro Menthol Lights Philippines King Size Hard Pack
12. Camel Filter King Size Hard Pack
13. Golden Gate King Size Hard Pack
14. Salem Menthol Lights King Size Hard Pack
15. Pall Mall Lights Filter King Size Hard Pack
16. Kent De Luxe 100´s Soft Pack
17. More Red Regular 120´mm
18. Salem Menthol King Size Hard Pack
19. Benson & Hedges Special Filter
20. State Express 555 Filter King Size Hard Pack

**Latest FAQs**

Why do emails sent to me not arrive?
What is an E-Check?
What are my Payment options?
What are shipping times?
What are the shipping costs?

**Articles**

Tobacco News (25)

**Reviews**



I have used city-smokes a couple of times now. No Problems a :)
★★★★★

**Information**



Shipping & Returns
Privacy Notice
Conditions of Use
Contact Us

Can I place an order by phone?- *Monday 03 July, 2006*    *Viewed:85*

Yes, to place an order by phone, please call us on:
1-678-389-9179

(Read More)

Are the cigarettes sold at City-Smokes first choice?- *Monday 03 July, 2006*    *Viewed:120*

All cigarettes sold at City-Smokes.com are first choice cigarettes, that are manufactured under the strictest regulations, by all of the original manufacturers, within the EU or USA.

(Read More)

What is your delivery process after placing an order?- *Monday 03 July, 2006*    *Viewed:89*

Once an order is placed with us, it takes up to 2 days to process, after it has been processed, we then send the data to the warehouse. Once the warehouse receives the information it requires to ship your order, it the packs the orders in batches. Once a batch is fully packed, it is then sent to our logistics centre, and then is sent out via priority airmail. Once an order has been shipped it takes from 5 – 10 business days to arrive.

(Read More)

What if I have ordered and still have not received the goods?- *Monday 03 July, 2006*    *Viewed:106*

If you have not received them within a maximum of 14 business days, please contact us either via e-mail or call us on 1-678-9259, and we will arrange for compensation on your order.

(Read More)

What if I ordered six cartons and received only three?- *Monday 03 July, 2006*    *Viewed:111*

We dispatch the cartons through Priority Air Mail. In case of multiple cartons we pack them as separate shipments. Generally, cartons are sent individually. We mail the cartons at the same time but their arrival dates may vary. It may take from two to three days for the full delivery to be executed.

(Read More)

What is Priority Air Mail?- *Monday 03 July, 2006*    *Viewed:133*

Priority airmail packages are sent out as priority packages, and once these packages reach the post office, they are sent on the next available transport to the US. These orders arrive extremely fast.

(Read More)

Do you send the ordered pack by courier services (e.g. DHL)?- *Monday 03 July, 2006*    *Viewed:112*

No. We are working with the Priority Air Mail only, and our service is fast and reliable.

(Read More)

Do you sell cigarette brands other than those on your website?- *Monday 03 July, 2006*    *Viewed:92*

No, the cigarettes listed on our pages are the only cigarettes we currently sell. However we do sometimes receive new cigarettes to sell, so therefore it is best for you to continually check the website for the brands that you are looking for. If we do not currently have, we may have it sometime in the future.

(Read More)

Can I resell cigarettes offered by you?- *Monday 03 July, 2006*    *Viewed:84*

The answer is a definite NO. All cigarettes we sell are for personal use only, any other uses for our cigarettes would make them liable for duty taxes under the regulations laid out by CBP.

9/12/2007 10:29 PM

[Read More]

**Why are the prices of your cigarettes so competitive?**- *Monday 03 July, 2006*                  Viewed:79

We purchase cigarettes in bulk, enabling us to negotiate lower prices with our suppliers, these savings we make are directly passed on to you, with our great prices we offer on all of our cigarettes.

[Read More]

**Are your cigarettes cheaper than ones sold duty free in airports**- *Monday 03 July, 2006*                  Viewed:94

Yes, we do not have the high running costs that Airport duty free stores have, allowing us to save money in areas where they can not, therefore we can offer you great prices on all of our cigarettes

[Read More]

**Can I buy cigarettes by International mail?**- *Monday 03 July, 2006*                  Viewed:107

Any product purchased from an International company, as long as it complies with US Customs and Border Protection, and is imported for personal use only. To Comply with US customs and Border Protection, each carton of cigarettes that is ordered is shipped in its own specially made box. This ensures that the value of the package will not exceed the limits laid out by CBP, and also the quantity will not exceed limitations stated by CBP. Also in compliance with CBP laws, the contents of the package are stated on the outside of the package

[Read More]

**Can cigarettes by mail be sold without import stamps?**- *Monday 03 July, 2006*                  Viewed:113

As long as cigarettes are sold from a BONDED WAREHOUSE, they may be sold without import stamps, and may also carry the wording Duty Free Sale Only on the packaging of the cigarettes.

[Read More]

Continue

Home | My Account | Shopping Cart | Checkout | Special Offers | New Products | Become Affiliate | Contact Us

Copyright © 2011 City-Smokes.com                                    2439048 requests since Tuesday 26 October, 2004

All transactions in the site are SSL Secured. Buy cheap cigarettes safely. City-smokes.com offers you the ability to buy all your favorite cheap cigarettes brands at a discount price. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made cigarettes as many other sites do. We do not sell cheap cigarettes to anyone bellow the age of 18. Thank you for choosing to buy discount cigarettes from city-smokes.com, your discount cigarettes online store.



Home    About Us    Shipping    Faq    Legal Info    Terms of Use    Privacy Policy    Contact Us

**Quick Find**

keywords



Advanced Search

**Call to Order**

**678-389-9259**

**Categories**

Abba
Benson & Hedges
Business Club
Camel
Capri
Craven A
Davidoff
Dunhill
Gauloises
Golden American
Golden Gate
Kent
Kool
L&M
Lucky Strike
Marlboro
Mild Seven
Monte Carlo
More
Pall Mall
Prince
Rothmans
Salem
Silk Cut
State Express 555
Viceroy
Vogue
Winston
Yves Saint Laurent

**Manufacturers**

Please Select

**Specials**



Marlboro Lights Philippines King
Size White Filter Hard Pack
$26.99
$19.99

**Affiliate Program**



Sign Up
Today and
tonnes
of CASH!!!

## Legal Info

Am I legally allowed to buy from you?

Yes, provided that you're at least 21 years of age (or of the legal age required to purchase cigarettes within your state).

Please Note: Any cigarettes purchased on our site are solely for personal use, any other use is prohibited according to the protocol which the US CBP enforces.

How do you protect my Credit Card information?

We know that you may have concerns about the safety of your credit card and personal details when ordering through the Internet. That's why we're a secured site and use 128 bit RSA encryption (the same as Amazon.com, Starbucks, Bank of America, etc.)

How do you protect my personal information?

We are required by law not to disclose, under all circumstances, consumer data to any entity, individual, corporation, foreign government or foreign government authority regardless of claim. In short, we go to the greatest lengths humanly possible to keep your information both secure, and private.

Please note: Any cigarette retailers that are based within the United States are required under Title 15, chapter 10A of the US Code (Jenkins Act) to supply all information regarding customers who have purchased cigarettes from them, or they will face either a fine or jail sentence. As we are based outside of the US, we do not fall under the US Code, or any laws that are applicable through it, and therefore will never report you for any reason to any government or its agencies.

If you receive a notice to pay duty tax, reject the packages, and DO NOT sign the receipt for your package and it will be returned to our warehouse.

Once your package returns to the warehouse, a full refund for the value of these packages will be issued to you.

Continue

**Member Account**

Email:

Password:

OK

New Account

**Shopping Cart**

0 items

**Bestsellers**

01. Marlboro Lights Philippines King Size White Filter Hard Pack
02. Marlboro Red Philippines King Size Hard Pack
03. Business Club Full Flavor King Box
04. Camel Regular Non-Filter Soft Pack
05. Business Club Lights King Box
06. Golden Gate Light King Size Hard Pack
07. Marlboro Red Philippines King Size Soft Pack
08. Camel Lights King Size Hard Pack
09. Winston King Size Hard Pack
10. Kool Menthol King Size Hard Pack
11. Marlboro Menthol Lights Philippines King Size Hard Pack
12. Camel Filter King Size Hard Pack
13. Golden Gate King Size Hard Pack
14. Salem Menthol Lights King Size Hard Pack
15. Pall Mall Lights Filter King Size Hard Pack
16. Kent De Luxe 100's Soft Pack
17. More Red Regular 120' mm
18. Salem Menthol King Size Hard Pack
19. Benson & Hedges Special Filter
20. State Express 555 Filter King Size Hard Pack

**Latest FAQs**

Why do emails sent to me not arrive?
What is an E-Check?
What are my Payment options?
What are shipping times?
What are the shipping costs?

**Articles**

Tobacco News (25)

**Reviews**



I bought these cigarettes because they were cheap not known ..
★★★★



**Information**

Shipping & Returns
Privacy Notice
Conditions of Use
Contact Us

Home | My Account | Shopping Cart | Checkout | Special Offers | New Products | Become Affiliate | Contact Us



Copyright © 2005 City-Smokes.com                                                 2829060 requests since Tuesday 26 October, 2004

All transactions in this site are SSL Secured. Buy cheap cigarettes safely. City-smokes.com offers you the ability to buy all your favorite cheap cigarettes brands at a discount price. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made cigarettes as many other sites do. We do not sell cheap cigarettes to anyone before the age of 18. Thank you for choosing to buy discount cigarettes from city-smokes.com, your discount cigarettes online store.



## Quick Find


Keywords

**OK**
Advanced Search

**Call to Order**
**678-389-9259**

### Categories

Abba
Benson & Hedges
Business Club
Camel
Capri
Craven A
Davidoff
Dunhill
Gacloises
Golden American
Golden Gate
Kent
Kool
L&M
Lucky Strike
Marlboro
Mild Seven
Monte Carlo
More
Pall Mall
Prince
Rothmans
Salem
Silk Cut
State Express 555
Viceroy
Vogue
Winston
Yves Saint Laurent

### Manufacturers

Please Select

### Specials



Pall Mall Lights Filter King Size
Hard Pack
~~$24.99~~
$15.99

### Affiliate Program


Sign Up
Today and
earn tones
of CASH!!!

## Privacy Notice

Client information is only used when necessary and in order to
process the customer's order. All information pertaining to client is
transferred over Secure Socket Layer connections. We guarantee
privacy to all our customers and we assure that no information is
made available to any government agencies or additional
companies. Since we are located in Europe, we are not obligated to
provide information or data concerning our customers to any
government officials.

**Continue**

### Member Account


Email:

Password:

**OK**
New Account

### Shopping Cart

0 Items

### Bestsellers

01. Marlboro Lights Philippines King Size White Filter Hard Pack
02. Marlboro Red Philippines King Size Hard Pack
03. Business Club Full Flavor King Box
04. Camel Regular Non-Filter Soft Pack
05. Business Club Lights King Box
06. Golden Gate Light King Size Hard Pack
07. Marlboro Red Philippines King Size Soft Pack
08. Camel Lights King Size Hard Pack
09. Winston King Size Hard Pack
10. Kool Menthol King Size Hard Pack
11. Marlboro Menthol Lights Philippines King Size Hard Pack
12. Camel Filter King Size Hard Pack
13. Golden Gate King Size Hard Pack
14. Salem Menthol Lights King Size Hard Pack
15. Pall Mall Lights Filter King Size Hard Pack
16. Kent De Luxe 100´s Soft Pack
17. More Red Regular 120´mm
18. Salem Menthol King Size Hard Pack
19. Benson & Hedges Special Filter
20. State Express 555 Filter King Size Hard Pack

### Latest FAQs

Why do emails sent to me not arrive?
What is an E-Check?
What are my Payment options?
What are shipping times?
What are the shipping costs?

### Articles

Tobacco News (25)

### Reviews



I have been looking for a while for good
quality, but well p....
★★★★★

**Information**



Shipping & Returns
Privacy Notice
Conditions of Use
Contact Us

Home | My Account | Shopping Cart | Checkout | Special Offers | New Products | Become Affiliate | Contact Us

Copyright © 2003 City-Smokes.com                                    2929675 requests since Tuesday 26 October, 2004

All transactions on the site are SSL Secured. Buy cheap cigarettes safely. City-smokes.com offers you the ability to buy all your favorite cheap cigarettes brands at a discount price. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made cigarettes as many other sites do. We do not sell cheap cigarettes to anyone bellow the age of 18. Thank you for choosing to buy discount cigarettes from city-smokes.com, your discount cigarettes online store.



**Home**   **About Us**   **Shipping**   **Faq**   **Legal Info**   **Terms of Use**   **Privacy Policy**   **Contact Us**

### Quick Find

keywords

**OK**

Advanced Search

### Call to Order

**678-389-9259**

### Categories

Abba
Benson & Hedges
Business Club
Camel
Capri
Craven A
Davidoff
Dunhill
Gauloises
Golden American
Golden Gate
Kent
Kool
L&M
Lucky Strike
Marlboro
Mild Seven
Monte Carlo
More
Pall Mall
Prince
Rothmans
Salem
Silk Cut
State Express 555
Viceroy
Vogue
Winston
Yves Saint Laurent

### Manufacturers

Please Select

### Specials



Marlboro Red Philippines King Size Soft Pack
~~$22.99~~
$19.99

### Affiliate Program



Sign Up Today and earn tones of CASH!!!

## Shipping & Returns

All of the cigarettes shipped from City-Smokes.com are sent through international airmail, and comply with international mail regulations in regard to the sale and shipping of duty-free products to the United States of America.

Each carton ordered on City-Smokes.com is sent in its own package, this ensures that the restrictions that apply to weight and value for duty free products is not surpassed. This ensures that you will not be required to pay Duty Tax on your cigarettes. Although every carton is packaged separately, they are shipped to you on the same day. This does not necessarily mean that you will receive all cartons that you have ordered at once. It can take up to 10 days after the first carton is received to receive a full order of more than one carton.

Priority airmail, priority airmail takes from 5 to 10 business days, from date of shipment, for you to receive your order. Priority airmail costs $3.50 per carton ordered.

Shipment times are from the day your ordered is shipped. Orders are shipped once they are fully funded, with Visa this can take from 2 to 4 business days, with e-check this can take 5 to 7 business days.

Please remember to include your full shipping address when filling out the order form, to ensure that you receive your cigarettes as fast as possible.

If you are told to pay duty taxes on any of your packages, please refuse receipt. These packages will than be returned to us. Upon receipt of the returned package in our warehouse, we will credit you the full value of the packages we receive.

If for any reason you wish to return any of the cigarettes ordered, please return the full carton of cigarettes to us, if you have to pay for your cigarettes to be returned, please fax us a copy of your receipt from the post office. Once we receive the faxed copy of the receipt from you, we will refund the full value of the products returned, and all additional shipping charges you have paid.

To obtain more information on how you can return your cigarettes, please call us on: 678-389-9259.

**Continue**

### Member Account

Email:

Password:

**OK**

New Account

### Shopping Cart

0 items

### Bestsellers

01. Marlboro Lights Philippines King Size White Filter Hard Pack
02. Marlboro Red Philippines King Size Hard Pack
03. Business Club Full Flavor King Box
04. Camel Regular Non-Filter Soft Pack
05. Business Club Lights King Box
06. Golden Gate Light King Size Hard Pack
07. Marlboro Red Philippines King Size Soft Pack
08. Camel Lights King Size Hard Pack
09. Winston King Size Hard Pack
10. Kool Menthol King Size Hard Pack
11. Marlboro Menthol Lights Philippines King Size Hard Pack
12. Camel Filter King Size Hard Pack
13. Golden Gate King Size Hard Pack
14. Salem Menthol Lights King Size Hard Pack
15. Pall Mall Lights Filter King Size Hard Pack
16. Kent De Luxe 100`s Soft Pack
17. More Red Regular 120`mm
18. Salem Menthol King Size Hard Pack
19. Benson & Hedges Special Filter
20. State Express 555 Filter King Size Hard Pack

### Latest FAQs

Why do emails sent to me not arrive?
What is an E-Check?
What are my Payment options?
What are shipping times?
What are the shipping costs?

### Articles

Tobacco News (25)

### Reviews



This is the BEST deal on the Planet! The only differences be ...    ★★★★★

**Information**



Shipping & Returns
Privacy Notice
Conditions of Use
Contact Us

Home | My Account | Shopping Cart | Checkout | Special Offers | New Products | Become Affiliate | Contact Us

Copyright © 2003 City-Smokes.com

All transactions on the site are SSL Secured. Buy cheap cigarettes safely. City-smokes.com offers you the ability to buy all your favorite cheap cigarettes brands at a discount price. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made cigarettes as many other sites do. We do not sell cheap cigarettes to anyone below the age of 18. Thank you for choosing to buy discount cigarettes from city-smokes.com, your discount cigarettes online store.





**Welcome To The city-smokes Affiliate Program!**
Our program is free to join, it's easy to sign-up and requires no technical knowledge. Affiliate programs are common throughout the Internet and offer website owners a means of profiting from their websites. Affiliates generate sales for commercial websites and in return receive a percentage of the value of those sales.

**How Does It Work?**
When you join the city-smokes affiliate program, you will be supplied with a range of banners and textual links that you place within your site. When a user clicks on one of your links to city-smokes, their activity will be tracked by our affiliate software. You will earn a commission based on your commission type.

**Real-Time Statistics And Reporting!**
Login 24 hours a day to check your sales, traffic, account balance and see how your banners are performing.

**Existing Affiliates Login**
Username: username
Password: ********
Login

Click Here To Signup

| Affiliate Program Details | |
|---|---|
| Commission Type | Pay-Per-Sale: 7% of all sales you deliver. |
| Initial Deposit | $10.00 USD - Just for signing up! |
| Payout Threshold | $50.00 USD - Minimum balance required for payout. |
| Payout Duration | Payments are made on the 10th of each month, for the previous month. |

Signup Now... And Start Earning Money With Us Today!

Powered By iDevAffiliate.com    Copyright 2006 city-smokes - All Rights Reserved





Case 1:07-cv-08134-DC    Document 1-2    Filed 09/17/2007    Page 36 of 58



Copyright © 2003 City-Smokes.com                2856064 requests since Tuesday 26 October, 2004

All transactions in the site are SSL Secured. Buy cheap cigarettes safely. City-smokes.com offers you the ability to buy all your favorite cheap cigarettes brands at a discount price. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made cigarettes as many other sites do. We do not sell cheap cigarettes to anyone below the age of 16. Thank you for choosing to buy discount cigarettes from city-smokes.com, your discount cigarettes online store.





## Contact Us

**Quick Find**

Keywords

OK

Advanced Search

**Call to Order**

**678-389-9259**

**Categories**

Abba
Benson & Hedges
Business Club
Camel
Capri
Craven A
Davidoff
Dunhill
Gauloises
Golden American
Golden Gate
Kent
Kool
L&M
Lucky Strike
Marlboro
Mild Seven
Monte Carlo
More
Pall Mall
Prince
Rothmans
Salem
Silk Cut
State Express 555
Viceroy
Vogue
Winston
Yves Saint Laurent

**Manufacturers**

Please Select

**Specials**

Marlboro Menthol Lights
Philippines King Size White Filter
Soft
$22.99
$19.99

**Affiliate Program**

Sign Up
Today and
earn tones
of CASH!!!

**Call To Order : 678-389-9259**

Please select a department you would like to get in contact with:

Sales

Full Name:

E-Mail Address:

Subject:

Enquiry:

Continue

**Member Account**

Email:

Password:

OK

**New Account**

**Shopping Cart**

0 items

**Bestsellers**

01. Marlboro Lights Philippines King Size White Filter Hard Pack
02. Marlboro Red Philippines King Size Hard Pack
03. Business Club Full Flavor King Box
04. Camel Regular Non-Filter Soft Pack
05. Business Club Lights King Box
06. Golden Gate Light King Size Hard Pack
07. Marlboro Red Philippines King Size Soft Pack
08. Camel Lights King Size Hard Pack
09. Winston King Size Hard Pack
10. Kool Menthol King Size Hard Pack
11. Marlboro Menthol Lights Philippines King Size Hard Pack
12. Camel Filter King Size Hard Pack
13. Golden Gate King Size Hard Pack
14. Salem Menthol Lights King Size Hard Pack
15. Pall Mall Lights Filter King Size Hard Pack
16. Kent De Luxe 100´s Soft Pack
17. More Red Regular 120´mm
18. Salem Menthol King Size Hard Pack
19. Benson & Hedges Special Filter
20. State Express 555 Filter King Size Hard Pack

**Latest FAQs**

Why do emails sent to me not arrive?
What is an E-Check?
What are my Payment options?
What are shipping times?
What are the shipping costs?

**Articles**

Tobacco News (25)

**Reviews**

I have been looking for a while for good quality, but well p ...
★★★★★

**Information**



Shipping & Returns
Privacy Notice
Conditions of Use
Contact Us

Home | My Account | Shopping Cart | Checkout | Special Offers | New Products | Become Affiliate | Contact Us

Copyright © 2003 City-Smokes.com

All transactions in the site are SSL Secured. Buy cheap cigarettes safely. City-smokes.com offers you the ability to buy all your favorite cheap cigarettes brands at a descount price. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made cigarettes as many other sites do. We do not sell cheap cigarettes to anyone bellow the age of 18. Thank you for choosing to buy discount cigarettes from city-smokes.com, your discount cigarettes online store.

# EXHIBIT C

# Cig2u.com - Online Cigarette store

About Us    Terms of Use    Privacy Policy    Special Offers    🛒 Shopping Cart  0 items



Buy 5 Marlboro and get 1 Free + Free shipping

**Home**    **Shipping**    **FAQ**    **Affiliates**    **Contact Us**

**Newsletter:**
Sign Up for EXCLUSIVE
OFFERS up to 15% OFF!!!

## Member Account:

**Email:**

**Password:**  [ok»]

New Account

## Store categories:

- Amphora
- Benson & Hedges
- Business Club
- Camel
- Craven A
- Davidoff
- Drum
- Dunhill
- Gauloises
- Golden American
- Golden Gate
- Kent
- Kool
- L&M
- Lucky Strike
- Marlboro
- Mild Seven
- Monte Carlo
- More
- Pall Mall
- Prince

## Featured Products!!!

### MORE MENTHOL 120`MM SOFT PACK



More Menthol 120`mm Soft Pack

**Price:** ~~$32.99~~ $27.99

 Add to Cart

### CAMEL FILTER KING SIZE HARD PACK



Camel Filter King Size Hard Pack

**Price:** ~~$29.99~~ $24.99

 Add to Cart

### BUSINESS CLUB LIGHTS KING HARD PACK

### CAMEL LIGHTS KING SIZE HARD PACK

**R-1**
**Rothmans**
**Salem**
**Silk Cut**
**State Express 555**
**Van Nelle**
**Viceroy**
**Vogue**
**West**
**Winston**
**Yves Saint Laurent**

## Site search

keywords

Subscribe



Business Club Lights King Hard Pack

Price: $24.99
$17.99



Camel Lights King Size Hard Pack

Price: $31.99
$26.99





**BUY 5 CARTONS MARLBORO RED KING BOX, GET 1 FREE**

**KOOL MENTHOL KING SIZE HARD PACK**



Buy 5 Cartons Marlboro Red King Box, Get 1 Free

Price: $179.94
$149.99



Kool Menthol King Size Hard Pack

Price: $39.99
$33.99



**BUSINESS CLUB FULL FLAVOR KING BOX**

**MARLBORO LIGHTS PHILIPPINES KING SIZE WHITE FILTER HARD PACK**



Business Club Full Flavor King Box

Price: $24.99
$17.99



Marlboro Lights Philippines King Size White Filter Hard Pack

Price: $33.99
$29.99



### PALL MALL LIGHTS FILTER KING SIZE HARD PACK



Pall Mall Lights Filter King Size Hard Pack

**Price:** ~~$26.99~~ $20.99

### SALEM MENTHOL KING SIZE HARD PACK




Salem Menthol King Size Hard Pack

**Price:** ~~$32.99~~ $27.99

### BUY 5 CARTONS MARLBORO LIGHTS BOX, GET 1 FREE



Buy 5 Cartons Marlboro Lights Box, Get 1 Free

**Price:** ~~$179.94~~ $149.99

### MARLBORO RED PHILIPPINES KING SIZE HARD PACK





Marlboro Red Philippines King Size Hard Pack

**Price:** ~~$33.99~~ $29.99



Specials        Site Search        Contact Us        Customer Login

Copyright ? 2001 Cig2u    Privacy Policy ;  Terms of Use
All transactions in the site are SSL Secured. Buy cheap cigarettes safely. cig2u.com is a cheap cigarettes online store which offers you the ability to buy all your favorite discount cigarettes brands at a discount price. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made cigarettes as many other sites do. We do not sell cheap cigarettes to anyone bellow the age of 18. Thank you for choosing to buy discount cigarettes from cig2u.com, your cheap cigarettes online store.





## About Us



cig2u.com has been in the market of selling cigarettes on the internet now for many years. All the products on our website are bought directly from the manufacturers, and are, therefore, of the highest quality, taste and freshness available online today.

As all our products are tax free, and we purchase them in extremely large amounts, we are able to pass all money savings on to our customers. Therefore, you can purchase genuine trademark brands at extremely low prices, and still be guaranteed to receive top quality goods.

We pride ourselves on being one of the few companies who offer live support for our customers. When you call us, you will reach one of our highly trained agents, who will be happy to assist you in any way, whether it be to place your order or to answer an enquiry. Our Customer Support Team are available from 9.00a.m. to 11.00p.m. EST Monday to Friday, and 9.00a.m. to 3.00p.m.EST on Saturdays. You can reach us on: 678-318-1986. We also offer 24 hour email support.

**Continue**

**Newsletter:**
Sign Up for EXCLUSIVE
OFFERS up to 15% OFF!!!

**Member Account:**
**Email:**

**Password:**

New Account

**Store categories:**
- Amphora
- Benson & Hedges
- Business Club
- Camel
- Craven A
- Davidoff
- Drum
- Dunhill
- Gauloises
- Golden American
- Golden Gate
- Kent
- Kool
- L&M
- Lucky Strike
- Marlboro
- Mild Seven
- Monte Carlo
- More
- Pall Mall
- Prince

- » R-1
- » Rothmans
- » Salem
- » Silk Cut
- » State Express 555
- » Van Nelle
- » Viceroy
- » Vogue
- » West
- » Winston
- » Yves Saint Laurent

## Site search

keywords

**Subscribe**

 

Specials    Site Search    Contact Us    Customer Login

Copyright ? 2001 Cig2u    Privacy Policy  |  Terms of Use

All transactions in the site are SSL Secured. Buy cheap cigarettes safely. cig2u.com is a cheap cigarettes online store which offers you the ability to buy all your favorite discount cigarettes brands at a discount price. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made cigarettes as many other sites do. We do not sell cheap cigarettes to anyone bellow the age of 18. Thank you for choosing to buy discount cigarettes from cig2u.com, your cheap cigarettes online store.



Cig2u.com - Online Cigarette store

About Us    Terms of Use    Privacy Policy    Special Offers    **Shopping Cart** 0 items



Buy 5 Marlboro and get 1 Free + Free shipping

Home    Shipping    FAQ    Affiliates    Contact Us

**Newsletter:**
Sign Up for EXCLUSIVE
OFFERS up to 15% OFF!!!

**Member Account:**
**Email:**
_____

**Password:**
_____ [ ok ]
New Account

**Store categories:**
» Amphora
» Benson & Hedges
» Business Club
» Camel
» Craven A
» Davidoff
» Drum
» Dunhill
» Gauloises
» Golden American
» Golden Gate
» Kent
» Kool
» L&M
» Lucky Strike
» Marlboro
» Mild Seven
» Monte Carlo
» More
» Pall Mall
» Prince

## Frequently Asked Questions

**Why do emails sent to me not arrive?**- *Friday 31 August, 2007*    *Viewed:13*

**Dear users of AOL.com and COX.net e-mails**
You might not be getting our Customer Support e-mails due to some
reasons (you blocked our e-mail address/it is tagged as a Junk mail or it is
in your Spam folder/ AOL/COX is blocking your correspondent's provider
from sending mail due to complaints of abuse, etc). Such problems affect
our service because our communication can be blocked and we are not able
to get in touch with you regarding your purchases.Therefore, please make
sure our messages get through. For AOL users having problems with mail
being delivered, we kindly advise to follow the links listed below for further
assistance:

http://postmaster.info.aol.com/faq/memberfaq.html#nomail

http://members.aol.com/adamkb/aol/mailfaq/

For more help you may contact AOL/COX Customer support.

[Read More]

**What is an E-Check?**- *Thursday 23 November, 2006*    *Viewed:227*

For More information on what e-checks are, please **Click Here**

[Read More]

**What are my Payment options?**- *Monday 03 July, 2006*    *Viewed:347*

We currently only accept E-Checks for all orders placed on cig2u.com.

[Read More]

**What are shipping times?**- *Monday 03 July, 2006*    *Viewed:327*

We currently offer 2 shipping options:
1. Economy Airmail, order placed with economy airmail take between 10 and

R-1
Rothmans
Salem
Slik Cut
State Express 555
Van Nelle
Viceroy
Vogue
West
Winston
Yves Saint Laurent

## Site search

keywords

**Subscribe**

21 business days to arrive from the date of shipment, for e-check it can take up to 7 business days.
2. Priority Airmail, order placed with priority airmail take between 5 and 10 business days to arrive from the date of shipment, for e-check it can take up to 7 business days.

[Read More]

**What are the shipping costs?**- *Monday 03 July, 2006*    *Viewed:333*

**Economy airmail is free**
**Priority Airmail costs $1.49 per carton of cigarettes ordered**

[Read More]

**Is it safe to send you my E-Check details?**- *Monday 03 July, 2006*    *Viewed:257*

**Yes. The site is certified and implements a 128 Bit SSL system**

[Read More]

**Can I pay by postal order?**- *Monday 03 July, 2006*    *Viewed:271*

**No. You can only pay by e-check.**

[Read More]

**Can I place an order by phone?**- *Monday 03 July, 2006*    *Viewed:238*

**No, currently at this time we do not provide telephone support, however sometime in the near future we will be.**

[Read More]

**Are the cigarettes sold at cig2u first choice?**- *Monday 03 July, 2006*    *Viewed:267*

**All cigarettes sold at cig2u.com are first choice cigarettes, that are manufactured under the strictest regulations, by all of the original manufacturers, within the EU or USA.**

[Read More]

**What is your delivery process after placing an order?**- *Monday 03 July, 2006*    *Viewed:218*

**Once an order is placed with us, it takes up to 2 days to process, after it has been processed, we then send the data to the warehouse. Once the warehouse receives the information it requires to ship your order, it the packs the orders in batches. Once a batch is fully packed, it is then sent to our logistics centre, and then is sent out either via priority airmail, or through economy airmail. Orders shipped via economy airmail take between 10 and 21 business days to arrive, orders sent priority airmail take between 5 and 10 business days to arrive**

[Read More]

**What if I have ordered and still have not received the goods?**- *Monday 03 July, 2006*    *Viewed:231*

**If you ordered your cigarettes to be sent via economy airmail, please allow up to a maximum of 35 business days for them to arrive, if they have not**

arrived in this time, please feel free to contact us via e-mail, and we will arrange for compensation on your order. If you ordered your cigarettes Priority airmail, and have not received them within a maximum of 14 business days, please contact us via e-mail, and we will arrange for compensation on your order.

[Read More]

**What if I ordered six cartons and received only three?** - *Monday 03 July, 2006*    *Viewed:248*

We dispatch the cartons through Air Mail. In case of multiple cartons we pack them as separate shipments. Generally, cartons are sent individually. We mail the cartons at the same time but their arrival dates may vary. It may take from two to three days for the full delivery to be executed.

[Read More]

**What is Priority Air Mail?** - *Monday 03 July, 2006*    *Viewed:224*

Priority airmail packages are sent out as priority packages, and once these packages reach the post office, they are sent on the next available transport to the US. These orders arrive extremely fast, and are recommended for all of our customers.

[Read More]

**Do you send the ordered pack by courier aervices (e.g. DHL)?** - *Monday 03 July, 2006*    *Viewed:235*

No. We are working with the Priority Air Mail only, and our service is fast and reliable.

[Read More]

**Do you sell cigarette brands other than those on your website?** - *Monday 03 July, 2006*    *Viewed:236*

No, the cigarettes listed on our pages are the only cigarettes we currently sell. However we do sometimes receive new cigarettes to sell, so therefore it is best for you to continually check the website for the brands that you are looking for, if we do not currently have, we may have it sometime in the future.

[Read More]

**Can I resell cigarettes offered by you?** - *Monday 03 July, 2006*    *Viewed:263*

The answer is a definite NO. All cigarettes we sell are for personal use only, any other uses for our cigarettes would make them liable for duty taxes under the regulations laid out by CBP.

[Read More]

**Why are the prices of your cigarettes so competitive?** - *Monday 03 July, 2006*    *Viewed:233*

We purchase cigarettes in bulk, enabling us to negotiate lower prices with our suppliers, these savings we make are directly passed on to you, with our great prices we offer on all of our cigarettes.

[Read More]

**Are your cigarettes cheaper than ones sold duty free in airports-** *Monday 03 July, 2006*    *Viewed:237*

Yes, we do not have the high running costs that Airport duty free stores have, allowing us to save money in areas where they can not, therefore we can offer you great prices on all of our cigarettes

[Read More]

**Can I buy cigarettes by international mail?-** *Monday 03 July, 2006*    *Viewed:269*

Any product purchased from an international company, as long as it complies with US Customs and Border Protection, and is imported for personal use only. To Comply with US customs and Border Protection, each carton of cigarettes that is ordered is shipped in its own specially made box. This ensures that the value of the package will not exceed the limits laid out by CBP, and also the quantity will not exceed limitations stated by CBP. Also in compliance with CBP laws, the contents of the package are stated on the outside of the package

[Read More]

**Can cigarettes by mail be sold without import stamps?-** *Monday 03 July, 2006*    *Viewed:241*

As long as cigarettes are sold from a BONDED WAREHOUSE, they may be sold without import stamps, and may also carry the wording Duty Free Sale Only on the packaging of the cigarettes.

[Read More]

Continue

 

Specials          Site Search          Contact Us          Customer Login

Copyright ? 2001 Cig2u    Privacy Policy | Terms of Use
All transactions in the site are SSL Secured. Buy cheap cigarettes safely. cig2u.com is a cheap cigarettes online store which offers you the ability to buy all your favorite discount cigarettes brands at a discount price. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made cigarettes as many other sites do. We do not sell cheap cigarettes to anyone bellow the age of 18. Thank you for choosing to buy discount cigarettes from cig2u.com, your cheap cigarettes online store.



**Cig2u.com** - Online Cigarette store

About Us    Terms of Use    Privacy Policy    Special Offers          Shopping Cart  0 items

Buy 5 Marlboro and get 1 Free + Free shipping

Home          Shipping          FAQ          Affiliates          Contact Us

**Newsletter:**
Sign Up for EXCLUSIVE
OFFERS up to 15% OFF!!!

**Member Account:**
**Email:**

**Password:**
ok
New Account

**Store categories:**
» Amphora
» Benson & Hedges
» Business Club
» Camel
» Craven A
» Davidoff
» Drum
» Dunhill
» Gauloises
» Golden American
» Golden Gate
» Kent
» Kool
» L&M
» Lucky Strike
» Marlboro
» Mild Seven
» Monte Carlo
» More
» Pall Mall
» Prince

**Privacy Notice**

We guarantee that all client information is confidential and will not be released or distributed to any third party, including other companies or any government agencies. All client information will be transferred over Secure Socket Layer connections. In order to achieve high standards, which correspond with our company?s security policy, all client information is transmitted using the most secure encryption protocol available (128 bit SSL) on the market.

In order to protect clients, a credit card ID number is requested. The card ID is a 3 or 4 digit security code that is printed on the back of your credit card. The card ID protects you from online fraud by verifying that you are in possession of the card you are attempting to use.

Continue

» **R-1**
» **Rothmans**
» **Salem**
» **Silk Cut**
» **State Express 555**
» **Van Nelle**
» **Viceroy**
» **Vogue**
» **West**
» **Winston**
» **Yves Saint Laurent**

## Site search

 keywords

**Subscribe**

Specials      Site Search      Contact Us      Customer Login

Copyright ? 2001 Cig2u    Privacy Policy | Terms of Use
All transactions in the site are SSL Secured. Buy cheap cigarettes safely. cig2u.com is a cheap cigarettes online which offers you the ability to buy all your favorite discount cigarettes brands at a discount price. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made cigarettes as many other sites do. We do not sell cheap cigarettes to anyone bellow the age of 18. Thank you for choosing to buy discount cigarettes from cig2u.com, your cheap cigarettes online store.





**Newsletter:**
Sign Up for EXCLUSIVE
OFFERS up to 15% OFF!!!

**Member Account:**
**Email:**

**Password:**        ok

New Account

**Store categories:**

- Amphora
- Benson & Hedges
- Business Club
- Camel
- Craven A
- Davidoff
- Drum
- Dunhill
- Gauloises
- Golden American
- Golden Gate
- Kent
- Kool
- L&M
- Lucky Strike
- Marlboro
- Mild Seven
- Monte Carlo
- More
- Pall Mall
- Prince

## Shipping & Returns

All of the cigarettes shipped from Cig2u.com are sent through international airmail, and comply with international mail regulations in regard to the sale and shipping of duty-free products to the United States of America.

Each carton ordered on Cig2u.com is sent in its own package, this ensures that the restrictions that apply to weight and value for duty free products is not surpassed. This ensures that you will not be required to pay Duty Tax on your cigarettes. Although every carton is packaged separately, they are shipped to you on the same day. This does not necessarily mean that you will receive all cartons that you have ordered at once. It can take up to 10 days after the first carton is received to receive a full order of more than one carton.

Economy Airmail, economy airmail can take anywhere from 14 to 21 Business days, from date of shipment, to receive your order. Economy airmail is free for all orders. Priority airmail, priority airmail takes from 5 to 10 business days, from date of shipment, for you to receive your order. Priority airmail is optional for all orders and costs $1.49 per carton ordered.

Shipment times are from the day your ordered is shipped. Orders are shipped once they are fully funded, with Visa this can take from 2 to 4 business days, with e-check this can take 5 to 7 business days.

Please remember to include your full shipping address when filling out the order form, to ensure that you receive your cigarettes as fast as possible.

If you are told to pay duty taxes on any of your packages, please refuse receipt. These packages will then be returned to us. Upon receipt of the returned package in our warehouse, we will credit you the full value of the packages we receive.

If for any reason you wish to return any of the cigarettes ordered, please return the full carton of cigarettes to us, if you have to pay for your cigarettes to be returned, please fax us a copy of your receipt from the post office. Once we receive the faxed copy of the receipt from you, we will refund the full value of the products returned, and all additional shipping charges you have paid.

To obtain more information on how you can return your cigarettes, please e-mail us.



>> **R-1**
>> **Rothmans**
>> **Salem**
>> **Silk Cut**
>> **State Express 555**
>> **Van Nelle**
>> **Viceroy**
>> **Vogue**
>> **West**
>> **Winston**
>> **Yves Saint Laurent**

**Continue**

## Site search

keywords

**Subscribe**

Specials        Site Search        Contact Us        Customer Login

Copyright ? 2001 Cig2u    Privacy Policy | Terms of Use
All transactions in the site are SSL Secured. Buy cheap cigarettes safely. cig2u.com is a cheap cigarettes online store which offers you the ability to buy all your favorite discount cigarettes brands at a discount price. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made cigarettes as many other sites do. We do not sell cheap cigarettes to anyone bellow the age of 18. Thank you for choosing to buy discount cigarettes from cig2u.com, your cheap cigarettes online store.



**Home :: Signup Now :: Manage Account :: Contact Affiliates Admin**                                    **Welcome, Guest**

**Welcome To The cig2u.com Affiliate Program!**
Our program is free to join, it's easy to sign-up and requires no technical knowledge.  Affiliate programs are
common throughout the internet and offer website owners a means of profiting from their websites.  Affiliates
generate sales for commercial websites and in return receive a percentage of the value of those sales.

**How Does It Work?**
When you join the cig2u.com affiliate program, you will be supplied with a range of banners and textual links that
you place within your site.  When a user clicks on one of your links to cig2u.com, their activity will be tracked by
our affiliate software.  You will earn a commission based on your commission type.

**Real-Time Statistics And Reporting!**
Login 24 hours a day to check your sales, traffic, account balance and see how your banners are performing.

**Existing Affiliates Login**

Username: | username

Password: | ********

Login

**Click Here To Signup**

     **Affiliate Program Details**

| | |
|---|---|
| **Commission Type** | Pay-Per-Sale: 13% of all sales you deliver. |
| **Initial Desposit** | $10.00 USD - Just for signing up! |
| **Payout Threshold** | $50.00 USD - Minimum balance required for payout. |
| **Payout Duration** | Payments are made on the 10th of each month, for the previous month. |

**Signup Now**... And Start Earning Money With Us Today!

Affiliate Software By iDevAffiliate v4.0                          Copyright? 2005 **cig2u.com** - All Rights Reserved.



### Let's See What We Have Here

**Newsletter:**
Sign Up for EXCLUSIVE
OFFERS up to 15% Off!!!

**Member Account:**

**Email:**

**Password:**  [ok]

New Account

**Store categories:**

- Amphora
- Benson & Hedges
- Business Club
- Camel
- Craven A
- Davidoff
- Drum
- Dunhill
- Gauloises
- Golden American
- Golden Gate
- Kent
- Kool
- L&M
- Lucky Strike
- Marlboro
- Mild Seven
- Monte Carlo
- More
- Pall Mall
- Prince

| | PRODUCT NAME | PRICE | BUY NOW |
|---|---|---|---|
| | Buy 5 Cartons Marlboro Lights Box, Get 1 Free | ~~$179.94~~ $149.99 | **Buy now!** |
| | Buy 5 Cartons Marlboro Red King Box, Get 1 Free | ~~$179.94~~ $149.99 | **Buy now!** |

**R-1**
**Rothmans**
**Salem**
**Silk Cut**
**State Express 555**
**Van Nelle**
**Viceroy**
**Vogue**
**West**
**Winston**
**Yves Saint Laurent**

## Site search

keywords

Subscribe

| | | | |
|---|---|---|---|
| | Marlboro Lights Philippines King Size White Filter Hard Pack | ~~$33.99~~ $29.99 | Buy now! |
| | Marlboro Menthol Lights Philippines King Size Hard Pack | $29.99 | Buy now! |
| | Marlboro Menthol Lights Philippines King Size White Filter Soft | $29.99 | Buy now! |
| | Marlboro Red 100`s Box | $30.99 | Buy now! |

| | Marlboro Red King Size Hard Pack Made in Europe | $30.99 | Buy now! |
| | Marlboro Red Philippines King Size Soft Pack | $29.99 | Buy now! |
| | Marlboro Red Philippines King Size Hard Pack | $33.99 $29.99 | Buy now! |

Displaying **1** to **9** (of **9** products)    Result Pages: **1**



Specials    Site Search    Contact Us    Customer Login

Copyright ? 2001 Cig2u    Privacy Policy | Terms of Use

All transactions in the site are SSL Secured. Buy cheap cigarettes safely. cig2u.com is a cheap cigarettes online store which offers you the ability to buy all your favorite discount cigarettes brands at a discount price. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made cigarettes as many other sites do. We do not sell cheap cigarettes to anyone bellow the age of 18. Thank you for choosing to buy discount cigarettes from cig2u.com, your cheap cigarettes online store.



**Cig2u.com** - Online Cigarette store

About Us | Terms of Use | Privacy Policy | Special Offers

Shopping Cart 0 items

Buy 5 Marlboro and get 1 Free + Free shipping

Home | Shipping | FAQ | Affiliates | Contact Us

**Newsletter:**
Sign Up for EXCLUSIVE OFFERS up to 15% OFF!!!

**Member Account:**
**Email:**

**Password:** ok

New Account

**Store categories:**

- Amphora
- Benson & Hedges
- Business Club
- Camel
- Craven A
- Davidoff
- Drum
- Dunhill
- Gauloises
- Golden American
- Golden Gate
- Kent
- Kool
- L&M
- Lucky Strike
- Marlboro
- Mild Seven
- Monte Carlo
- More
- Pall Mall
- Prince

## Contact Us

Please select a department you would like to get in contact with:

Sales

Full Name:

E-Mail Address:

Subject:

Enquiry:



| | |
|---|---|
| >> | **R-1** |
| >> | **Rothmans** |
| >> | **Salem** |
| >> | **Silk Cut** |
| >> | **State Express S55** |
| >> | **Van Nelle** |
| >> | **Viceroy** |
| >> | **Vogue** |
| >> | **West** |
| >> | **Winston** |
| >> | **Yves Saint Laurent** |

## Site search

keywords

Subscribe

Continue

Specials        Site Search        Contact Us        Customer Login

Copyright ? 2001 Cig2u    Privacy Policy | Terms of Use
All transactions in the site are SSL Secured. Buy cheap cigarettes safely. cig2u.com is a cheap cigarettes online store which offers you the ability to buy all your favorite discount cigarettes brands at a discount price. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made cigarettes as many other sites do. We do not sell cheap cigarettes to anyone bellow the age of 18. Thank you for choosing to buy discount cigarettes from cig2u.com, your cheap cigarettes online store.