# EXHIBIT D



## CALL TO ORDER
# 646-257-2083

| HOME | SHIPPING | FAQ | AFFILIATES | CONTACT US |

▪ About Us    ▪ Legal Info    ▪ Terms of Use    ▪ Privacy Policy    ▪ New Products    ▪ Special Offers

**Shopping Cart**

0 Items

▸ Checkout

**Members**

Email:

Password:

[ Go ]

▸ **New Account**

**Products**

Abba
Amphora
Benson & Hedges
Business Club
Camel
Capri
Craven A
Davidoff
Drum
Dunhill
Gauloises
Golden American
Golden Gate
Kent
Kool
L&M
Lucky Strike
Marlboro
Mild Seven
Monte Carlo
More
Pall Mall
Prince
R1
Rothmans
Salem
Silk Cut
State Express 555

---

6 Cartons Marlboro Red Box

6 Cartons Marlboro Red Box

Price: $143.94
$129.99

[ Add to Cart ]    [ More Info ]

---

4 Cartons of Kool Menthol King Box

4 Cartons of Kool Menthol King Box

Price: $111.96
$104.99

[ Add to Cart ]    [ More Info ]

---

6 Cartons Golden Gate Light King Size Hard Pack

6 Cartons Golden Gate Light King Size Hard Pack

Price: $95.94
$79.99

[ Add to Cart ]    [ More Info ]

---

4 Cartons West Light King Box

4 Cartons West Light King Box

Price: $79.96
$69.99

[ Add to Cart ]    [ More Info ]

---

4 Cartons R-1 Lights

4 Cartons R-1 Lights

Price: $83.96
$75.99

[ Add to Cart ]    [ More Info ]

---

4 Cartons R-1 Minima

4 Cartons R-1 Minima

Price: $83.96
$75.99

[ Add to Cart ]    [ More Info ]

**Van Nelle**

**Viceroy**

**Vogue**

**West**

**Winston**

**Yves Saint Laurent**

4 Cartons Salem Menthol 100 Box



4 Cartons Salem Menthol
100 Box

Price: $95.96
$89.99

6 Cartons Winston King Box Philippines



6 Cartons Winston King
Box Philippines

Price: $125.94
$115.00

6 Cartons of Business Club Light Box



6 Cartons of Business Club
Light Box

Price: $89.94
$79.99

4 Cartons West Filter King Box



4 Cartons West Filter King
Box

Price: $79.96
$69.99

6 Cartons Golden Gate King Size Hard Pack



6 Cartons Golden Gate
King Size Hard Pack

Price: $95.94
$79.99

6 Cartons ABBA Light King Box



6 Cartons ABBA Light King
Box

Price: $77.94
$59.99

6 Cartons Marlboro Light King Box

6 Cartons ABBA Full Flavor King Box



6 Cartons Marlboro Light King Box

Price: $143.94
$129.99

Add to Cart    More Info



6 Cartons ABBA Full Flavor King Box

Price: $77.94
$59.99

Add to Cart    More Info

6 Cartons Winston Lights King Box Philippines

6 Cartons Winston Lights King Box Philippines

Price: $125.94
$115.00

Add to Cart    More Info

 SSL

All transactions in the site are SSL Secured. Buy cheap cigarettes safely. 123smoke.com is a cheap cigarettes online store which offers you the ability to buy all your favorite discount cigarettes brands at a discount price. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made cigarettes as many other sites do. We do not sell cheap cigarettes to anyone below the age of 18. Thank you for choosing to buy discount cigarettes from 123smoke.com, your cheap cigarettes online store.



**CALL TO ORDER**
## 646-257-2083

HOME    SHIPPING    FAQ    AFFILIATES    CONTACT US

■ About Us    ■ Legal Info    ■ Terms of Use    ■ Privacy Policy    ■ New Products    ■ Special Offers

**Shopping Cart**

0 Items

▸ Checkout

**Members**

Email:

Password:

Go

▸ **New Account**

**Products**

**Abba**

**Amphora**

**Benson & Hedges**

**Business Club**

**Camel**

**Capri**

**Craven A**

**Davidoff**

**Drum**

**Dunhill**

**Gauloises**

**Golden American**

**Golden Gate**

**Kent**

**Kool**

**L&M**

**Lucky Strike**

**Marlboro**

**Mild Seven**

**Monte Carlo**

**More**

**Pall Mall**

**Prince**

**R1**

**Rothmans**

**Salem**

**Silk Cut**

**State Express 555**

## About Us

123smoke.com has been in the market of selling cigarettes on the internet now for many years. All the products on our website are bought directly from the manufacturers, and are, therefore, of the highest quality, taste and freshness available online today.

As all our products are tax free, and we purchase them in extremely large amounts, we are able to pass all money savings on to our customers. Therefore, you can purchase genuine trademark brands at extremely low prices, and still be guaranteed to receive top quality goods.

We pride ourselves on being one of the few companies who offer live support for our customers. When you call us, you will reach one of our highly trained agents, who will be happy to assist you in any way, whether it be to place your order or to answer an enquiry. Our Customer Support Team are available from 9.00a.m. to 11.00p.m. EST Monday to Friday, and 9.00a.m. to 3.00p.m.EST on Saturdays. You can reach us on: 646-257-2083. We also offer 24 hour email support.


Continue

**Van Nelle**

**Viceroy**

**Vogue**

**West**

**Winston**

**Yves Saint Laurent**

 

All transactions in the site are SSL Secured. Buy cheap cigarettes safely. 123smoke.com is a cheap cigarettes online store which offers you the ability to buy all your favorite discount cigarettes brands at a discount price. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made cigarettes as many other sites do. We do not sell cheap cigarettes to anyone below the age of 18. Thank you for choosing to buy discount cigarettes from 123smoke.com, your cheap cigarettes online store.



## CALL TO ORDER
# 646-257-2083

HOME    SHIPPING    FAQ    AFFILIATES    CONTACT US

・ About Us    ・ Legal Info    ・ Terms of Use    ・ Privacy Policy    ・ New Products    ・ Special Offers

**Shopping Cart**

0 Items

▸ Checkout

**Members**

Email:

Password:

**Go**

▸ New Account

**Products**

Abba

Amphora

Benson & Hedges

Business Club

Camel

Capri

Craven A

Davidoff

Drum

Dunhill

Gauloises

Golden American

Golden Gate

Kent

Kool

L&M

Lucky Strike

Marlboro

Mild Seven

Monte Carlo

More

Pall Mall

Prince

R1

Rothmans

Salem

Silk Cut

State Express 555

## Frequently Asked Questions

**FAQ Information**

**Why do emails sent to me not arrive?**- *Friday 31 August, 2007*    *Viewed:4*

**Dear users of AOL.com and COX.net e-mails**
You might not be getting our Customer Support e-mails due to some reasons (you blocked our e-mail address/ it is tagged as a Junk mail or it is in your Spam folder/ AOL/COX is blocking your correspondent's provider from sending mail due to complaints of abuse, etc). Such problems affect our service because our communication can be blocked and we are not able to get in touch with you regarding your purchases.Therefore, please make sure our messages get through. For AOL users having problems with mail being delivered, we kindly advise to follow the links listed below for further assistance:

http://postmaster.info.aol.com/faq/memberfaq.html#nomail

http://members.aol.com/adamkb/aol/mailfaq/

For more help you may contact AOL/COX Customer support.

[Read More]

**What is an E-Check?**- *Wednesday 22 November, 2006*    *Viewed:283*

For More information on what e-checks are, please Click Here

[Read More]

**What are my Payment options?**- *Tuesday 11 July, 2006*    *Viewed:3434*

We currently only accept E-Checks for all orders placed on 123Smoke.com

[Read More]

**What are shipping times?**- *Tuesday 11 July, 2006*    *Viewed:2760*

We currently offer 2 shipping options:
1. Economy Airmail, order placed with economy airmail take between 10 and 21 business days to arrive from the date of shipment, for e-check it can take up to 7 business days.
2. Priority Airmail, order placed with priority airmail take between 5 and 10 business days to arrive from the date of shipment, for e-check it can take up to 7 business days.

[Read More]

**What are the shipping costs?**- *Tuesday 11 July, 2006*    *Viewed:3519*

Van Nelle

Viceroy

Vogue

West

Winston

Yves Saint Laurent

**Economy airmail is free**
**Priority Airmail costs $1.99 per carton of cigarettes ordered**

[Read More]

**Is it safe to send you my E-Check details?**- *Tuesday 11 July, 2006*   *Viewed:1583*

**Yes. The site is certified and implements a 128 Bit SSL system**

[Read More]

**Can I pay by postal order?**- *Tuesday 11 July, 2006*   *Viewed:277*

**No. You can only pay by e-check.**

[Read More]

**Can I place an order by phone?**- *Tuesday 11 July, 2006*   *Viewed:271*

**Yes, to place an order by phone, please call us toll free on:**
**1-607-821-2152**

[Read More]

**Are the cigarettes sold at 123Smoke first choice?**- *Tuesday 11 July, 2006*   *Viewed:361*

**All cigarettes sold at 123Smoke.com are first choice cigarettes, that are manufactured under the strictest regulations, by all of the original manufacturers, within the EU or USA.**

[Read More]

**What is your delivery process after placing an order?**- *Tuesday 11 July, 2006*   *Viewed:275*

**Once an order is placed with us, it takes up to 2 days to process, after it has been processed; we then send the data to the warehouse. Once the warehouse receives the information it requires to ship your order, it the packs the orders in batches. Once a batch is fully packed, it is then sent to our logistics centre, and then is sent out either via priority airmail, or through economy airmail. Orders shipped via economy airmail take between 10 and 21 business days to arrive; orders sent priority airmail take between 5 and 10 business days to arrive**

[Read More]

**What if I have ordered and still have not received the goods**- *Tuesday 11 July, 2006*   *Viewed:282*

**If you ordered your cigarettes to be sent via economy airmail, please allow up to a maximum of 35 business days for them to arrive, if they have not arrived in this time, please feel free to contact us either via e-mail or call us on 1 888-795-5493, and we will arrange for compensation on your order. If you ordered your cigarettes Priority airmail, and have not received them within a maximum of 14 business days, please contact us either via e-mail or call us on 1 888-795-5493, and we will arrange for compensation on your order.**

[Read More]

**What if I ordered six cartons and received only three?**- *Tuesday 11 July, 2006*    *Viewed:272*

**We dispatch the cartons through Priority Air Mail. In case of multiple cartons we pack them as separate shipments. Generally, cartons are sent individually. We mail the cartons at the same time but their arrival dates may vary. It may take from two to three days for the full delivery to be executed.**

[Read More]

**What is Priority Air Mail?**- *Tuesday 11 July, 2006*    *Viewed:223*

**Priority airmail packages are sent out as priority packages, and once these packages reach the post office, they are sent on the next available transport to the US. These orders arrive extremely fast, and are recommended for all of our customers.**

[Read More]

**Do you send the ordered pack by courier services (e.g. DHL)?**- *Tuesday 11 July, 2006*    *Viewed:245*

**No. We are working with the Priority Air Mail only, and our service is fast and reliable**

[Read More]

**Do you sell cigarette brands other than those on your website?**- *Tuesday 11 July, 2006*    *Viewed:282*

**No, the cigarettes listed on our pages are the only cigarettes we currently sell. However we do sometimes receive new cigarettes to sell, so therefore it is best for you to continually check the website for the brands that you are looking for, if we do not currently have, we may have it sometime in the future.**

[Read More]

**Can I resell cigarettes offered by you?**- *Tuesday 11 July, 2006*    *Viewed:297*

**The answer is a definite NO. All cigarettes we sell are for personal use only, any other uses for our cigarettes would make them liable for duty taxes under the regulations laid out by CBP.**

[Read More]

**Why are the prices of your cigarettes so competitive?**- *Tuesday 11 July, 2006*    *Viewed:212*

**We purchase cigarettes in bulk, enabling us to negotiate lower prices with our suppliers, these savings we make are directly passed on to you, with our great prices we offer on all of our cigarettes.**

[Read More]

**Are your cigarettes cheaper than ones sold duty free in airports** - *Tuesday 11 July, 2006*    *Viewed:269*

**Yes, we do not have the high running costs that Airport duty free stores have, allowing us to save money in areas where they can not, therefore we can offer you great prices on all of our cigarettes**

[Read More]

**Can I buy cigarettes by international mail?** - *Tuesday 11 July, 2006*    *Viewed:357*

**Any product purchased from an international company, as long as it complies with US Customs and Border Protection, and is imported for personal use only. To Comply with US customs and Border Protection, each carton of cigarettes that is ordered is shipped in its own specially made box. This ensures that the value of the package will not exceed the limits laid out by CBP, and also the quantity will not exceed limitations stated by CBP. Also in compliance with CBP laws, the contents of the package are stated on the outside of the package**

[Read More]

**Can cigarettes by mail be sold without import stamps?** - *Tuesday 11 July, 2006*    *Viewed:329*

**As long as cigarettes are sold from a BONDED WAREHOUSE, they may be sold without import stamps, and may also carry the wording Duty Free Sale Only on the packaging of the cigarettes.**

[Read More]





All transactions in the site are SSL Secured. Buy cheap cigarettes safely. 123smoke.com is a cheap cigarettes online store which offers you the ability to buy all your favorite discount cigarettes brands at a discount price. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made cigarettes as many other sites do. We do not sell cheap cigarettes to anyone below the age of 18. Thank you for choosing to buy discount cigarettes from 123smoke.com, your cheap cigarettes online store.



**CALL TO ORDER**

# 646-257-2083

HOME    SHIPPING    FAQ    AFFILIATES    CONTACT US

About Us    •  Legal Info    •  Terms of Use    •  Privacy Policy    •  New Products    •  Special Offers

## Shopping Cart

0 items

➤ Checkout

## Members

Email:

Password:

 G6

➤ New Account

## Products

Abba
Amphora
Benson & Hedges
Business Club
Camel
Capri
Craven A
Davidoff
Drum
Dunhill
Gauloises
Golden American
Golden Gate
Kent
Kool
L&M
Lucky Strike
Marlboro
Mild Seven
Monte Carlo
More
Pall Mall
Prince
R1
Rothmans
Salem
Silk Cut
State Express 555

## Legal Info

Am I legally allowed to buy from you?

Yes, provided that you're at least 21 years of age (or of the legal age required to purchase cigarettes within your state).

Please Note: Any cigarettes purchased on our site are solely for personal use, any other use is prohibited according to the protocol which the US CBP enforces.

How do you protect my Credit Card Information?

We know that you may have concerns about the safety of your credit card and personal details when ordering through the Internet. That's why we're a secured site and use 128 bit RSA encryption (the same as Amazon.com, Starbucks, Bank of America, etc.)

How do you protect my personal information?

We are required by law not to disclose, under all circumstances, consumer data to any entity, individual, corporation, foreign government or foreign government authority regardless of claim. In short, we go to the greatest lengths humanly possible to keep your information both secure, and private.

Please note: Any cigarette retailers that are based within the United States are required under Title 15, chapter 10A of the US Code (Jenkins Act) to supply all information regarding customers who have purchased cigarettes from them, or they will face either a fine or jail sentence. As we are based outside of the US, we do not fall under the US Code, or any laws that are applicable through it, and therefore will never report you for any reason to any government or its agencies.

If you receive a notice to pay duty tax, reject the packages, and DO NOT sign the receipt for your package and it will be returned to our warehouse.

Once your package returns to the warehouse, a full refund for the value of these packages will be issued to you.

 Continue

http://www.123smoke.com/legal.php

**Van Nelle**

**Viceroy**

**Vogue**

**West**

**Winston**

**Yves Saint Laurent**



All transactions in the site are SSL Secured. Buy cheap cigarettes safely. 123smoke.com is a cheap cigarettes online store which offers you the ability to buy all your favorite discount cigarettes brands at a discount price. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made cigarettes as many other sites do. We do not sell cheap cigarettes to anyone below the age of 18. Thank you for choosing to buy discount cigarettes from 123smoke.com, your cheap cigarettes online store.



**CALL TO ORDER**

## 646-257-2083

| HOME | SHIPPING | FAQ | AFFILIATES | CONTACT US |

> About Us    > Legal Info    > Terms of Use    > Privacy Policy    > New Products    > Special Offers

**Shopping Cart**

0 items

> Checkout

**Members**

Email:

Password:

Go

> New Account

**Products**

Abba

Amphora

Benson & Hedges

Business Club

Camel

Capri

Craven A

Davidoff

Drum

Dunhill

Gauloises

Golden American

Golden Gate

Kent

Kool

L&M

Lucky Strike

Marlboro

Mild Seven

Monte Carlo

More

Pall Mall

Prince

R1

Rothmans

Salem

Silk Cut

State Express 555

## Privacy Notice

Client information is only used when necessary and in order to process the customer?s order. All information pertaining to client is transferred over Secure Socket Layer connections. We guarantee privacy to all our customers and we assure that no information is made available to any government agencies or additional companies. Since we are located in Europe, we are not obligated to provide information or data concerning our customers to any government officials.

Continue

**Van Nelle**

**Viceroy**

**Vogue**

**West**

**Winston**

**Yves Saint Laurent**



All transactions in the site are SSL Secured. Buy cheap cigarettes safely. 123smoke.com is a cheap cigarettes online store which offers you the ability to buy all your favorite discount cigarettes brands at a discount price. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made cigarettes as many other sites do. We do not sell cheap cigarettes to anyone bellow the age of 18. Thank you for choosing to buy discount cigarettes from 123smoke.com, your cheap cigarettes online store.



## CALL TO ORDER
# 646-257-2083

HOME    SHIPPING    FAQ    AFFILIATES    CONTACT US

About Us    Legal Info    Terms of Use    Privacy Policy    New Products    Special Offers

**Shopping Cart**

0 Items

⸎ Checkout

**Members**

Email:

Password:

Go

⸎ New Account

**Products**

**Abba**
**Amphora**
**Benson & Hedges**
**Business Club**
**Camel**
**Capri**
**Craven A**
**Davidoff**
**Drum**
**Dunhill**
**Gauloises**
**Golden American**
**Golden Gate**
**Kent**
**Kool**
**L&M**
**Lucky Strike**
**Marlboro**
**Mild Seven**
**Monte Carlo**
**More**
**Pall Mall**
**Prince**
**R1**
**Rothmans**
**Salem**
**Silk Cut**
**State Express 555**

## Shipping & Returns

All of the cigarettes shipped from 123Smoke.com are sent through International airmail, and comply with International mail regulations in regard to the sale and shipping of duty-free products to the United States of America.

Each carton ordered on 123Smoke.com is sent in its own package, this ensures that the restrictions that apply to weight and value for duty free products is not surpassed. This ensures that you will not be required to pay Duty Tax on your cigarettes. Although every carton is packaged separately, they are shipped to you on the same day. This does not necessarily mean that you will receive all cartons that you have ordered at once. It can take up to 10 days after the first carton is received to receive a full order of more than one carton.

Economy Airmail, economy airmail can take anywhere from 14 to 21 Business days, from date of shipment, to receive your order. Economy airmail is free for all orders. Priority airmail takes from 5 to 10 business days, from date of shipment, for you to receive your order. Priority airmail is optional for all orders and costs $2.49 per carton ordered.

Shipment times are from the day your ordered is shipped. Orders are shipped once they are fully funded, with Visa this can take from 2 to 4 business days, with e-check this can take 5 to 7 business days.

Please remember to include your full shipping address when filling out the order form, to ensure that you receive your cigarettes as fast as possible.

If you are told to pay duty taxes on any of your packages, please refuse receipt. These packages will then be returned to us. Upon receipt of the returned package in our warehouse, we will credit you the full value of the packages we receive.

If for any reason you wish to return any of the cigarettes ordered, please return the full carton of cigarettes to us, if you have to pay for your cigarettes to be returned, please fax us a copy of your receipt from the post office. Once we receive the faxed copy of the receipt from you, we will refund the full value of the products returned, and all additional shipping charges you have paid.

To obtain more information on how you can return your cigarettes, please call us on: 646-257-2083

 Continue

**Van Nelle**

**Viceroy**

**Vogue**

**West**

**Winston**

**Yves Saint Laurent**

 

All transactions in the site are SSL Secured. Buy cheap cigarettes safely. 123smoke.com is a cheap cigarettes online store which offers you the ability to buy all your favorite discount cigarettes brands at a discount price. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made cigarettes as many other sites do. We do not sell cheap cigarettes to anyone below the age of 18. Thank you for choosing to buy discount cigarettes from 123smoke.com, your cheap cigarettes online store.

**123Smoke**
We Make It Easy as 123

Home :: Signup Now :: Manage Account :: Contact Affiliates Admin

**Welcome, Guest**

**Welcome To The 123smoke.com Affiliate Program!**
Our program is free to join, it's easy to sign-up and requires no technical knowledge. Affiliate programs are common throughout the Internet and offer website owners a means of profiting from their websites. Affiliates generate sales for commercial websites and in return receive a percentage of the value of those sales.

**How Does It Work?**
When you join the 123smoke.com affiliate program, you will be supplied with a range of banners and textual links that you place within your site. When a user clicks on one of your links to 123smoke.com, their activity will be tracked by our affiliate software. You will earn a commission based on your commission type.

**Real-Time Statistics And Reporting!**
Login 24 hours a day to check your sales, traffic, account balance and see how your banners are performing.

**Affiliate Program Details**

| | |
|---|---|
| Commission Type | Pay-Per-Sale: 2% of all sales you deliver. |
| Initial Deposit | $10.00 USD - Just for signing up! |
| Payout Threshold | $50.00 USD - Minimum balance required for payout. |
| Payout Duration | Payments are made on the 10th of each month, for the previous month. |

**Signup Now**... And Start Earning Money With Us Today!

Affiliate Software By iDevAffiliate v4.0

**Existing Affiliates Login**

Username: username

Password: ********

Login

Click Here To Signup

Copyright? 2005 **123smoke.com** - All Rights Reserved.



**CALL TO ORDER**

# 646-257-2083

HOME    SHIPPING    FAQ    AFFILIATES    CONTACT US

About Us    Legal Info    Terms of Use    Privacy Policy    New Products    Special Offers

**Shopping Cart**

0 Items

Checkout

**Marlboro**

**Members**

Email:

Password:

Go

New Account

**Products**

Abba
Amphora
Benson & Hedges
Business Club
Camel
Capri
Craven A
Davidoff
Drum
Dunhill
Gauloises
Golden American
Golden Gate
Kent
Kool
L&M
Lucky Strike
Marlboro
Mild Seven
Monte Carlo
More
Pall Mall
Prince
R1
Rothmans
Salem
Silk Cut
State Express 555

| | PRODUCT NAME | PRICE | BUY NOW |
|---|---|---|---|
| | 6 Cartons Marlboro Light King Box | ~~$143.94~~ $129.99 | Buy Now!!! |
| | 6 Cartons Marlboro Red Box | ~~$143.94~~ $129.99 | Buy Now!!! |
| | Marlboro Light King White Filter Box | $23.99 | Buy Now!!! |

**Van Nelle**

**Viceroy**

**Vogue**

**West**

**Winston**

**Yves Saint Laurent**

| | | | |
|---|---|---|---|
| | Marlboro Menthol Lights King Size Hard Pack | $23.99 | Buy Now!!! |
| | Marlboro Menthol Lights King Size Soft Pack | $23.99 | Buy Now!!! |
| | Marlboro Red 100 Box | $24.99 | Buy Now!!! |
| | Marlboro Red King Box Made In Europe | $24.99 | Buy Now!!! |
| | Marlboro Red King Size Soft Pack | $23.99 | Buy Now!!! |

| | Marlboro Red King Size Hard Pack | $23.99 | Buy Now!!! |
|---|---|---|---|

Displaying **1** to **9** (of **9** products)                    Result Pages: **1**



All transactions in the site are SSL Secured. Buy cheap cigarettes safely. 123smoke.com is a cheap cigarettes online store which offers you the ability to buy all your favorite discount cigarettes brands at a discount price. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made cigarettes as many other sites do. We do not sell cheap cigarettes to anyone below the age of 18. Thank you for choosing to buy discount cigarettes from 123smoke.com, your cheap cigarettes online store.



**CALL TO ORDER**

# 646-257-2083

HOME · SHIPPING · FAQ · AFFILIATES · CONTACT US

▪ About Us    ▪ Legal Info    ▪ Terms of Use    ▪ Privacy Policy    ▪ New Products    ▪ Special Offers

**Shopping Cart** ▸

0 Items

▸ Checkout

**Members** ▸

Email:

Password:

[Go]

▸ New Account

**Products** ▸

Abba
Amphora
Benson & Hedges
Business Club
Camel
Capri
Craven A
Davidoff
Drum
Dunhill
Gauloises
Golden American
Golden Gate
Kent
Kool
L&M
Lucky Strike
Marlboro
Mild Seven
Monte Carlo
More
Pall Mall
Prince
R1
Rothmans
Salem
Silk Cut
State Express 555

## Contact Us

Call To Order at : 646-257-2083

Please select a department you would like to get in contact with:

Sales

Full Name:

E-Mail Address:

Subject:

Enquiry:

[Continue]

**Van Nelle**

**Viceroy**

**Vogue**

**West**

**Winston**

**Yves Saint Laurent**



All transactions in the site are SSL Secured. Buy cheap cigarettes safely. 123smoke.com is a cheap cigarettes online store which offers you the ability to buy all your favorite discount cigarettes brands at a discount price. All our cheap cigarettes are of the best quality available. We do not ship low quality Russian made cigarettes as many other sites do. We do not sell cheap cigarettes to anyone below the age of 18. Thank you for choosing to buy discount cigarettes from 123smoke.com, your cheap cigarettes online store.

# EXHIBIT E

**Buy Cheap Cigarettes Online Store · Discount Cigarettes**



Phone Orders:
Call: **315-849-2573**

Payment Types:

eCheck

· **About Us**
· **Legal Info**
· **Terms of Use**
· **Privacy Policy**
· **Sitemap**

 **Shopping Cart**

now in your cart 0 items

HOME

MY ACCOUNT

CHECKOUT

SHIPPING

FAQs

CONTACT US

# Tax Free Cigarettes Online

Don't Want to leave Home?



**MEMBER ACCOUNT**

Email:

Password:

Sign In

**New Account**



NEWSLETTER

**Sign Up for EXCLUSIVE OFFERS!!!**

BROWSE PRODUCTS

▶ ABBA

▶ B&H

▶ Benson & Hedges

▶ BUSINESS CLUB

▶ CAMEL

▶ CAPRI

▶ CRAVEN A

4 Cartons Salem Menthol 100 Box



4 Cartons Salem Menthol 100 Box

Price:
~~$95.96~~
$89.99

ADD TO CART    INFO ▶

4 Cartons West Filter King Box

4 Cartons West Filter King Box

Price:
~~$79.96~~
$69.99

ADD TO CART    INFO ▶

6 Cartons of Business Club Light Box

4 Cartons West Light King Box

4 Cartons West Light King Box



Price:
~~$79.96~~
$69.99

ADD TO CART    INFO ▶

6 Cartons Marlboro Red Box

6 Cartons Marlboro Red Box

Price:
~~$143.94~~
$123.99

ADD TO CART    INFO ▶

4 Cartons R-1 Minima



DAVIDOFF

DUNHILL

GAULOISES

GOLDEN AMERICAN

GOLDEN GATE

KENT

KOOL

L&M

LUCKY STRIKE

MARLBORO

MILD SEVEN

MONTE CARLO

MORE

PALL MALL

PRINCE

R1

ROTHMANS

SALEM

SILK CUT

STATE EXPRESS 555

6 Cartons of Business Club Light Box
Price: $89.94 $79.99
ADD TO CART    INFO ▸

4 Cartons R-1 Minima
Price: $83.96 $75.99
ADD TO CART    INFO ▸

6 Cartons Marlboro Light King Box
6 Cartons Marlboro Light King Box
Price: $143.94 $129.99
ADD TO CART    INFO ▸

6 Cartons Winston Lights King Box Philippines
6 Cartons Winston Lights King Box Philippines
Price: $125.94 $115.00
ADD TO CART    INFO ▸

6 Cartons ABBA Full Flavor King Box
6 Cartons ABBA Full Flavor King Box
Price: $77.94 $59.99
ADD TO CART    INFO ▸

6 Cartons Golden Gate King Size Hard Pack
6 Cartons Golden Gate King Size Hard Pack
Price: $95.94 $79.99
ADD TO CART    INFO ▸

6 Cartons of Business Club FF Box
6 Cartons of Business Club FF Box
Price: $89.94 $79.99
ADD TO CART    INFO ▸

6 Cartons ABBA Light King Box
6 Cartons ABBA Light King Box
Price: $77.94 $59.99
ADD TO CART    INFO ▸



▶ VICEROY

▶ VOGUE

▶ WEST

▶ WINSTON

▶ YVES SAINT LAURENT



Cigars store - Some of the finest cuban cigars at some of the finest prices

**6 Cartons Golden Gate Light King Size Hard Pack**

6 Cartons Golden Gate Light King Size Hard Pack

Price: $95.94 $79.99

ADD TO CART    INFO ▸

**6 Cartons Winston King Box Philippines**

6 Cartons Winston King Box Philippines

Price: $125.94 $115.00

ADD TO CART    INFO ▸

**4 Cartons R-1 Lights**

4 Cartons R-1 Lights

Price: $83.96 $75.99

ADD TO CART    INFO ▸

**4 Cartons of Kool Menthol King Box**

4 Cartons of Kool Menthol King Box

Price: $111.96 $104.99

ADD TO CART    INFO ▸

## Looking for 100% US Made Cigarettes?

Visit our american store: Offers only genuine 100% US made cigarettes. Express Shipping in 2-3 business days. Ours are the real thing, made in the USA!!!

Are you looking to buy cheap Cigarettes online? Are you looking for quality in a cigarette just as much as a low price? Our company offers you many of the world's most famous and respected premium cigarettes, including cheap Cigarettes, at very competitive prices. In fact, our prices are practically unbeatable, because we have made offering our customers the best value for money our number one priority. All of our cigarettes are of the highest quality and the prices we offer are truly the ones to consider when choosing a place to purchase cigarettes. If you are looking to save money and buy tax free Cigarettes, then you have come to the right place. We are offering you the opportunity to purchase cheap tobacco products at the lowest discounted price from the best wholesale cigarette distributors online. Not only that, but we also refuse to sell anything but the best quality Cigarettes that are available in the market today and our Cigarettes are definitely no exception. We acknowledge the importance to a regular smoker of smoking cigarettes of the finest quality and of the best taste and this is why we only offer tobacco brands that meet these high standards, such as the Cigarettes. We ensure that when ordering Cigarettes online on our website, all our customers are happy with our prices, the quality of our products and our service. Our aim is to make ordering cheap Cigarettes products online an easy and very pleasant experience for all our customers, who return back to us again and again for the same quality and value for money that they have come to expect from our company. We offer our customers various ordering options so that they have a chance to adjust cigarettes orders to their needs(see FAQ for details). Also if you order several cartons of discount cigarettes at once you will receive an additional cheap depending on the quantity of cigarettes you order.

HOME | ALL PRODUCTS | SPECIAL OFFERS | NEW PRODUCTS | CIGARETTE AFFILIATE PROGRAM | CONTACT US

les cigarettes bon marche | cigarette pas cher | cigarettes moins cher | Achetez les cigarettes bon marche en ligne | vente cigarettes | Tabac bon marche | acheter cigarette | Cigarettes bon marche | Moins cher cigarettes | Achat Cigarette | Vente Cigarette | Acheter Cigarette | Vente De Tabac | Tabac en ligne | cigarette moins cher

All transactions in the site are SSL Secured. Buy cheap cigarettes safely. Ineedsmoke.com is a cheap cigarettes store and has been in the market of selling Tax Free Cigarettes on the internet now for many years. All the Discount Cigarettes on our website are bought directly from the manufacturers, and are, therefore, of the highest quality, taste and freshness available online today. As all our cheap cigarettes and Discount Cigars are tax free, and we purchase them in extremely large amounts, we are able to pass all money savings on to our customers who are willing to Buy cigarettes online. Therefore, you can purchase genuine trademark brands at extremely low prices, and still be guaranteed to receive top quality goods. We do not ship low quality Russian made cigarettes as many other sites do. Achat Cigarettes - Cigarette en ligne - Vente Cigarettes. Ineedsmoke.com Tax Free Cigarettes Discount Store takes pride in offering the best quality products and support available and our customer support team is ready and waiting for any question or query you may have.

**Buy Cheap Cigarettes Online Store - Discount Cigarettes**



Phone Orders:
Call: **315-849-2573**

Payment Types:

eCheck

› **About Us**
› **Legal Info**
› **Terms of Use**
› **Privacy Policy**
› **Sitemap**



**Shopping Cart**

now in your cart 0 items

HOME
MY ACCOUNT
CHECKOUT
SHIPPING
FAQs
CONTACT US





**Tax Free Cigarettes Online**

Don't Want to leave Home?

**MEMBER ACCOUNT**

Email:

Password:

**Submit**

**New Account**

**NEWSLETTER**

Sign Up for EXCLUSIVE OFFERS!!!





**BROWSE PRODUCTS**

▶ ABBA

▶ B&H

▶ Benson & Hedges

▶ BUSINESS CLUB

▶ CAMEL

▶ CAPRI

▶ CRAVEN A

## About Us

Ineedsmoke.com has been in the market of selling cigarettes on the internet now for many years. All the products on our website are bought directly from the manufacturers, and are, therefore, of the highest quality, taste and freshness available online today.

As all our products are tax free, and we purchase them in extremely large amounts, we are able to pass all money savings on to our customers. Therefore, you can purchase genuine trademark brands at extremely low prices, and still be guaranteed to receive top quality goods.

We pride ourselves on being one of the few companies who offer live support for our customers. When you call us, you will reach one of our highly trained agents, who will be happy to assist you in any way, whether it be to place your order or to answer an enquiry. Our Customer Support Team are available from 9.00a.m. to 11.00p.m. EST Monday to Friday, and 9.00a.m. to 3.00p.m.EST on Saturdays. You can reach us on: 315-849-2573. We also offer 24 hour email support.

CONTINUE

▶ DAVIDOFF

▶ DUNHILL

▶ GAULOISES

▶ GOLDEN AMERICAN

▶ GOLDEN GATE

▶ KENT

▶ KOOL

▶ L&M

▶ LUCKY STRIKE

▶ MARLBORO

▶ MILD SEVEN

▶ MONTE CARLO

▶ MORE

▶ PALL MALL

▶ PRINCE

▶ R1

▶ ROTHMANS

▶ SALEM

▶ SILK CUT

▶ STATE EXPRESS 555

▸ VICEROY

▸ VOGUE

▸ WEST

▸ WINSTON

▸ YVES SAINT LAURENT



Cigars store - Some of the finest
cuban cigars at some of the finest
prices

HOME | ALL PRODUCTS | SPECIAL OFFERS | NEW PRODUCTS | CIGARETTE AFFILIATE PROGRAM | CONTACT US

les cigarettes bon marche | cigarette pas cher | cigarettes moins cher | Achetez les cigarettes bon marche en ligne | vente cigarettes | Tabac bon marche | acheter cigarette | Cigarettes bon marche | Moins cher cigarettes | Achat Cigarette | Vente Cigarette | Acheter Cigarette | Vente De Tabac | Tabac en ligne | cigarette moins cher

All transactions in the site are SSL Secured. Buy cheap cigarettes safely. Ineedsmoke.com is a cheap cigarettes store and has been in the market of selling Tax Free Cigarettes on the internet now for many years. All the Discount Cigarettes on our website are bought directly from the manufacturers, and are, therefore, of the highest quality, taste and freshness available online today. As all our cheap cigarettes and Discount Cigars are tax free, and we purchase them in extremely large amounts, we are able to pass all money savings on to our customers who are willing to Buy cigarettes online. Therefore, you can purchase genuine trademark brands at extremely low prices, and still be guaranteed to receive top quality goods. We do not ship low quality Russian made cigarettes as many other sites do. Achat Cigarettes - Cigarette en ligne - Vente Cigarettes. Ineedsmoke.com Tax Free Cigarettes Discount Store takes pride in offering the best quality products and support available and our customer support team is ready and waiting for any question or query you may have.

**Buy Cheap Cigarettes Online Store - Discount Cigarettes**



IneedSmoke.com

Phone Orders:
Call: 315-849-2573

Payment Types:
eCheck

› About Us
› Legal Info
› Terms of Use
› Privacy Policy
› Sitemap

**Shopping Cart**

now in your cart 0 items



Tax Free Cigarettes Online

Don't Want to leave Home?

**HOME**
**MY ACCOUNT**
**CHECKOUT**
**SHIPPING**
**FAQs**
**CONTACT US**



MEMBER ACCOUNT

Email:

Password:

Show

**New Account**

NEWSLETTER

Sign Up for EXCLUSIVE OFFERS!!!

BROWSE PRODUCTS

▶ ABBA

▶ B&H

▶ Benson & Hedges

▶ BUSINESS CLUB

▶ CAMEL

▶ CAPRI

▶ CRAVEN A

## Frequently Asked Questions

**Why do emails sent to me not arrive?** - *Friday 31 August, 2007*    *Viewed:1*

**Dear users of AOL.com and COX.net e-mails!**
**You might not be getting our Customer Support e-mails due to some reasons (you blocked our e-mail address/it is tagged as a Junk mail or it is in your Spam folder/ AOL/COX is blocking your correspondent's provider from sending mail due to complaints of abuse, etc). Such problems affect our service because our communication can be blocked and we are not able to get in touch with you regarding your purchases.Therefore, please make sure our messages get through. For AOL users having problems with mail being delivered, we kindly advise to follow the links listed below for further assistance:**

**http://postmaster.info.aol.com/faq/memberfaq.html#nomail**

**http://members.aol.com/adamkb/aol/mailfaq/**

**For more help you may contact AOL/COX Customer support.**

[Read More]

**What is an E-Check?** - *Wednesday 22 November, 2006*    *Viewed:139*

**For More information on what e-checks are, please Click Here**

[Read More]

**What are my Payment options?** - *Thursday 29 June, 2006*    *Viewed:414*

**We currently accept E-Checks for all orders placed on ineedsmoke.com**

[Read More]

DAVIDOFF

**What are shipping times?**- *Thursday 29 June, 2006*

*Viewed:274*

DUNHILL

**We currently offer 2 shipping options:**
**1. Economy Airmail, order placed with economy airmail take between 10 and 21 business days to arrive from the date of shipment.**
**2.Priority Airmail, order placed with priority airmail take between 5 and 10 business days to arrive from the date of shipment.**

GAULOISES

[Read More]

GOLDEN AMERICAN

GOLDEN GATE

**How much are shipping costs?**- *Thursday 29 June, 2006*

*Viewed:192*

KENT

**Economy airmail is free**
**Priority Airmail costs $2.49 per carton of cigarettes ordered.**

KOOL

[Read More]

L&M

**Are there countries to which you do not deliver?**- *Thursday 29 June, 2006*

*Viewed:205*

LUCKY STRIKE

**Yes, we only send cigarettes to the United States of America.**

MARLBORO

[Read More]

MILD SEVEN

**Is it safe to send you my e-check details?**- *Thursday 29 June, 2006*

*Viewed:123*

MONTE CARLO

**Yes. The site is certified and implements a 128 Bit SSL system**

[Read More]

MORE

**Can I pay by postal order?**- *Thursday 29 June, 2006*

*Viewed:144*

PALL MALL

**No. You can only pay by E-Check.**

PRINCE

[Read More]

R1

**Can I place an order by phone?**- *Thursday 29 June, 2006*

*Viewed:119*

ROTHMANS

**Yes, to place an order by phone, please call us on: 1-315-849-2573.**

SALEM

[Read More]

SILK CUT

**Are the cigarettes sold at ineedsmoke first choice?**- *Thursday 29 June, 2006*

*Viewed:274*

STATE EXPRESS 555

**All cigarettes sold at ineedsmoke.com are first choice cigarettes, that are manufactured under the strictest regulations, by all of the original manufacturers, within the EU, the Philippines or USA.**

▶ VICEROY

▶ VOGUE

[Read More]

▶ WEST

**What is your delivery process after placing an order?**- *Thursday 29 June, 2006*    *Viewed:120*

▶ WINSTON

▶ YVES SAINT LAURENT

Once an order is placed with us, it takes up to 2 days to process, after it has been processed, we then send the data to the warehouse. Once the warehouse receives the information it requires to ship your order, it packs the orders in batches. Once a batch is fully packed, it is then sent to our logistics centre, and then is sent out either via priority airmail, or through economy airmail. Orders shipped via economy airmail take between 10 and 21 business days to arrive, orders sent priority airmail take between 5 and 10 business days to arrive



[Read More]

CIGARS-STORE.COM

<u>Cigars store</u> - Some of the finest cuban cigars at some of the finest prices

**What if I have ordered and still have not received the goods?**- *Thursday 29 June, 2006*    *Viewed:118*

If you ordered your cigarettes to be sent via economy airmail, please allow up to a maximum of 35 business days for them to arrive, if they have not arrived in this time, please feel free to contact us either via e-mail or call us on 1-315-849-2573, and we will arrange for compensation on your order. If you ordered your cigarettes Priority airmail, and have not received them within a maximum of 14 business days, please contact us either via e-mail or call us on 1-315-849-2573, and we will arrange for compensation on your order.

[Read More]

**What if I ordered six cartons and received only three?**- *Thursday 29 June, 2006*    *Viewed:107*

We dispatch the cartons through Priority Air Mail. In case of multiple cartons we pack them as separate shipments. Generally, cartons are sent individually. We mail the cartons at the same time but their arrival dates may vary. It may take from two to three days for the full delivery to be executed.

[Read More]

**What is Priority Air Mail?**- *Thursday 29 June, 2006*    *Viewed:103*

Priority airmail packages are sent out as priority packages, and once these packages reach the post office, they are sent on the next available transport to the US. These orders arrive extremely fast, and are recommended for all of our customers.

[Read More]

**Do you send the ordered pack by courier services (e.g. DHL)?**- *Thursday 29 June, 2006*    *Viewed:99*

No. We are working with the Priority Air Mail only, and our service is fast and reliable.

[Read More]

**Do you sell cigarette brands other than those on your website?**- *Thursday 29 June, 2006*     *Viewed:92*

No, the cigarettes listed on our pages are the only cigarettes we currently sell. However we do sometimes receive new cigarettes to sell, so therefore it is best for you to continually check the website for the brands that you are looking for, if we do not currently have, we may have it sometime in the future.

[Read More]

**Can I resell cigarettes offered by you?**- *Thursday 29 June, 2006*     *Viewed:119*

The answer is a definite NO. All cigarettes we sell are for personal use only, any other uses for our cigarettes would make them liable for duty taxes under the regulations laid out by CBP.

[Read More]

**Why are the prices of your cigarettes so competitive?**- *Thursday 29 June, 2006*     *Viewed:85*

We purchase cigarettes in bulk, enabling us to negotiate lower prices with our suppliers, these savings we make are directly passed on to you, with our great prices we offer on all of our cigarettes.

[Read More]

**Are your cigarettes cheaper than ones sold duty free in airports**- *Thursday 29 June, 2006*     *Viewed:102*

We do not have the high running costs that Airport duty free stores have, allowing us to save money in areas where they can not, therefore we can offer you great prices on all of our cigarettes

[Read More]

**Can I buy cigarettes by international mail?**- *Thursday 29 June, 2006*     *Viewed:141*

Yes, any product purchased from an international company, as long as it complies with US Customs and Border Protection, and is imported for personal use only. To Comply with US customs and Border Protection, each carton of cigarettes that is ordered is shipped in its own specially made box. This ensures that the value of the package will not exceed the limits laid out by CBP, and also the quantity will not exceed limitations stated by CBP. Also in compliance with CBP laws, the contents of the package are stated on the outside of the package

[Read More]

CONTINUE

HOME  |  ALL PRODUCTS  |  SPECIAL OFFERS  |  NEW PRODUCTS  |  CIGARETTE AFFILIATE PROGRAM  |  CONTACT US

9/12/2007 11:16 PM

les cigarettes bon marche | cigarette pas cher | cigarettes moins cher | Achetez les cigarettes bon marche en ligne | vente cigarettes | Tabac bon marche | acheter cigarette | Cigarettes bon marche | Moins cher cigarettes | Achat Cigarette | Vente Cigarette | Acheter Cigarette | Vente De Tabac | Tabac en ligne | cigarette moins cher

All transactions in the site are SSL Secured. Buy cheap cigarettes safely. Ineedsmoke.com is a cheap cigarettes store and has been in the market of selling Tax Free Cigarettes on the internet now for many years. All the Discount Cigarettes on our website are bought directly from the manufacturers, and are, therefore, of the highest quality, taste and freshness available online today. As all our cheap cigarettes and Discount Cigars are tax free, and we purchase them in extremely large amounts, we are able to pass all money savings on to our customers who are willing to Buy cigarettes online. Therefore, you can purchase genuine trademark brands at extremely low prices, and still be guaranteed to receive top quality goods. We do not ship low quality Russian made cigarettes as many other sites do. Achat Cigarettes - Cigarette en ligne - Vente Cigarettes. Ineedsmoke.com Tax Free Cigarettes Discount Store takes pride in offering the best quality products and support available and our customer support team is ready and waiting for any question or query you may have.

**Buy Cheap Cigarettes Online Store - Discount Cigarettes**

**IneedSmoke.com**

Phone Orders:
Call: **315-849-2573**

Payment Types:
eCheck

‹ **About Us**
‹ **Legal Info**
‹ **Terms of Use**
‹ **Privacy Policy**
‹ **Sitemap**



**Shopping Cart**

now in your cart 0 items

- HOME
- MY ACCOUNT
- CHECKOUT
- SHIPPING
- FAQs
- CONTACT US





# Tax Free Cigarettes Online

## Don't Want to leave Home?

---

**MEMBER ACCOUNT**

Email:

Password:

**New Account**

**NEWSLETTER**

**Sign Up for EXCLUSIVE OFFERS!!!**

**BROWSE PRODUCTS**

▶ ABBA

▶ B&H

▶ Benson & Hedges

▶ BUSINESS CLUB

▶ CAMEL

▶ CAPRI

▶ CRAVEN A

## Legal Info

**Am I legally allowed to buy from you?**

Yes, provided that you're at least 21 years of age (or of the legal age required to purchase cigarettes within your state).

**Please Note:** Any cigarettes purchased on our site are solely for personal use, any other use is prohibited according to the protocol which the US CBP enforces.

**How do you protect my Credit Card information?**

We know that you may have concerns about the safety of your credit card and personal details when ordering through the internet. That's why we're a secured site and use 128 bit RSA encryption (the same as Amazon.com, Starbucks, Bank of America, etc.)

**How do you protect my personal information?**

We are required by law not to disclose, under all circumstances, consumer data to any entity, individual, corporation, foreign government or foreign government authority regardless of claim. In short, we go to the greatest lengths humanly possible to keep your information both secure, and private.

**Please note:** Any cigarette retailers that are based within the United States are required under Title 15, chapter 10A of the US Code (Jenkins Act) to supply all information regarding customers who have purchased cigarettes from them, or they will face either a fine or jail sentence. As we are based outside of the US, we do not fall under the US Code, or any laws that are applicable through it, and therefore will never report you for any reason to any government or its agencies.

If you receive a notice to pay duty tax, reject the packages, and DO NOT sign the receipt for your package and it will be returned to our warehouse.

Once your package returns to the warehouse, a full refund for the value of these packages will be issued to you.

CONTINUE

Case 1:07-cv-08134-DC    Document 1-3    Filed 09/17/2007    Page 36 of 52

- ► DAVIDOFF

- ► DUNHILL

- ► GAULOISES

- ► GOLDEN AMERICAN

- ► GOLDEN GATE

- ► KENT

- ► KOOL

- ► L&M

- ► LUCKY STRIKE

- ► MARLBORO

- ► MILD SEVEN

- ► MONTE CARLO

- ► MORE

- ► PALL MALL

- ► PRINCE

- ► R1

- ► ROTHMANS

- ► SALEM

- ► SILK CUT

- ► STATE EXPRESS 555

▶ VICEROY

▶ VOGUE

▶ WEST

▶ WINSTON

▶ YVES SAINT LAURENT



Cigars store - Some of the finest cuban cigars at some of the finest prices

HOME  |  ALL PRODUCTS  |  SPECIAL OFFERS  |  NEW PRODUCTS  |  CIGARETTE AFFILIATE PROGRAM  |  CONTACT US

les cigarettes bon marche  |  cigarette pas cher  |  cigarettes moins cher  |  Achetez les cigarettes bon marche en ligne  |  vente cigarettes  |  Tabac bon marche  |  acheter cigarette  |  Cigarettes bon marche  |  Moins cher cigarettes  |  Achat Cigarette  |  Vente Cigarette  |  Acheter Cigarette  |  Vente De Tabac  |  Tabac en ligne  |  cigarette moins cher

All transactions in the site are SSL Secured. Buy cheap cigarettes safely. Ineedsmoke.com is a cheap cigarettes store and has been in the market of selling Tax Free Cigarettes on the Internet now for many years. All the Discount Cigarettes on our website are bought directly from the manufacturers, and are, therefore, of the highest quality, taste and freshness available online today. As all our cheap cigarettes and Discount Cigars are tax free, and we purchase them in extremely large amounts, we are able to pass all money savings on to our customers who are willing to Buy cigarettes online. Therefore, you can purchase genuine trademark brands at extremely low prices, and still be guaranteed to receive top quality goods. We do not ship low quality Russian made cigarettes as many other sites do. Achat Cigarettes - Cigarette en ligne - Vente Cigarettes. Ineedsmoke.com Tax Free Cigarettes Discount Store takes pride in offering the best quality products and support available and our customer support team is ready and waiting for any question or query you may have.

**Buy Cheap Cigarettes Online Store - Discount Cigarettes**

InoodSmoke.com

Phone Orders:
Call: 315-849-2573

Payment Types:
eCheck

- About Us
- Legal Info
- Terms of Use
- Privacy Policy
- Sitemap



**Shopping Cart**

now in your cart 0 items

- HOME
- MY ACCOUNT
- CHECKOUT
- SHIPPING
- FAQs
- CONTACT US





**Tax Free Cigarettes Online**

Don't Want to leave Home?

**MEMBER ACCOUNT**

Email:

Password:

Sign

New Account

## Privacy Notice

We guarantee that all client information is confidential and will not be released or distributed to any third party, including other companies or any government agencies. All client information will be transferred over Secure Socket Layer connections. In order to achieve high standards, which correspond with our company's security policy, all client information is transmitted using the most secure encryption protocol available (128 bit SSL) on the market.

In order to protect clients, a credit card ID number is requested. The card ID is a 3 or 4 digit security code that is printed on the back of your credit card. The card ID protects you from online fraud by verifying that you are in possession of the card you are attempting to use.

**NEWSLETTER**

Sign Up for EXCLUSIVE OFFERS!!!

CONTINUE

**BROWSE PRODUCTS**

- ABBA
- B&H
- Benson & Hedges
- BUSINESS CLUB
- CAMEL
- CAPRI
- CRAVEN A

- DAVIDOFF

- DUNHILL

- GAULOISES

- GOLDEN AMERICAN

- GOLDEN GATE

- KENT

- KOOL

- L&M

- LUCKY STRIKE

- MARLBORO

- MILD SEVEN

- MONTE CARLO

- MORE

- PALL MALL

- PRINCE

- R1

- ROTHMANS

- SALEM

- SILK CUT

- STATE EXPRESS SSS

▸ VICEROY

▸ VOGUE

▸ WEST

▸ WINSTON

▸ YVES SAINT LAURENT



Cigars store - Some of the finest
cuban cigars at some of the finest
prices

HOME  |  ALL PRODUCTS  |  SPECIAL OFFERS  |  NEW PRODUCTS  |  CIGARETTE AFFILIATE PROGRAM  |  CONTACT US

les cigarettes bon marche | cigarette pas cher | cigarettes moins cher | Achetez les cigarettes bon marche en ligne | vente cigarettes | Tabac bon marche | acheter cigarette | Cigarettes
bon marche | Moins cher cigarettes | Achat Cigarette | Vente Cigarette | Acheter Cigarette | Vente De Tabac | Tabac en ligne | cigarette moins cher

All transactions in the site are SSL Secured. Buy cheap cigarettes safely. Ineedsmoke.com is a cheap cigarettes store and has been in the market of selling Tax Free Cigarettes on the
internet now for many years. All the Discount Cigarettes on our website are bought directly from the manufacturers, and are, therefore, of the highest quality, taste and freshness available
online today. As all our cheap cigarettes and Discount Cigars are tax free, and we purchase them in extremely large amounts, we are able to pass all money savings on to our customers
who are willing to Buy cigarettes online. Therefore, you can purchase genuine trademark brands at extremely low prices, and still be guaranteed to receive top quality goods. We do not ship
low quality Russian made cigarettes as many other sites do. Achat Cigarettes - Cigarette en ligne - Vente Cigarettes. Ineedsmoke.com Tax Free Cigarettes Discount Store takes pride in
offering the best quality products and support available and our customer support team is ready and waiting for any question or query you may have.

**Buy Cheap Cigarettes Online Store - Discount Cigarettes**



Phone Orders:
Call: 315-849-2573

Payment Types:

eCheck

› **About Us**
› **Legal Info**
› **Terms of Use**
› **Privacy Policy**
› **Sitemap**



**Shopping Cart**

now in your cart 0 items

| HOME |
| MY ACCOUNT |
| CHECKOUT |
| SHIPPING |
| FAQs |
| CONTACT US |



## Tax Free Cigarettes Online
### Don't Want to leave Home?

**MEMBER ACCOUNT**

Email:

Password:

Sign

**New Account**

**NEWSLETTER**

**Sign Up for EXCLUSIVE OFFERS!!!**

**BROWSE PRODUCTS**

▶ ABBA

▶ B&H

▶ Benson & Hedges

▶ BUSINESS CLUB

▶ CAMEL

▶ CAPRI

▶ CRAVEN A

## Shipping & Returns

All of the cigarettes shipped from Ineedsmoke.com are sent through international airmail, and comply with international mail regulations in regard to the sale and shipping of duty-free products to the United States of America.

Each carton ordered on Ineedsmoke.com is sent in its own package, this ensures that the restrictions that apply to weight and value for duty free products is not surpassed. This ensures that you will not be required to pay Duty Tax on your cigarettes. Although every carton is packaged separately, they are shipped to you on the same day. This does not necessarily mean that you will receive all cartons that you have ordered at once. It can take up to 10 days after the first carton is received to receive a full order of more than one carton.

We offer two different types of airmail shipping:

Economy Airmail, economy airmail can take anywhere from 14 to 21 Business days, from date of shipment, to receive your order. Economy airmail is free for all orders.

Priority airmail, priority airmail takes from 5 to 10 business days, from date of shipment, for you to receive your order. Priority airmail is optional for all orders and costs $2.49 per carton ordered.

Shipment times are from the day your ordered is shipped. Orders are shipped once they are fully funded, with Visa this can take from 2 to 4 business days, with e-check this can take 5 to 7 business days.

Please remember to include your full shipping address when filling out the order form, to ensure that you receive your cigarettes as fast as possible.

If you are told to pay duty taxes on any of your packages, please refuse receipt. These packages will then be returned to us. Upon receipt of the returned package in our warehouse, we will credit you the full value of the packages we receive.

If for any reason you wish to return any of the cigarettes ordered, please return the full carton of cigarettes to us, if you have to pay for your cigarettes to be returned, please fax us a copy of your receipt from the post office. Once we receive the faxed copy of the receipt from you, we will refund the full value of the products returned, and all additional shipping charges you have paid.

To obtain more information on how you can return your cigarettes, please call us on: 315-849-2573.

▶ DAVIDOFF                           CONTINUE

▶ DUNHILL

▶ GAULOISES

▶ GOLDEN AMERICAN

▶ GOLDEN GATE

▶ KENT

▶ KOOL

▶ L&M

▶ LUCKY STRIKE

▶ MARLBORO

▶ MILD SEVEN

▶ MONTE CARLO

▶ MORE

▶ PALL MALL

▶ PRINCE

▶ R1

▶ ROTHMANS

▶ SALEM

▶ SILK CUT

▶ STATE EXPRESS 555

▶ **VICEROY**

▶ **VOGUE**

▶ **WEST**

▶ **WINSTON**

▶ **YVES SAINT LAURENT**



Cigars store - Some of the finest
cuban cigars at some of the finest
prices

HOME  |  ALL PRODUCTS  |  SPECIAL OFFERS  |  NEW PRODUCTS  |  CIGARETTE AFFILIATE PROGRAM  |  CONTACT US

les cigarettes bon marche  |  cigarette pas cher  |  cigarettes moins cher  |  Achetez les cigarettes bon marche en ligne  |  vente cigarettes  |  Tabac bon marche  |  acheter cigarette  |  Cigarettes bon marche  |  Moins cher cigarettes  |  Achat Cigarette  |  Vente Cigarette  |  Acheter Cigarette  |  Vente De Tabac  |  Tabac en ligne  |  cigarette moins cher

All transactions in the site are SSL Secured. Buy cheap cigarettes safely. Ineedsmoke.com is a cheap cigarettes store and has been in the market of selling Tax Free Cigarettes on the internet now for many years. All the Discount Cigarettes on our website are bought directly from the manufacturers, and are, therefore, of the highest quality, taste and freshness available online today. As all our cheap cigarettes and Discount Cigars are tax free, and we purchase them in extremely large amounts, we are able to pass all money savings on to our customers who are willing to Buy cigarettes online. Therefore, you can purchase genuine trademark brands at extremely low prices, and still be guaranteed to receive top quality goods. We do not ship low quality Russian made cigarettes as many other sites do. Achat Cigarettes - Cigarette en ligne - Vente Cigarettes. Ineedsmoke.com Tax Free Cigarettes Discount Store takes pride in offering the best quality products and support available and our customer support team is ready and waiting for any question or query you may have.

Cigarettes Affiliate Programs Directory - Webmaster Top Cigarettes Affiliate Guide

→  **cigarettes-affiliate-programs.com**  →  Home

HOME

# Welcome

Search

Important?

 **Top Online Cigarettes Affiliate Program Sites**

1 herbalsmokeshops.com                     Rating: 99%



Cigars store - Some of the finest cuban cigars at some of the finest prices

☒ Ranks #1, because of their high commission and traffic to sale conversions as high as 47%
📅 Reviewed 17/03/2007 14:34:38, by Rony Cole

There are sites in every industry that are perfect for promoting as an affiliate, and the cigarette industry is no different. herbalsmokeshops is that site for the cigarette industry. HerbalSmokeShops - Herbal smoke and smoking accessories offers 25% commission per sale, over 1500 active affiliates earning up to 10,000.00 a month, 5 tier sub webmaster referral system, 10% sub aff profit per sale, and traffic to sale conversions as high as 47%! Their program has an Average Ticket of $95.00 and an average affiliate profit of $24.00 per sale. Herbal Smoke Shop has been the pioneer in legal bud cultivation since 1998. They guarantee you the freshest and highest quality legal buds and herbal smoke in the world, with the fastest shipping. Their legal bud and herbal smoking blends have been purchased by tens of thousands of satisfied customers worldwide. With hundreds of thousands invested in product development, their legal buds are of the absolute HIGHEST QUALITY Smokes in the world. [View more]

2 happy-smoker.com                     Rating: 98%

☒ Ranks #2, because of their high conversions and lifetime commission on all referals
📅 Reviewed 17/01/2007 14:34:38, by Rony Cole

Happy smoker offers top quality 100% European or American blend cigarettes at competitive prices to its customers. Happy smoker also offers great bulk deals make the average order higher. With the great prices and shipping options available, Happy smoker should be a dream to promote, and will be a winner when it comes to ROI on all of your customers. We'll even start your account balance off with €5.00 EUR just for signing up! ommission Type Pay-Per-Sale: 5% of all sales you deliver. [View more]

3 smoking-cigar.com                     Rating: 97%



☒ Ranks #3, because of their low prices and outstanding ROI
📅 Reviewed 17/01/2007 14:34:38, by Rony Cole

The Smoking-Cigar.com Company offers a large selection of quality brand named and private label cigars at great prices. Their afiliates earn a 3% commission on all referals. Lifetime program, no time limits or limits on the numbers of orders. Smoking-Cigar.com offers top quality cigars at highly competitive prices, making the site attractive to most smokers. They offer 2 - 3 business day shipping, which is almost unique within this industry, as not many cigar stores can offer such low prices on their cigars, as well as such great shipping

times. This ensures high return for customers, allowing you as an affiliate to earn more. With a visitor friently highly secured shopping cart, this site is attractive, and make marketing the site easier for you. This is probably the best, and easiest to market cigar affiliate program available on the internet today. They offer a great commission level, without giving you difficult prices to market, like many of the other cigars websites. [View more]

 Cig2u.com  Rating: 96%

 Ranks #4, because of their high commission along with their excellent affiliate tracking software.
Reviewed 17/03/2007 23:33:28, by Rony Cole

Cig2u Affiliate Program! Not only does the site look fantastic, but they offer competitive prices, and as a cigarette affiliate you will earn 13% on all sales you make. If you find other people to become cigarettes affiliates, you will also earn 2% of the total sale value for all sales they make if they sign up through your affiliate link.

Cig2u offer both free and express shipping, with the price of express shipping being extremely competitive within the industry. Login 24 hours a day to check your sales, traffic, account balance and see how your banners are performing. You can even test conversion performance by creating your own custom links! Our program is free to join, it's easy to sign-up and requires no technical knowledge.

Cigarettes Affiliate programs are common throughout the Internet and offer website owners a means of profiting from their websites. Affiliates generate sales for commercial websites and in return receive a percentage of the value of those sales. There is absolutely no charge to join, and you get information, tips, help and support from their dedicated cigarettes affiliate team, and it's all free!

[View more]

 DutyFreeDepot.com  Rating: 94%

 Ranks #5, because of their amazing low selling prices along with their excellent customer service.
Reviewed 17/03/2007 18:25:18, by Rony Cole

People want to buy products from a name they trust. Duty Free Depot is an industry leader in marketing duty free consumer goods. Duty Free Depot is an internationally licensed duty free distributor located in a duty free zone. When you refer visitors from your site to their, your visitors will be buying from a company with over 25 years of experience in servicing customers.

You can feel comfortable knowing you linked your visitors to a reliable merchant. Duty Free Depot offers it affiliate over 1500 high quality, brand name, products to choose from. Pruducts such as cigars, cigarettes, wines, perfumes, electronics, accessories, and much more.

Earn 12% on every sale of their products, with sales incentives for top earners. All of their items are eligible for commissions, and you get paid on time and in full. They offer a 90-day return period from the first click from your site to theirs, so you'll get the credit you deserve for referring a customer to their site for a full 90 days.

There is absolutely no charge to join, and you get information, tips, help and support from our dedicated affiliate team, and it's all free!

[View more]

Discount Cigars and *Cigarettes Affiliate Programs* are the ideal way to make your web site profitable. The online cigarettes industry is one of the fastest growing segments of internet commerce today. There is such a huge range of web cigarettes affiliate programs now available, that there is almost certainly something here that will suit you and your site. Tobacco and Cigarettes Affiliates can earn commissions by joining affiliate programs and merchants can generate revenues by recruiting affiliates to sell your products and/or services. But it doesn't just stop there - we also have a Shopping Center, Promotion and Marketing Tools, Free Downloads, Free Courses and more! We are the nets most complete Cigarettes Affiliate Program Resource!

HOME |  LINKS | CONTACT US

| cigarettes affiliate programs directory | cigarettes affiliate programs | cigarettes associate programs | cigarettes directory | cigarettes affiliates | web master cigarettes affiliate program | tobacco make money online | cigarettes earn cash online | cigarette affiliate programs guide | cigarette affiliate programs reviews | cigarettes affiliate programs | cigarettes affiliate program | cigaret affiliate programs | cigs affiliate program |

Are you looking for the best *online Cigarettes Affiliate Program*? Do you want to earn commission as a tobacco or cigarettes Affiliate? We welcome you to Cigarettes-affiliate-programs.com - the Online Cigarettes Affiliate Program of choice! Join us today and make money online! At Cigarettes Affiliate Programs we review and rate the hundreds of partner programs available. Not all of them are equal and not every operator is reputable, so we make every attempt to weed out the bad ones and present you with the best opportunities for profit. Please visit our site often and keep up to date on the latest Cheap Cigarettes Affiliate Programs.

**MARLBORO Cigarettes - Buy Cheap Cigarettes Online Store - Discount Cigarettes**



IneedSmoke.com

Phone Orders:
Call: 315-849-2573

Payment Types:
eCheck

- About Us
- Legal Info
- Terms of Use
- Privacy Policy
- Sitemap

**Shopping Cart**

now in your cart 0 items



HOME

MY ACCOUNT

CHECKOUT

SHIPPING

FAQs

CONTACT US



Tax Free Cigarettes Online

Don't Want to leave Home?

MEMBER ACCOUNT          ▶ **MARLBORO Cigarettes**

Email:

Password:

Sign

**New Account**

**Buy MARLBORO Cigarettes. Cigarette Sold 10 Packs Per Carton, 200 Cigarettes Per Carton. All Discount Tax Free Cigarettes Brands for sale.**



NEWSLETTER

Sign Up for EXCLUSIVE OFFERS!!!

BROWSE PRODUCTS

▶ ABBA

▶ B&H

▶ Benson & Hedges

▶ BUSINESS CLUB

▶ CAMEL

▶ CAPRI

▶ CRAVEN A

6 Cartons Marlboro Light King Box
~~$143.94~~
$129.99

INFO ▶    ADD TO CART

6 Cartons Marlboro Red Box
~~$143.94~~
$123.99

INFO ▶    ADD TO CART



Marlboro Light King White Filter Box
$23.99

INFO ▶    ADD TO CART



Marlboro Menthol Lights King Size Hard Pack
$23.99

INFO ▶    ADD TO CART

Marlboro Menthol Lights King Size Soft Pack
$23.99

INFO ▶    ADD TO CART



Marlboro Red 100 Box
$24.99

INFO ▶    ADD TO CART



Case 1:07-cv-08134-DC   Document 1-3   Filed 09/17/2007   Page 48 of 52

- ▶ DAVIDOFF
- ▶ DUNHILL
- ▶ GAULOISES
- ▶ GOLDEN AMERICAN
- ▶ GOLDEN GATE
- ▶ KENT
- ▶ KOOL
- ▶ L&M
- ▶ LUCKY STRIKE
- ▼ MARLBORO
- ▶ MILD SEVEN
- ▶ MONTE CARLO
- ▶ MORE
- ▶ PALL MALL
- ▶ PRINCE
- ▶ R1
- ▶ ROTHMANS
- ▶ SALEM
- ▶ SILK CUT
- ▶ STATE EXPRESS 555







**Marlboro Red King Box Made in Europe**
$24.99

**Marlboro Red King Size Soft Pack**
$23.99

**Marlboro Red King Size Hard Pack**
$23.99

INFO ▸    ADD TO CART      INFO ▸    ADD TO CART      INFO ▸    ADD TO CART

Are you looking to buy cheap MARLBORO Cigarettes online? Are you looking for quality in a cigarette just as much as a low price? Our company offers you many of the world's most famous and respected premium cigarettes, including cheap MARLBORO Cigarettes, at very competitive prices. In fact, our prices are practically unbeatable, because we have made offering our customers the best value for money our number one priority. All of our cigarettes are of the highest quality and the prices we offer are truly the ones to consider when choosing a place to purchase cigarettes. If you are looking to save money and buy tax free MARLBORO Cigarettes, then you have come to the right place. We are offering you the opportunity to purchase cheap tobacco products at the lowest discounted price from the best wholesale cigarette distributors online. Not only that, but we also refuse to sell anything but the best quality MARLBORO Cigarettes that are available in the market today and our MARLBORO Cigarettes are definitely no exception. We acknowledge the importance to a regular smoker of smoking cigarettes of the finest quality and of the best taste and this is why we only offer tobacco brands that meet these high standards, such as the MARLBORO Cigarettes. We ensure that when ordering MARLBORO Cigarettes online on our website, all our customers are happy with our prices, the quality of our products and our service. Our aim is to make ordering cheap MARLBORO Cigarettes products online an easy and very pleasant experience for all our customers, who return back to us again and again for the same quality and value for money that they have come to expect from our company. We offer our customers various ordering options so that they have a chance to adjust cigarettes orders to their needs(see FAQ for details). Also if you order several cartons of discount cigarettes at once you will receive an additional cheap depending on the quantity of cigarettes you order.

▶ VICEROY

▶ VOGUE

▶ WEST

▶ WINSTON

▶ YVES SAINT LAURENT



Cigars store - Some of the finest
cuban cigars at some of the finest
prices

HOME  |  ALL PRODUCTS  |  SPECIAL OFFERS  |  NEW PRODUCTS  |  CIGARETTE AFFILIATE PROGRAM  |  CONTACT US

les cigarettes bon marche  |  cigarette pas cher  |  cigarettes moins cher  |  Achetez les cigarettes bon marche en ligne  |  vente cigarettes  |  Tabac bon marche  |  acheter cigarette  |  Cigarettes
bon marche  |  Moins cher cigarettes  |  Achat Cigarette  |  Vente Cigarette  |  Acheter Cigarette  |  Vente De Tabac  |  Tabac en ligne  |  cigarette moins cher

All transactions in the site are SSL Secured. Buy cheap cigarettes safely. Ineedsmoke.com is a cheap cigarettes store and has been in the market of selling Tax Free Cigarettes on the
Internet now for many years. All the Discount Cigarettes on our website are bought directly from the manufacturers, and are, therefore, of the highest quality, taste and freshness available
online today. As all our cheap cigarettes and Discount Cigars are tax free, and we purchase them in extremely large amounts, we are able to pass all money savings on to our customers
who are willing to Buy cigarettes online. Therefore, you can purchase genuine trademark brands at extremely low prices, and still be guaranteed to receive top quality goods. We do not ship
low quality Russian made cigarettes as many other sites do. Achat Cigarettes - Cigarette en ligne - Vente Cigarettes. Ineedsmoke.com Tax Free Cigarettes Discount Store takes pride in
offering the best quality products and support available and our customer support team is ready and waiting for any question or query you may have.

**Buy Cheap Cigarettes Online Store - Discount Cigarettes**

 **IneedSmoke.com**

Phone Orders:
Call: **315-849-2573**

Payment Types:
[VISA]
[eCheck]

- **About Us**
- **Legal Info**
- **Terms of Use**
- **Privacy Policy**
- **Sitemap**

 **Shopping Cart**

now in your cart 0 items

## HOME
## MY ACCOUNT
## CHECKOUT
## SHIPPING
## FAQs
## CONTACT US





# Tax Free Cigarettes Online

## Don't Want to leave Home?

**MEMBER ACCOUNT**

## Contact Us

Email:
_____

Password:
_____    **Sign**

**New Account**

**Call To Order : 315-849-2573**

Please select a department you would like to get in contact with:

| Sales |

**NEWSLETTER**

Sign Up for EXCLUSIVE OFFERS!!!

Full Name:
_____

E-Mail Address:
_____

**BROWSE PRODUCTS**

Subject:
_____

▶ ABBA

Enquiry:

▶ B&H

▶ Benson & Hedges

▶ BUSINESS CLUB

▶ CAMEL

▶ CAPRI

▶ CRAVEN A

- ▸ DAVIDOFF

- ▸ DUNHILL

- ▸ GAULOISES

- ▸ GOLDEN AMERICAN

- ▸ GOLDEN GATE

- ▸ KENT

- ▸ KOOL

- ▸ L&M

- ▸ LUCKY STRIKE

- ▸ MARLBORO

CONTINUE

- ▸ MILD SEVEN

- ▸ MONTE CARLO

- ▸ MORE

- ▸ PALL MALL

- ▸ PRINCE

- ▸ R1

- ▸ ROTHMANS

- ▸ SALEM

- ▸ SILK CUT

- ▸ STATE EXPRESS 555

▶ VICEROY

▶ VOGUE

▶ WEST

▶ WINSTON

▶ YVES SAINT LAURENT



Cigars store - Some of the finest cuban cigars at some of the finest prices

HOME  |  ALL PRODUCTS  |  SPECIAL OFFERS  |  NEW PRODUCTS  |  CIGARETTE AFFILIATE PROGRAM  |  CONTACT US

les cigarettes bon marche  |  cigarette pas cher  |  cigarettes moins cher  |  Achetez les cigarettes bon marche en ligne  |  vente cigarettes  |  Tabac bon marche  |  acheter cigarette  |  Cigarettes bon marche  |  Moins cher cigarettes  |  Achat Cigarette  |  Vente Cigarette  |  Acheter Cigarette  |  Vente De Tabac  |  Tabac en ligne  |  cigarette moins cher

All transactions in the site are SSL Secured. Buy cheap cigarettes safely. Ineedsmoke.com is a cheap cigarettes store and has been in the market of selling Tax Free Cigarettes on the Internet now for many years. All the Discount Cigarettes on our website are bought directly from the manufacturers, and are, therefore, of the highest quality, taste and freshness available online today. As all our cheap cigarettes and Discount Cigars are tax free, and we purchase them in extremely large amounts, we are able to pass all money savings on to our customers who are willing to Buy cigarettes online. Therefore, you can purchase genuine trademark brands at extremely low prices, and still be guaranteed to receive top quality goods. We do not ship low quality Russian made cigarettes as many other sites do. Achat Cigarettes - Cigarette en ligne - Vente Cigarettes. Ineedsmoke.com Tax Free Cigarettes Discount Store takes pride in offering the best quality products and support available and our customer support team is ready and waiting for any question or query you may have.