**07 CIV 8134**

Robert B. Buehler (RB 1458)
Jennifer L. Larson (JL 8114)
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 832-8300 Telephone
(212) 763-7600 Fax

**JUDGE KOELTL**

(additional counsel listed on signature page)

*Attorneys for Plaintiff Philip Morris USA Inc.*

SEP 17 2007
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP MORRIS USA INC., <br><br> Plaintiff, <br><br> v. <br><br> IVAN HOWARD, GEORGE ANDREWS, JAMES PARKER, KYLE WILLIAMS, ZEEV VICMAN and SMARTRADE LTD., <br><br> Defendants. | Case No.: <br><br> ECF CASE <br><br> **RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF PHILIP MORRIS USA INC.** |

Plaintiff Philip Morris USA Inc. submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure Rule 7.1. To enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Philip Morris USA Inc. (a private non-governmental party) provides and certifies the following information:

Philip Morris USA Inc. is a corporation incorporated under the laws of the Commonwealth of Virginia. Philip Morris USA Inc. is a wholly-owned subsidiary of Altria Group, Inc.

Altria Group, Inc. is publicly traded on the New York Stock Exchange, under the stock trading symbol MO. All of the issued and outstanding shares of Philip Morris USA Inc. are owned by Altria Group, Inc.

Dated:    New York, New York
          September 17, 2007

                                        Respectfully submitted,

                                        HELLER EHRMAN LLP

                                        By: _____
                                            Robert Buehler (RB 1458)
                                            Jennifer L. Larson (JL 8114)
                                            Times Square Tower
                                            7 Times Square
                                            New York, NY 10036
                                            (212) 832-8300 Telephone
                                            (212) 763-7600 Fax

                                            Kenneth L. Chernof
                                            HELLER EHRMAN LLP
                                            1717 Rhode Island Avenue, NW
                                            Washington, D.C. 20036
                                            (202) 912-2199 Telephone
                                            (202) 912-2020 Fax

                                            Warren J. Rheaume
                                            HELLER EHRMAN LLP
                                            701 Fifth Avenue
                                            Suite 6100
                                            Seattle, WA 98104
                                            (206) 389-4226 Telephone
                                            (206) 447-0849 Fax

-and-

Naomi B. Spector
HELLER EHRMAN LLP
4350 La Jolla Village Drive
7th Floor
San Diego, CA 92122
(858) 450-5744 Telephone
(858) 587-5944 Fax

*Attorneys for Plaintiff Philip Morris USA Inc.*