## Spector, Naomi

| | |
|---|---|
| **From:** | Spector, Naomi |
| **Sent:** | Friday, January 11, 2008 2:00 PM |
| **To:** | 'marketing@paylessmoke.com'; 'domreg@imhosted.com'; 'linkanatorno1@yahoo.com'; '123smoke.com@domainsbyproxy.com'; 'ivan.howard@gmail.com'; 'bm7@zahav.net.il'; 'woland-band@yahoo.com'; 'james@smartrade.info'; 'zeevos@smartrade.info' |
| **Subject:** | Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3 |
| **Attachments:** | PM USA v. Howard, et al. - 07CIV8134 - Summons.pdf; PM USA v. Howard, et al. - 07CIV8134 - Complaint.pdf |

Defendants Ivan Howard, George Andrews, James Parker, Kyle Williams, Zeev Vicman and Smartrade Ltd.,

The Summons, Complaint and accompanying exhibits, Civil Coversheet, Rule 7.1 Statement of Philip Morris USA Inc. and USPTO Notice of Trademark action in the action *Philip Morris USA Inc. v. Howard, et. al*, currently pending in the United States District Court for the Southern District of New York, are attached to this email. Pursuant to the Order of the Honorable Danny Chin dated January 9, 2008, a copy of which is attached, this transmission by electronic mail constitutes service of process on you, as Defendants in the above-referenced action. You must appear or defend within 20 days after service of this summons and complaint on you exclusive of the day of service, or by January 31, 2008. The failure to do so will result in a judgment by default against you for the relief demanded in the Complaint.

Also attached to this email for service is a Notice of Reassignment of the case to the Honorable Denny Chin, the Individual Rules of the Honorable Denny Chin, the SDNY Instructions for Filing an Electronic Case, the SDNY Procedures for Electronic Case Filing and the SDNY Guidelines for Electronic Case Filing.

If you wish to resolve this matter promptly, please contact Warren Rheaume at (206) 389-4226 or Warren.Rheaume@hellerehrman.com, as counsel for Philip Morris USA Inc. Please be advised that judgments have already been entered, some by consent, against other defendants in similar lawsuits.

Due to the large size of the attachments to this email, this transmission is being sent in 3 parts. Part 1 contains the Summons and Complaint, Part 2 contains the exhibits to the Complaint and Part 3 contains the remaining documents.

 

PM USA v. Howard, PM USA v. Howard,
   et al. - 07C...       et al. - 07C...

**Naomi Spector** | Attorney | HellerEhrman LLP | 4350 La Jolla Village Drive, 7th Floor | San Diego, CA 92122
tel: +1.858.450.5744 | fax: +1.858.587.5944 | email: naomi.spector@hellerehrman.com | web: www.hellerehrman.com

## Spector, Naomi

| | |
|---|---|
| **From:** | Spector, Naomi |
| **Sent:** | Friday, January 11, 2008 2:00 PM |
| **To:** | 'marketing@paylessmoke.com'; 'domreg@imhosted.com'; 'linkanatorno1@yahoo.com'; '123smoke.com@domainsbyproxy.com'; 'ivan.howard@gmail.com'; 'bm7@zahav.net.il'; 'woland-band@yahoo.com'; 'james@smartrade.info'; 'zeevos@smartrade.info' |
| **Subject:** | Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3 |
| **Attachments:** | PM USA v. Howard, et al. - 07CIV8134 - Complaint Exs Combined.pdf |

Defendants Ivan Howard, George Andrews, James Parker, Kyle Williams, Zeev Vicman and Smartrade Ltd.,

The Summons, Complaint and accompanying exhibits, Civil Coversheet, Rule 7.1 Statement of Philip Morris USA Inc. and USPTO Notice of Trademark action in the action *Philip Morris USA Inc. v. Howard, et. al*, currently pending in the United States District Court for the Southern District of New York, are attached to this email. Pursuant to the Order of the Honorable Danny Chin dated January 9, 2008, a copy of which is attached, this transmission by electronic mail constitutes service of process on you, as Defendants in the above-referenced action. You must appear or defend within 20 days after service of this summons and complaint on you exclusive of the day of service, or by January 31, 2008. The failure to do so will result in a judgment by default against you for the relief demanded in the Complaint.

Also attached to this email for service is a Notice of Reassignment of the case to the Honorable Denny Chin, the Individual Rules of the Honorable Denny Chin, the SDNY Instructions for Filing an Electronic Case, the SDNY Procedures for Electronic Case Filing and the SDNY Guidelines for Electronic Case Filing.

If you wish to resolve this matter promptly, please contact Warren Rheaume at (206) 389-4226 or Warren.Rheaume@hellerehrman.com, as counsel for Philip Morris USA Inc. Please be advised that judgments have already been entered, some by consent, against other defendants in similar lawsuits.

Due to the large size of the attachments to this email, this transmission is being sent in 3 parts. Part 1 contains the Summons and Complaint, Part 2 contains the exhibits to the Complaint and Part 3 contains the remaining documents.



PM USA v. Howard,
  et al. - 07C...

**Naomi Spector** | Attorney | HellerEhrman_LLP_ | 4350 La Jolla Village Drive, 7th Floor | San Diego, CA 92122
tel: +1.858.450.5744 | fax: +1.858.587.5944 | email: naomi.spector@hellerehrman.com | web: www.hellerehrman.com

**Spector, Naomi**

---

| | |
|---|---|
| **From:** | Spector, Naomi |
| **Sent:** | Friday, January 11, 2008 2:00 PM |
| **To:** | 'marketing@paylessmoke.com'; 'domreg@imhosted.com'; 'linkanatorno1@yahoo.com'; '123smoke.com@domainsbyproxy.com'; 'ivan.howard@gmail.com'; 'bm7@zahav.net.il'; 'woland-band@yahoo.com'; 'james@smartrade.info'; 'zeevos@smartrade.info' |
| **Subject:** | Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 3 of 3 |
| **Attachments:** | PM USA v. Howard, et al. - 07CIV8134 - CivCovSht.pdf; PM USA v. Howard, et al. - 07CIV8134 - 7.1 Disclosure.pdf; PM USA v. Howard, et al. - 07CIV8134 - USPTO.pdf; Adbb21cee-91b6-416a-ac83-8c9fc88ee375.PDF; Docum001.PDF; Hon. Denny Chin - Rules.pdf; ECFinstructfiling3.pdf; ecf_filing - procedures.pdf; ecf_guidelines_faq.pdf |

Defendants Ivan Howard, George Andrews, James Parker, Kyle Williams, Zeev Vicman and Smartrade Ltd.,

The Summons, Complaint and accompanying exhibits, Civil Coversheet, Rule 7.1 Statement of Philip Morris USA Inc. and USPTO Notice of Trademark action in the action *Philip Morris USA Inc. v. Howard, et. al*, currently pending in the United States District Court for the Southern District of New York, are attached to this email. Pursuant to the Order of the Honorable Danny Chin dated January 9, 2008, a copy of which is attached, this transmission by electronic mail constitutes service of process on you, as Defendants in the above-referenced action. You must appear or defend within 20 days after service of this summons and complaint on you exclusive of the day of service, or by January 31, 2008. The failure to do so will result in a judgment by default against you for the relief demanded in the Complaint.

Also attached to this email for service is a Notice of Reassignment of the case to the Honorable Denny Chin, the Individual Rules of the Honorable Denny Chin, the SDNY Instructions for Filing an Electronic Case, the SDNY Procedures for Electronic Case Filing and the SDNY Guidelines for Electronic Case Filing.

If you wish to resolve this matter promptly, please contact Warren Rheaume at (206) 389-4226 or Warren.Rheaume@hellerehrman.com, as counsel for Philip Morris USA Inc. Please be advised that judgments have already been entered, some by consent, against other defendants in similar lawsuits.

Due to the large size of the attachments to this email, this transmission is being sent in 3 parts. Part 1 contains the Summons and Complaint, Part 2 contains the exhibits to the Complaint and Part 3 contains the remaining documents.

      

PM USA v. Howard, et al. - 07C...    PM USA v. Howard, et al. - 07C...    PM USA v. Howard, et al. - 07C...    Adbb21cee-91b6-416a-ac83-8c9fc...    Docum001.PDF (7 KB)    Hon. Denny Chin - Rules.pdf (...    ECFinstructfiling3.pdf (64 KB)...

 

ecf_filing - procedures.pdf (4...    ecf_guidelines_faq.pdf (644 KB...

**Naomi Spector** | Attorney | HellerEhrman LLP | 4350 La Jolla Village Drive, 7th Floor | San Diego, CA 92122
tel: +1.858.450.5744 | fax: +1.858.587.5944 | email: naomi.spector@hellerehrman.com | web: www.hellerehrman.com