**Spector, Naomi**

| | |
|---|---|
| **From:** | Paylessmoke Marketing [marketing@paylessmoke.com] |
| **Sent:** | Sunday, January 13, 2008 11:32 PM |
| **To:** | Spector, Naomi |
| **Subject:** | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3 |
| **Attachments:** | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3.txt |

Read_ Philip Morris USA Inc. v...

## Spector, Naomi

| | |
|---|---|
| **From:** | Paylessmoke Marketing [marketing@paylessmoke.com] |
| **Sent:** | Sunday, January 13, 2008 11:32 PM |
| **To:** | Spector, Naomi |
| **Subject:** | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3 |
| **Attachments:** | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3.txt |

Read_ Philip Morris USA Inc. v...

1

**Spector, Naomi**

---

| | |
|---|---|
| **From:** | Paylessmoke Marketing [marketing@paylessmoke.com] |
| **Sent:** | Sunday, January 13, 2008 11:32 PM |
| **To:** | Spector, Naomi |
| **Subject:** | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 3 of 3 |
| **Attachments:** | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 3 of 3.txt |

Read_ Philip Morris USA Inc. v...

## Spector, Naomi

| | |
|---|---|
| **From:** | Zeevos [zeevos@smartrade.info] |
| **Sent:** | Sunday, January 13, 2008 11:32 PM |
| **To:** | Spector, Naomi |
| **Subject:** | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3 |
| **Attachments:** | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3.txt |

Read_ Philip Morris USA Inc. v...

Spector, Naomi

1

## Spector, Naomi

| | |
|---|---|
| **From:** | Zeevos [zeevos@smartrade.info] |
| **Sent:** | Sunday, January 13, 2008 11:32 PM |
| **To:** | Spector, Naomi |
| **Subject:** | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3 |
| **Attachments:** | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3.txt |

Read_ Philip Morris USA Inc. v...

## Spector, Naomi

| | |
|---|---|
| **From:** | Zeevos [zeevos@smartrade.info] |
| **Sent:** | Sunday, January 13, 2008 11:32 PM |
| **To:** | Spector, Naomi |
| **Subject:** | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 3 of 3 |
| **Attachments:** | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 3 of 3.txt |

Read_ Philip Morris USA Inc. v...

Spector, Naomi

1

**Spector, Naomi**
___

| | |
|---|---|
| **From:** | Ivan Howard [ivan.howard@gmail.com] |
| **Sent:** | Sunday, January 13, 2008 11:27 PM |
| **To:** | Spector, Naomi |
| **Subject:** | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3 |
| **Attachments:** | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3.txt |

Read_ Philip Morris USA Inc. v...

# Spector, Naomi

| | |
|---|---|
| **From:** | Ivan Howard [ivan.howard@gmail.com] |
| **Sent:** | Sunday, January 13, 2008 11:27 PM |
| **To:** | Spector, Naomi |
| **Subject:** | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3 |
| **Attachments:** | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3.txt |

Read_ Philip Morris USA Inc. v...

Spector, Naomi

1

## Spector, Naomi

| | |
|---|---|
| **From:** | Ivan Howard [ivan.howard@gmail.com] |
| **Sent:** | Sunday, January 13, 2008 11:27 PM |
| **To:** | Spector, Naomi |
| **Subject:** | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 3 of 3 |
| **Attachments:** | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 3 of 3.txt |

Read_ Philip Morris USA Inc. v...

## Spector, Naomi

| | |
|---|---|
| **From:** | John Parker [john@smartrade.info] |
| **Sent:** | Sunday, January 13, 2008 11:13 PM |
| **To:** | Spector, Naomi |
| **Subject:** | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3 |
| **Attachments:** | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3.txt |

Read_ Philip Morris USA Inc. v...

1

## Spector, Naomi

| | |
|---|---|
| **From:** | John Parker [john@smartrade.info] |
| **Sent:** | Sunday, January 13, 2008 11:13 PM |
| **To:** | Spector, Naomi |
| **Subject:** | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3 |
| **Attachments:** | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3.txt |

Read_ Philip Morris USA Inc. v...

## Spector, Naomi

| | |
|---|---|
| **From:** | John Parker [john@smartrade.info] |
| **Sent:** | Sunday, January 13, 2008 11:13 PM |
| **To:** | Spector, Naomi |
| **Subject:** | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 3 of 3 |
| **Attachments:** | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 3 of 3.txt |

Read_ Philip Morris USA Inc. v...

Spector, Naomi

## Spector, Naomi

| | |
|---|---|
| **From:** | James Weaver [james@smartrade.info] |
| **Sent:** | Sunday, January 13, 2008 11:28 PM |
| **To:** | Spector, Naomi |
| **Subject:** | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3 |
| **Attachments:** | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3.txt |

Read_ Philip Morris USA Inc. v...

1

## Spector, Naomi

| | |
|---|---|
| **From:** | James Weaver [james@smartrade.info] |
| **Sent:** | Sunday, January 13, 2008 11:32 PM |
| **To:** | Spector, Naomi |
| **Subject:** | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3 |
| **Attachments:** | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3.txt |

Read_ Philip Morris USA Inc. v...

1