**Spector, Naomi**

| | |
|---|---|
| From: | MAILER-DAEMON@domain.invalid |
| Sent: | Friday, January 11, 2008 1:59 PM |

----IMA4e8e6b0.4787/mail.gns.co.il
Content-Type: text/plain; charset=us-ascii

Message delivered successfully to james@smartrade.info

----IMA4e8e6b0.4787/mail.gns.co.il
Content-Type: message/delivery-status

Reporting-MTA: mail.gns.co.il
Final-Recipient: rfc8222;james@smartrade.info
Action: delivered
Status: 2.0.0
Original-Recipient: rfc822;james@smartrade.info

----IMA4e8e6b0.4787/mail.gns.co.il
Content-Type: message/rfc822

Received: from sfs-mailgw01.hellerehrman.com [216.98.223.68] by mail.gns.co.il with ESMTP
 (SMTPD32-8.05) id A6AC22FC0040; Fri, 11 Jan 2008 23:59:08 +0200
Received: from [10.48.1.75] by sfs-mailgw01.hellerehrman.com with ESMTP  (SMTP Relay); Fri, 11 Jan 2008 14:05:14 -0800
X-Server-Uuid: 5A83E79C-431D-4438-A7FD-B63F0A03A7B5
Received: from SDS-EXMB01.firm.hellerehrman.com ([10.40.1.70]) by  SFS-EXGW01.firm.hellerehrman.com with Microsoft SMTPSVC(5.0.2195.6713);  Fri, 11 Jan 2008 14:00:00 -0800
X-MimeOLE: Produced By Microsoft Exchange V6.5
Content-class: urn:content-classes:message
Return-Receipt-To: "Spector, Naomi" <Naomi.Spector@hellerehrman.com>
MIME-Version: 1.0
Disposition-Notification-To: "Spector, Naomi"
 <Naomi.Spector@hellerehrman.com>
Subject: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) --  Part 1 of 3
Date: Fri, 11 Jan 2008 13:59:58 -0800
Message-ID: <9AF5A2FCA978FC429649299265FE8246063304EF@SDS-EXMB01.firm.hellerehrman.com>
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
Thread-Topic: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (
 DC) -- Part 1 of 3
Thread-Index: AchUnU6wdyxlo5ijTuWGp6vxyqLkBw==
From: "Spector, Naomi" <Naomi.Spector@hellerehrman.com>
To: marketing@paylesssmoke.com,
        domreg@imhosted.com,
        linkanatorno1@yahoo.com,
        123smoke.com@domainsbyproxy.com,
        ivan.howard@gmail.com,

1

```
        bm7@zahav.net.il,
        woland-band@yahoo.com,
        james@smartrade.info,
        zeevos@smartrade.info
Return-path: Naomi.Spector@hellerehrman.com
X-OriginalArrivalTime: 11 Jan 2008 22:00:00.0281 (UTC)  FILETIME=[4FA41090:01C8549D]
X-WSS-ID: 6B9937932EG183155-01-01
Content-Type: multipart/mixed;
 boundary="----_=_NextPart_001_01C8549D.4F39A4F5"

----IMA4e8e6b0.4787/mail.gns.co.il--
```

**Spector, Naomi**

**Sent:** Friday, January 11, 2008 2:00 PM

----IMA4e8e6d5.4787/mail.gns.co.il
Content-Type: text/plain; charset=us-ascii

Message delivered successfully to james@smartrade.info

----IMA4e8e6d5.4787/mail.gns.co.il
Content-Type: message/delivery-status

Reporting-MTA: mail.gns.co.il
Final-Recipient: rfc8222;james@smartrade.info
Action: delivered
Status: 2.0.0
Original-Recipient: rfc822;james@smartrade.info

----IMA4e8e6d5.4787/mail.gns.co.il
Content-Type: message/rfc822

Received: from sfs-mailgw01.hellerehrman.com [216.98.223.68] by mail.gns.co.il with ESMTP
 (SMTPD32-8.05) id A6C41FD500C8; Fri, 11 Jan 2008 23:59:32 +0200
Received: from [10.48.1.75] by sfs-mailgw01.hellerehrman.com with ESMTP  (SMTP Relay); Fri, 11 Jan 2008 14:05:31 -0800
X-Server-Uuid: 5A83E79C-431D-4438-A7FD-B63F0A03A7B5
Received: from SDS-EXMB01.firm.hellerehrman.com ([10.40.1.70]) by SFS-EXGW01.firm.hellerehrman.com with Microsoft SMTPSVC(5.0.2195.6713);  Fri, 11 Jan 2008 14:00:13 -0800
X-MimeOLE: Produced By Microsoft Exchange V6.5
Content-class: urn:content-classes:message
Return-Receipt-To: "Spector, Naomi" <Naomi.Spector@hellerehrman.com>
MIME-Version: 1.0
Disposition-Notification-To: "Spector, Naomi"
 <Naomi.Spector@hellerehrman.com>
Subject: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) --  Part 2 of 3
Date: Fri, 11 Jan 2008 14:00:10 -0800
Message-ID: <9AF5A2FCA978FC429649299265FE8246063304F0@SDS-EXMB01.firm.hellerehrman.com>
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
Thread-Topic: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (
 DC) -- Part 2 of 3
Thread-Index: AchUnVWPN/gEGpecTKWOi7f32dMksA==
From: "Spector, Naomi" <Naomi.Spector@hellerehrman.com>
To: marketing@paylessmoke.com,
      domreg@imhosted.com,
      linkanatorno1@yahoo.com,
      123smoke.com@domainsbyproxy.com,
      ivan.howard@gmail.com,
      bm7@zahav.net.il,

1

```
        woland-band@yahoo.com,
        james@smartrade.info,
        zeevos@smartrade.info
Return-path: Naomi.Spector@hellerehrman.com
X-OriginalArrivalTime: 11 Jan 2008 22:00:13.0390 (UTC)  FILETIME=[577456E0:01C8549D]
X-WSS-ID: 6B9937A12EG183184-01-01
Content-Type: multipart/mixed;
 boundary="----_=_NextPart_001_01C8549D.569529C7"

----IMA4e8e6d5.4787/mail.gns.co.il--
```

2

## Spector, Naomi

| | |
|---|---|
| **From:** | postmaster@mail.gns.co.il on behalf of Postmaster [postmaster@mail.gns.co.il] |
| **Sent:** | Friday, January 11, 2008 2:00 PM |
| **To:** | Spector, Naomi |
| **Subject:** | Undeliverable Mail |
| **Attachments:** | ATT64999.txt; Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 3 of 3 |

ATT64999.txt (370 B)

Philip Morris USA Inc. v. Howa...

User mailbox exceeds allowed size: james@smartrade.info

1

## Spector, Naomi

| | |
|---|---|
| **From:** | System Administrator |
| **To:** | bm7@zahav.net.il |
| **Sent:** | Friday, January 11, 2008 2:02 PM |
| **Subject:** | Delivered: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3 |

Your message

| | |
|---|---|
| To: | marketing@paylesssmoke.com; domreg@imhosted.com; linkanatorno1@yahoo.com; 123smoke.com@domainsbyproxy.com; ivan.howard@gmail.com; bm7@zahav.net.il; woland-band@yahoo.com; james@smartrade.info; zeevos@smartrade.info |
| Subject: | Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3 |
| Sent: | 1/11/2008 2:00 PM |

was delivered to the following recipient(s):

bm7@zahav.net.il on 1/11/2008 2:00 PM

1

# Spector, Naomi

| | |
|---|---|
| **From:** | System Administrator |
| **To:** | bm7@zahav.net.il |
| **Sent:** | Friday, January 11, 2008 2:01 PM |
| **Subject:** | Delivered: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3 |

Your message

   To:      marketing@paylessmoke.com; domreg@imhosted.com; linkanatorno1@yahoo.com; 123smoke.com@domainsbyproxy.com; ivan.howard@gmail.com; bm7@zahav.net.il; woland-band@yahoo.com; james@smartrade.info; zeevos@smartrade.info

   Subject:  Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3
   Sent:     1/11/2008 2:00 PM

was delivered to the following recipient(s):

   bm7@zahav.net.il on 1/11/2008 2:01 PM

1

## Spector, Naomi

| | |
|---|---|
| **From:** | System Administrator |
| **To:** | bm7@zahav.net.il |
| **Sent:** | Friday, January 11, 2008 2:01 PM |
| **Subject:** | Undeliverable: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 3 of 3 |

Your message did not reach some or all of the intended recipients.

    Subject:    Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 3 of 3
    Sent:    1/11/2008 2:00 PM

The following recipient(s) could not be reached:

    bm7@zahav.net.il on 1/11/2008 2:01 PM
        The message could not be delivered because the recipient's mailbox is full.
        < monica.inter.net.il #5.2.2 smtp; 552 5.2.2 Over quota>