UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP MORRIS USA INC., <br><br> Plaintiff, <br><br> v. <br><br> IVAN HOWARD, GEORGE ANDREWS, JAMES PARKER, KYLE WILLIAMS, ZEEV VICMAN and SMARTRADE LTD., <br><br> Defendants. | 07 Civ. 8134 (DC) <br><br> **ELECTRONICALLY FILED** <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Brittan J. Strangways, Esq., of Heller Ehrman LLP, attorneys representing plaintiff Philip Morris USA Inc. in this action, hereby enters his appearance and requests that copies of all papers be served upon him at the address, telephone, and facsimile numbers indicated.

Brittan J. Strangways, Esq.
brittan.strangways@hellerehrman.com
HELLER EHRMAN LLP
7 Times Square
New York, NY 10036
Phone: (212) 847-8635
Fax: (212) 763-7600

Dated:   New York, New York
         July 30, 2008

HELLER EHRMAN LLP

By: _/s/ Brittan J. Strangways_____
Brittan J. Strangways (BS 7407)
brittan.strangways@hellerehrman.com
7 Times Square
New York, NY 10036
Phone: (212) 832-8300
Fax: (212) 763-7600

Attorneys for Plaintiff Philip Morris USA Inc.