EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP MORRIS USA INC.,

Plaintiff,

v.

IVAN HOWARD, GEORGE ANDREWS, JAMES
PARKER, KYLE WILLIAMS, ZEEV VICMAN
and SMARTRADE LTD.,

Defendants.

No. 07 Civ. 8134 (DC)

**AFFIDAVIT OF SERVICE**

STATE OF CALIFORNIA   )
                      )   ss.:
COUNTY OF SAN DIEGO   )

NAOMI B. SPECTOR, being duly sworn, deposes and says:

1.    I am an attorney with the law firm of Heller Ehrman LLP, 4350 La Jolla Village
Drive, San Diego, California 92122, attorneys for Plaintiff Philip Morris USA Inc. I am over the
age of 18 years and not a party to this action.

2.    On January 11, 2008, pursuant to the Order of the Honorable Denny Chin dated
January 9, 2008 granting Philip Morris USA Inc.'s request for leave to serve process by e-mail
on Defendants Ivan Howard, George Andrews, James Parker, Kyle Williams, Zeev Vicman and
Smartrade Ltd. ("the January 9, 2008 Order"), a copy of which is attached as Exhibit A, I served
a copy of the Summons, Complaint and accompanying exhibits, Civil Coversheet, Rule 7.1
Statement of Philip Morris USA Inc., USPTO Notice of Trademark action, and January 9, 2008
Order by electronic mail to the e-mail addresses:  marketing@paylessmoke.com;
domreg@imhosted.com; linkanatorno1@yahoo.com; 123smoke.com@domainsbyproxy.com;
ivan.howard@gmail.com; bm7@zahav.net.il; woland-band@yahoo.com; james@smartrade.info;
zeevos@smartrade.info. I also served Defendants with copies of the following documents:  the

Notice of Reassignment of the case to the Honorable Denny Chin, the Individual Rules of the Honorable Denny Chin, the SDNY Instructions for Filing an Electronic Case, the SDNY Procedures for Electronic Case Filing and the SDNY Guidelines for Electronic Case Filing. Due to the large size of the attachments, I sent the transmission in three parts, with the first part containing the Summons and Complaint, the second part containing the exhibits to the Complaint and the third part containing the remaining documents. Copies of the e-mail transmissions sent to the Defendants, without the attachments, are attached as Exhibit B.

3.      On January 13, 2008, I received e-mail transmission receipts indicating that all three parts of the service transmission had been received and opened at one or more e-mail addresses associated with each Defendant. Copies of the Read receipts are attached as Exhibit C.

4.      In addition, I did not receive any notification of delivery problems or failures from the e-mail transmissions, except with respect to part 3 of the e-mail sent to james@smartrade.info and bm7@zahav.net.il. The Undeliverable receipts for these transmissions stated that the e-mail could not be delivered because the recipient's mailbox was full or the e-mail exceeded the size limits. Pursuant to delivery receipts, however, parts 1 and 2 of the e-mails sent to these addresses were transmitted. Copies of the delivery receipts for these e-mail addresses are attached as Exhibit D.

NAOMI B. SPECTOR

Sworn to before me this 24th day of January, 2008

Notary Public

PATRICIA J. LAWTON
Commission # 1693698
Notary Public - California
San Diego County
My Comm. Expires Oct 12, 2010

2



### FACSIMILE TRANSMISSION FROM:

## DENNY CHIN

United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007-1312

Telephone: (212) 805-0200                    Facsimile: (212) 805-7906

DATE:                              **TIME:**

_____ 1/9/08 _____                      6:24 PM

TO:

        Jennifer Liscom

FIRM:
        Heller Ehrman

FAX NO.:
        (212) 763-7600

MESSAGE:    ** YOU ARE REQUIRED TO FAX COPIES OF THE ATTACHED
            DOCUMENT TO ALL COUNSEL OF RECORD IN THIS CASE **

Number of Pages (including this cover page):  3

01/09/2008  Case 1:07-cv-08134-DC     Document 5-2     Filed 01/24/2008     Page 2 of 3   002/003

01/02/2008 16:18 FAX 212 763 7602                                                              002

# HellerEhrman LLP

```
USDC S.NY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: _____  1/9/08
```

January 2, 2008

Jennifer L. Larson
Jennifer.Larson@hellerehrman.com
Direct +1.212.547.3778
Main +1.212.832.8300
Fax +1.212.763.7600

_By Facsimile_

The Honorable Denny Chin
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007-1312

Re:    _Philip Morris USA Inc. v. Ivan Howard, et al.,_ 07 Civ. 8134 (DC)

Dear Judge Chin:

My firm represents Plaintiff Philip Morris USA Inc. in the above-referenced action. We write to request a pre-motion conference with the Court pursuant to Rule 2(A) of The Court's Individual Practices concerning Philip Morris USA's intention to file a motion for leave to serve process on Defendants Ivan Howard, George Andrews, James Parker, Kyle Williams, Zeev Vicman and Smartrade Ltd. (collectively "Defendants") by electronic mail ("e-mail").

On September 17, 2007, Philip Morris USA initiated this action against Defendants for selling illegally imported versions of Philip Morris cigarettes over the Internet into the United States (and into New York in particular) in violation of the Lanham Act and New York State law. As of this date, Philip Morris USA has been unable to serve the complaint on any of the Defendants through traditional means. Defendants have used the anonymity of the Internet to conceal their identities and locations, frustrate and prevent service by traditional means, and thereby avoid liability for their unlawful conduct. Defendants have either provided false or no physical addresses on their Internet websites and in their Internet domain name registrations, and Philip Morris USA's efforts to locate valid physical addresses for Defendants at which they could be served with process have been unsuccessful. However, Defendants continue to operate their businesses through their Internet websites and can be contacted through such electronic means – indeed, they each maintain e-mail addresses through which they invite and solicit two way communication with U.S. customers and otherwise transact business.

In these circumstances, service of process by e-mail is permissible under Federal Rule of Civil Procedure 4(f)(3). As Internet-based commerce has become ubiquitous, courts have amassed considerable experience with the kind of "hide and seek" Internet defendants that Defendants exemplify. These courts have found that e-mail service on such defendants is consistent with constitutional norms of due process, and have authorized the use of such service under Federal Rule

Heller Ehrman LLP · Times Square Tower · 7 Times Square · New York, NY 10036-6524 · www.hellerehrman.com

Anchorage   Beijing    Hong Kong   Los Angeles    Madison, WI    New York    San Diego    San Francisco   Seattle
Silicon Valley         Singapore   Washington, D.C.

01/02/2008 16:19 FAX 212 763 7602                                    @003

## HellerEhrman LLP

The Honorable Denny Chin
January 2, 2008
Page 2

of Civil Procedure 4(f)(3). In fact, courts in this district have authorized service by similar methods under nearly identical circumstances. *See, e.g., Philip Morris USA Inc. v. Veles Ltd.*, 2007 WL 725412 (S.D.N.Y. Mar. 12, 2007) (Daniels, J.) (service of process by electronic mail and facsimile was proper where plaintiff attempted unsuccessfully to serve the complaint using traditional means and diligently tried to locate defendants, but could not).

Accordingly, because these facts fall squarely within established precedent for alternative service, Philip Morris USA respectfully requests that it be permitted to file a motion for leave to effect service of original process on Defendants by electronic mail.

Respectfully submitted,

*Jennifer L. Larson*

Jennifer L. Larson

cc:    All Defendants (*by email*)

*No formal motion is necessary. The Court treats this letter as a motion for leave to serve by e-mail. The motion is granted, good cause having been shown. So ORDERED.*

*USDJ*

*1/9/07*

Spector, Naomi

| | |
|---|---|
| From: | Spector, Naomi |
| Sent: | Friday, January 11, 2008 2:00 PM |
| To: | 'marketing@paylessmoke.com'; 'domreg@imhosted.com'; 'linkanatorno1@yahoo.com'; '123smoke.com@domainsbyproxy.com'; 'ivan.howard@gmail.com'; 'bm7@zahav.net.il'; 'woland-band@yahoo.com'; 'james@smartrade.info'; 'zeevos@smartrade.info' |
| Subject: | Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3 |
| Attachments: | PM USA v. Howard, et al. - 07CIV8134 - Summons.pdf; PM USA v. Howard, et al. - 07CIV8134 - Complaint.pdf |

Defendants Ivan Howard, George Andrews, James Parker, Kyle Williams, Zeev Vicman and Smartrade Ltd.,

The Summons, Complaint and accompanying exhibits, Civil Coversheet, Rule 7.1 Statement of Philip Morris USA Inc. and USPTO Notice of Trademark action in the action *Philip Morris USA Inc. v. Howard, et. al,* currently pending in the United States District Court for the Southern District of New York, are attached to this email. Pursuant to the Order of the Honorable Danny Chin dated January 9, 2008, a copy of which is attached, this transmission by electronic mail constitutes service of process on you, as Defendants in the above-referenced action. You must appear or defend within 20 days after service of this summons and complaint on you exclusive of the day of service, or by January 31, 2008. The failure to do so will result in a judgment by default against you for the relief demanded in the Complaint.

Also attached to this email for service is a Notice of Reassignment of the case to the Honorable Denny Chin, the Individual Rules of the Honorable Denny Chin, the SDNY Instructions for Filing an Electronic Case, the SDNY Procedures for Electronic Case Filing and the SDNY Guidelines for Electronic Case Filing.

If you wish to resolve this matter promptly, please contact Warren Rheaume at (206) 389-4226 or Warren.Rheaume@hellerehrman.com, as counsel for Philip Morris USA Inc. Please be advised that judgments have already been entered, some by consent, against other defendants in similar lawsuits.

Due to the large size of the attachments to this email, this transmission is being sent in 3 parts. Part 1 contains the Summons and Complaint, Part 2 contains the exhibits to the Complaint and Part 3 contains the remaining documents.

 
PM USA v. Howard,     PM USA v. Howard,
et al. - 07C...        et al. - 07C...

Naomi Spector | Attorney | HellerEhrman | 4350 La Jolla Village Drive, 7th Floor | San Diego, CA 92122
tel: +1.858.450.5744 | fax: +1.858.587.5944 | email: naomi.spector@hellerehrman.com | web: www.hellerehrman.com

Spector, Naomi

| | |
|---|---|
| From: | Spector, Naomi |
| Sent: | Friday, January 11, 2008 2:00 PM |
| To: | 'marketing@paylessmoke.com'; 'domreg@imhosted.com'; 'linkanatorno1@yahoo.com'; '123smoke.com@domainsbyproxy.com'; 'ivan.howard@gmail.com'; 'bm7@zahav.net.il'; 'woland-band@yahoo.com'; 'james@smartrade.info'; 'zeevos@smartrade.info' |
| Subject: | Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3 |
| Attachments: | PM USA v. Howard, et al. - 07CIV8134 - Complaint Exs Combined.pdf |

Defendants Ivan Howard, George Andrews, James Parker, Kyle Williams, Zeev Vicman and Smartrade Ltd.,

The Summons, Complaint and accompanying exhibits, Civil Coversheet, Rule 7.1 Statement of Philip Morris USA Inc. and USPTO Notice of Trademark action in the action *Philip Morris USA Inc. v. Howard, et. al*, currently pending in the United States District Court for the Southern District of New York, are attached to this email. Pursuant to the Order of the Honorable Danny Chin dated January 9, 2008, a copy of which is attached, this transmission by electronic mail constitutes service of process on you, as Defendants in the above-referenced action. You must appear or defend within 20 days after service of this summons and complaint on you exclusive of the day of service, or by January 31, 2008. The failure to do so will result in a judgment by default against you for the relief demanded in the Complaint.

Also attached to this email for service is a Notice of Reassignment of the case to the Honorable Denny Chin, the Individual Rules of the Honorable Denny Chin, the SDNY Instructions for Filing an Electronic Case, the SDNY Procedures for Electronic Case Filing and the SDNY Guidelines for Electronic Case Filing.

If you wish to resolve this matter promptly, please contact Warren Rheaume at (206) 389-4226 or Warren.Rheaume@hellerehrman.com, as counsel for Philip Morris USA Inc. Please be advised that judgments have already been entered, some by consent, against other defendants in similar lawsuits.

Due to the large size of the attachments to this email, this transmission is being sent in 3 parts. Part 1 contains the Summons and Complaint, Part 2 contains the exhibits to the Complaint and Part 3 contains the remaining documents.



PM USA v. Howard,
et al. - 07C...

Naomi Spector | Attorney | HellerEhrman┴┘ | 4350 La Jolla Village Drive, 7th Floor | San Diego, CA 92122
tel: +1.858.450.5744 | fax: +1.858.587.5944 | email: naomi.spector@hellerehrman.com | web: www.hellerehrman.com

1

## Spector, Naomi

| | |
|---|---|
| **From:** | Spector, Naomi |
| **Sent:** | Friday, January 11, 2008 2:00 PM |
| **To:** | 'marketing@paylessmoke.com'; 'domreg@imhosted.com'; 'linkanatorno1@yahoo.com'; '123smoke.com@domainsbyproxy.com'; 'ivan.howard@gmail.com'; 'bm7@zahav.net.il'; 'woland-band@yahoo.com'; 'james@smartrade.info'; 'zeevos@smartrade.info' |
| **Subject:** | Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 3 of 3 |
| **Attachments:** | PM USA v. Howard, et al. - 07CIV8134 - CivCovSht.pdf; PM USA v. Howard, et al. - 07CIV8134 - 7.1 Disclosure.pdf; PM USA v. Howard, et al. - 07CIV8134 - USPTO.pdf; Adbb21cee-91b6-416a-ac83-8c9fc88ee375.PDF; Docum001.PDF; Hon. Danny Chin - Rules.pdf; ECFinstructfiling3.pdf; ecf_filing - procedures.pdf; ecf_guidelines_faq.pdf |

Defendants Ivan Howard, George Andrews, James Parker, Kyle Williams, Zeev Vicman and Smartrade Ltd.,

The Summons, Complaint and accompanying exhibits, Civil Coversheet, Rule 7.1 Statement of Philip Morris USA Inc. and USPTO Notice of Trademark action in the action *Philip Morris USA Inc. v. Howard, et. al,* currently pending in the United States District Court for the Southern District of New York, are attached to this email. Pursuant to the Order of the Honorable Danny Chin dated January 9, 2008, a copy of which is attached, this transmission by electronic mail constitutes service of process on you, as Defendants in the above-referenced action. You must appear or defend within 20 days after service of this summons and complaint on you exclusive of the day of service, or by January 31, 2008. The failure to do so will result in a judgment by default against you for the relief demanded in the Complaint.

Also attached to this email for service is a Notice of Reassignment of the case to the Honorable Danny Chin, the Individual Rules of the Honorable Danny Chin, the SDNY Instructions for Filing an Electronic Case, the SDNY Procedures for Electronic Case Filing and the SDNY Guidelines for Electronic Case Filing.

If you wish to resolve this matter promptly, please contact Warren Rheaume at (206) 389-4226 or Warren.Rheaume@hellerehrman.com, as counsel for Philip Morris USA Inc. Please be advised that judgments have already been entered, some by consent, against other defendants in similar lawsuits.

Due to the large size of the attachments to this email, this transmission is being sent in 3 parts. Part 1 contains the Summons and Complaint, Part 2 contains the exhibits to the Complaint and Part 3 contains the remaining documents.

      

PM USA v. Howard, et al. - 07C...    PM USA v. Howard, et al. - 07C...    PM USA v. Howard, et al. - 07C...    Adbb21cee-91b6-4 16a-ac83-8c9fc...    Docum001.PDF (7 KB)    Hon. Danny Chin - Rules.pdf (...    ECFinstructfiling3.p df (64 KB)...

 

ecf_filing - procedures.pdf (4...    ecf_guidelines_faq. pdf (644 KB...

Naomi Spector | Attorney | HellerEhrman | 4350 La Jolla Village Drive, 7th Floor | San Diego, CA 92122
tel: +1.858.450.5744 | fax: +1.858.587.5944 | email: naomi.spector@hellerehrman.com | web: www.hellerehrman.com

## Spector, Naomi

| | |
|---|---|
| From: | Paylessmoke Marketing [marketing@paylessmoke.com] |
| Sent: | Sunday, January 13, 2008 11:32 PM |
| To: | Spector, Naomi |
| Subject: | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3 |
| Attachments: | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3.txt |



Read_ Philip Morris
USA Inc. v...

## Spector, Naomi

| | |
|---|---|
| **From:** | Paylessmoke Marketing [marketing@paylessmoke.com] |
| **Sent:** | Sunday, January 13, 2008 11:32 PM |
| **To:** | Spector, Naomi |
| **Subject:** | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3 |
| **Attachments:** | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3.txt |

Read_ Philip Morris
USA Inc. v...

## Spector, Naomi

| | |
|---|---|
| **From:** | Paylessmoke Marketing [marketing@paylessmoke.com] |
| **Sent:** | Sunday, January 13, 2008 11:32 PM |
| **To:** | Spector, Naomi |
| **Subject:** | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 3 of 3 |
| **Attachments:** | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 3 of 3.txt |

Read_ Philip Morris
USA Inc. v...

1

## Spector, Naomi

| | |
|---|---|
| **From:** | Zeevos [zeevos@smartrade.info] |
| **Sent:** | Sunday, January 13, 2008 11:32 PM |
| **To:** | Spector, Naomi |
| **Subject:** | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3 |
| **Attachments:** | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3.txt |

Read_ Philip Morris
USA Inc. v...

## Spector, Naomi

| | |
|---|---|
| From: | Zeevos [zeevos@smartrade.info] |
| Sent: | Sunday, January 13, 2008 11:32 PM |
| To: | Spector, Naomi |
| Subject: | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3 |

Attachments:     Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3.txt



Read_ Philip Morris
USA Inc. v...

1

## Spector, Naomi

| | |
|---|---|
| From: | Zeevos [zeevos@smartrade.info] |
| Sent: | Sunday, January 13, 2008 11:32 PM |
| To: | Spector, Naomi |
| Subject: | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 3 of 3 |
| | |
| Attachments: | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 3 of 3.txt |



Read_ Philip Morris
USA Inc. v...

## Spector, Naomi

| | |
|---|---|
| From: | Ivan Howard [ivan.howard@gmail.com] |
| Sent: | Sunday, January 13, 2008 11:27 PM |
| To: | Spector, Naomi |
| Subject: | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3 |
| Attachments: | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3.txt |

Read_ Philip Morris
USA Inc. v...

1

Spector, Naomi

| | |
|---|---|
| From: | Ivan Howard [ivan.howard@gmail.com] |
| Sent: | Sunday, January 13, 2008 11:27 PM |
| To: | Spector, Naomi |
| Subject: | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3 |
| Attachments: | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3.txt |



Read_ Philip Morris
USA Inc. v...

Spector, Naomi

| | |
|---|---|
| From: | Ivan Howard [ivan.howard@gmail.com] |
| Sent: | Sunday, January 13, 2008 11:27 PM |
| To: | Spector, Naomi |
| Subject: | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 3 of 3 |
| Attachments: | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 3 of 3.txt |

Read_ Philip Morris
USA Inc. v...

1

## Spector, Naomi

| | |
|---|---|
| From: | John Parker [john@smartrade.info] |
| Sent: | Sunday, January 13, 2008 11:13 PM |
| To: | Spector, Naomi |
| Subject: | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3 |

Attachments:     Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3.txt

Read_ Philip Morris
USA Inc. v...

Spector, Naomi

| | |
|---|---|
| From: | John Parker [john@smartrade.info] |
| Sent: | Sunday, January 13, 2008 11:13 PM |
| To: | Spector, Naomi |
| Subject: | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) – Part 2 of 3 |
| Attachments: | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) – Part 2 of 3.txt |

Read_ Philip Morris
USA Inc. v...

## Spector, Naomi

| | |
|---|---|
| From: | John Parker [john@smartrade.info] |
| Sent: | Sunday, January 13, 2008 11:13 PM |
| To: | Spector, Naomi |
| Subject: | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 3 of 3 |
| Attachments: | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 3 of 3.txt |



Read_ Philip Morris
USA Inc. v...

1

## Spector, Naomi

| | |
|---|---|
| **From:** | James Weaver [james@smartrade.info] |
| **Sent:** | Sunday, January 13, 2008 11:28 PM |
| **To:** | Spector, Naomi |
| **Subject:** | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3 |
| **Attachments:** | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3.txt |



Read_ Philip Morris
USA Inc. v..

Spector, Naomi

| | |
|---|---|
| From: | James Weaver [james@smartrade.info] |
| Sent: | Sunday, January 13, 2008 11:32 PM |
| To: | Spector, Naomi |
| Subject: | Read: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3 |
| Attachments: | Read_ Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3.txt |



Read_ Philip Morris
USA Inc. v...

1

Spector, Naomi

From:       MAILER-DAEMON@domain.invalid
Sent:       Friday, January 11, 2008 1:59 PM

----IMA4e8e6b0.4787/mail.gns.co.il
Content-Type: text/plain; charset=us-ascii

Message delivered successfully to james@smartrade.info

----IMA4e8e6b0.4787/mail.gns.co.il
Content-Type: message/delivery-status

Reporting-MTA: mail.gns.co.il
Final-Recipient: rfc8222;james@smartrade.info
Action: delivered
Status: 2.0.0
Original-Recipient: rfc822;james@smartrade.info

----IMA4e8e6b0.4787/mail.gns.co.il
Content-Type: message/rfc822

Received: from sfs-mailgw01.hellerehrman.com [216.98.223.68] by mail.gns.co.il with ESMTP
   (SMTPD32-8.05) id A6AC22FC0040; Fri, 11 Jan 2008 23:59:08 +0200
Received: from [10.48.1.75] by sfs-mailgw01.hellerehrman.com with ESMTP  (SMTP Relay); Fri, 11
Jan 2008 14:05:14 -0800
X-Server-Uuid: 5A83E79C-431D-4438-A7FD-B63F0A03A7B5
Received: from SDS-EXMB01.firm.hellerehrman.com ([10.40.1.70]) by  SFS-
EXGW01.firm.hellerehrman.com with Microsoft SMTPSVC(5.0.2195.6713);  Fri, 11 Jan 2008
14:00:00 -0800
X-MimeOLE: Produced By Microsoft Exchange V6.5
Content-class: urn:content-classes:message
Return-Receipt-To: "Spector, Naomi" <Naomi.Spector@hellerehrman.com>
MIME-Version: 1.0
Disposition-Notification-To: "Spector, Naomi"
 <Naomi.Spector@hellerehrman.com>
Subject: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3
Date: Fri, 11 Jan 2008 13:59:58 -0800
Message-ID: <9AF5A2FCA978FC429649299265FE8246063304EF@SDS-
EXMB01.firm.hellerehrman.com>
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
Thread-Topic: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (
DC) -- Part 1 of 3
Thread-Index: AchUnU6wdyxlo5ijTuWGp6vxyqLkBw==
From: "Spector, Naomi" <Naomi.Spector@hellerehrman.com>
To: marketing@paylessmoke.com,
     domreg@imhosted.com,
     linkanatomo1@yahoo.com,
     123smoke.com@domainsbyproxy.com,
     ivan.howard@gmail.com,

1

bm7@zahav.net.il,
woland-band@yahoo.com,
james@smartrade.info,
zeevos@smartrade.info
Return-path: Naomi.Spector@hellerehrman.com
X-OriginalArrivalTime: 11 Jan 2008 22:00:00.0281 (UTC)  FILETIME=[4FA41090:01C8549D]
X-WSS-ID: 6B9937932EG183155-01-01
Content-Type: multipart/mixed;
 boundary="----_=_NextPart_001_01C8549D.4F39A4F5"

----IMA4e8e6b0.4787/mail.gns.co.il--

Spector, Naomi

Sent:            Friday, January 11, 2008 2:00 PM

----IMA4e8e6d5.4787/mail.gns.co.il
Content-Type: text/plain; charset=us-ascii

Message delivered successfully to james@smartrade.info

----IMA4e8e6d5.4787/mail.gns.co.il
Content-Type: message/delivery-status

Reporting-MTA: mail.gns.co.il
Final-Recipient: rfc8222;james@smartrade.info
Action: delivered
Status: 2.0.0
Original-Recipient: rfc822;james@smartrade.info

----IMA4e8e6d5.4787/mail.gns.co.il
Content-Type: message/rfc822

Received: from sfs-mailgw01.hellerehrman.com [216.98.223.68] by mail.gns.co.il with ESMTP
 (SMTPD32-8.05) id A6C41FD500C8; Fri, 11 Jan 2008 23:59:32 +0200
Received: from [10.48.1.75] by sfs-mailgw01.hellerehrman.com with ESMTP  (SMTP Relay); Fri, 11
Jan 2008 14:05:31 -0800
X-Server-Uuid: 5A83E79C-431D-4438-A7FD-B63F0A03A7B5
Received: from SDS-EXMB01.firm.hellerehrman.com ([10.40.1.70]) by SFS-
EXGW01.firm.hellerehrman.com with Microsoft SMTPSVC(5.0.2195.6713); Fri, 11 Jan 2008
14:00:13 -0800
X-MimeOLE: Produced By Microsoft Exchange V6.5
Content-class: urn:content-classes:message
Return-Receipt-To: "Spector, Naomi" <Naomi.Spector@hellerehrman.com>
MIME-Version: 1.0
Disposition-Notification-To: "Spector, Naomi"
 <Naomi.Spector@hellerehrman.com>
Subject: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3
Date: Fri, 11 Jan 2008 14:00:10 -0800
Message-ID: <9AF5A2FCA978FC429649299265FE8246063304F0@SDS-
EXMB01.firm.hellerehrman.com>
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
Thread-Topic: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (
DC) -- Part 2 of 3
Thread-Index: AchUnVWPN/gEGpecTKWOi7f32dMksA==
From: "Spector, Naomi" <Naomi.Spector@hellerehrman.com>
To: marketing@paylessmoke.com,
        domreg@imhosted.com,
        linkanatorno1@yahoo.com,
        123smoke.com@domainsbyproxy.com,
        ivan.howard@gmail.com,
        bm7@zahav.net.il,

1

woland-band@yahoo.com,
james@smartrade.info,
zeevos@smartrade.info
Return-path: Naomi.Spector@hellerehrman.com
X-OriginalArrivalTime: 11 Jan 2008 22:00:13.0390 (UTC)  FILETIME=[577456E0:01C8549D]
X-WSS-ID: 6B9937A12EG183184-01-01
Content-Type: multipart/mixed;
boundary="----_=_NextPart_001_01C8549D.569529C7"

----IMA4e8e6d5.4787/mail.gns.co.il--

## Spector, Naomi

From:           postmaster@mail.gns.co.il on behalf of Postmaster [postmaster@mail.gns.co.il]
Sent:           Friday, January 11, 2008 2:00 PM
To:             Spector, Naomi
Subject:        Undeliverable Mail

Attachments:    ATT64999.txt; Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 3 of 3

ATT64999.txt (370
B)

Philip Morris USA
Inc. v. Howa...

User mailbox exceeds allowed size: james@smartrade.info

## Spector, Naomi

| | |
|---|---|
| From: | System Administrator |
| To: | bm7@zahav.net.il |
| Sent: | Friday, January 11, 2008 2:02 PM |
| Subject: | Delivered: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3 |

Your message

| | |
|---|---|
| To: | marketing@paylessmoke.com; domreg@imhosted.com; linkanatorno1@yahoo.com; 123smoke.com@domainsbyproxy.com; ivan.howard@gmail.com; bm7@zahav.net.il; woland-band@yahoo.com; james@smartrade.info; zeevos@smartrade.info |
| Subject: | Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 1 of 3 |
| Sent: | 1/11/2008 2:00 PM |

was delivered to the following recipient(s):

bm7@zahav.net.il on 1/11/2008 2:00 PM

## Spector, Naomi

| | |
|---|---|
| **From:** | System Administrator |
| **To:** | bm7@zahav.net.il |
| **Sent:** | Friday, January 11, 2008 2:01 PM |
| **Subject:** | Delivered: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3 |

Your message

| | |
|---|---|
| To: | marketing@paylessmoke.com; domreg@imhosted.com; linkanatomo1@yahoo.com; 123smoke.com@domainsbyproxy.com; ivan.howard@gmail.com; bm7@zahav.net.il; woland-band@yahoo.com; james@smartrade.info; zeevos@smartrade.info |
| Subject: | Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 2 of 3 |
| Sent: | 1/11/2008 2:00 PM |

was delivered to the following recipient(s):

bm7@zahav.net.il on 1/11/2008 2:01 PM

Spector, Naomi

| | |
|---|---|
| From: | System Administrator |
| To: | bm7@zahav.net.il |
| Sent: | Friday, January 11, 2008 2:01 PM |
| Subject: | Undeliverable: Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 3 of 3 |

Your message did not reach some or all of the intended recipients.

> Subject:   Philip Morris USA Inc. v. Howard, et. al., 07 Civ. 8134 (DC) -- Part 3 of 3
> Sent:      1/11/2008 2:00 PM

The following recipient(s) could not be reached:

> bm7@zahav.net.il on 1/11/2008 2:01 PM
>     The message could not be delivered because the recipient's mailbox is full.
>     < monica.inter.net.il #5.2.2 smtp; 552 5.2.2 Over quota>

1