# Exhibit B

## Martinez, Rita M.

| | |
|---|---|
| **From:** | Martinez, Rita M. |
| **Sent:** | Monday, August 04, 2008 1:10 PM |
| **To:** | 'marketing@paylessmoke.com'; 'domreg@imhosted.com'; 'linkanatorno1@yahoo.com'; '123smoke.com@domainsbyproxy.com'; 'ivan.howard@gmail.com'; 'bm7@zahav.net.il'; 'woland-band@yahoo.com'; 'james@smartrade.info'; 'zeevos@smartrade.info' |
| **Subject:** | Phillip Morris USA Inc., et al., 07 IV. 8134 (DC) Part 1 of 2 |
| **Attachments:** | PM USA v. Howard -- Notice of Motion.pdf; PM USA v. Howard -- Affidavit in support.pdf; PM USA v. Howard -- Ex A.pdf |

"Defendants Ivan Howard, George Andrews, James Parker, Kyle Williams, Zeev Vicman and Smartrade Ltd.,

Attached to this e-mail please find copies of plaintiff Philip Morris USA Inc.'s (1) Notice of Motion for Default Judgment and Order Granting Injunctive Relief; (2) Affidavit of Brittan J. Strangways in Support of Motion for Default Judgment and Order Granting Injunctive Relief (with exhibits); and (3) Proposed Default Judgment and Permanent Injunction in the above-reference action.

My firm, as attorneys for plaintiff Philip Morris USA Inc. in the above-referenced action, will be filing these papers with the Court today.

Due to the large size of the attachments to this e-mail, this transmission is being sent in two parts. Part 1 contains (1) Notice of Motion for Default Judgment and Order Granting Injunctive Relief; (2) Affidavit of Brittan J. Strangways in Support of Motion for Default Judgment and Order Granting Injunctive Relief and Exhibit A. Part 2 contains 1) Exhibits B-E and 2) Proposed Default Judgment and Permanent Injunction."

Rita Martinez | Senior Paralegal | HellerEhrman LLP | Times Square Tower, 7 Times Square | New York, NY 10036
tel: +1.212.763.7692 | fax: +1.212.763.7600 | email: rita.martinez@hellerehrman.com | web: www.hellerehrman.com

PM USA v. Howard -- Notice of ...    PM USA v. Howard -- Affidavit ...    PM USA v. Howard -- Ex A.pdf (...

1

## Martinez, Rita M.

| | |
|---|---|
| From: | Martinez, Rita M. |
| Sent: | Monday, August 04, 2008 1:10 PM |
| To: | 'marketing@paylessmoke.com'; 'domreg@imhosted.com'; 'linkanatorno1@yahoo.com'; '123smoke.com@domainsbyproxy.com'; 'ivan.howard@gmail.com'; 'bm7@zahav.net.il'; 'woland-band@yahoo.com'; 'james@smartrade.info'; 'zeevos@smartrade.info' |
| Subject: | Phillip Morris USA Inc., et al., 07 IV. 8134 (DC) Part 2 of 2 |
| Attachments: | PM USA v. Howard -- Ex B.pdf; PM USA v. Howard -- Ex C.pdf; PM USA v. Howard -- Ex D.pdf; PM USA v. Howard -- Ex E.pdf; PM USA v. Howard -- Proposed Judgment.pdf |

"Defendants Ivan Howard, George Andrews, James Parker, Kyle Williams, Zeev Vicman and Smartrade Ltd.,

Attached to this e-mail please find copies of plaintiff Philip Morris USA Inc.'s (1) Notice of Motion for Default Judgment and Order Granting Injunctive Relief; (2) Affidavit of Brittan J. Strangways in Support of Motion for Default Judgment and Order Granting Injunctive Relief (with exhibits); and (3) Proposed Default Judgment and Permanent Injunction in the above-reference action.

My firm, as attorneys for plaintiff Philip Morris USA Inc. in the above-referenced action, will be filing these papers with the Court today.

Due to the large size of the attachments to this e-mail, this transmission is being sent in two parts. Part 1 contains (1) Notice of Motion for Default Judgment and Order Granting Injunctive Relief; (2) Affidavit of Brittan J. Strangways in Support of Motion for Default Judgment and Order Granting Injunctive Relief and Exhibit A. Part 2 contains 1) Exhibits B-E and 2) Proposed Default Judgment and Permanent Injunction."

Rita Martinez | Senior Paralegal | HellerEhrman LLP | Times Square Tower, 7 Times Square | New York, NY 10036
tel: +1.212.763.7692 | fax: +1.212.763.7600 | email: rita.martinez@hellerehrman.com | web: www.hellerehrman.com

    

PM USA v. Howard -- Ex B.pdf (...    PM USA v. Howard -- Ex C.pdf (...    PM USA v. Howard -- Ex D.pdf (...    PM USA v. Howard -- Ex E.pdf (...    PM USA v. Howard -- Proposed J...